# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA M. REYNOLDS, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br>v.<br><br>TURNING POINT HOLDING COMPANY, LLC, *et al.*,<br><br>*Defendants*. | Case No. 2:19-cv-01935-JDW |

## **ORDER**

**AND NOW**, this 26th day of February, 2020, upon consideration of Moving Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 21), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the following Defendants are dismissed as Parties to this action: Turning Point Of New Jersey, LLC; Turning Point Of Brick, LLC; Turning Point Of Hoboken, LLC; Turning Point Of Holmdel, LLC; Turning Point Of Little Silver, LLC; Turning Point Of Long Branch, LLC; Turning Point Of Manalapan, LLC; Turning Point Of Westfield, LLC; Turning Point Of Cherry Hill, LLC; Turning Point Of Marlton, LLC; Turning Point Of Moorestown, LLC; Turning Point Of Princeton, LLC; Turning Point Of Sea Girt, LLC.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J