# EXHIBIT 4

# Manager in Training
# Workbook



## TURNING POINT
breakfast, brunch & lunch

EXHIBIT

**27**

TP_DEF001390



## Mission Statement:

The company is dedicated to providing the customer with the best possible dining experience. We will accomplish this goal by using the freshest ingredients, prepared by skilled chefs and served by friendly professionals with uncompromising quality at a price that is considered a value. Employees are our greatest asset and will be compensated for the productivity and commitment to service that exceeds customers' expectations. The facility will have a new and clean appearance at all times. By creating an exceptional restaurant, management will promote growth into additional markets.

## The Turning Point Culture

Turning Point's company culture is warm, considerate, inviting, grateful and hospitable. We appreciate our guests for choosing us especially as their breakfast and lunch restaurant of choice. In return we shall provide them with service and food that are equally exceptional creating a perfect balance to an extraordinary dining experience well worth their time and money. We value and appreciate our guests for giving us the opportunity to thrive.

 



| Kirk Ruoff | CEO |
| Bonnie Iavaroni | COO |
| Donna Kleiner | Director of HR |
| Meggan McCarthy | Financials/Technology |
| Kerri Dwyer | District Manager |
| Jill Levinson | District Manager |
| Dennis Mansfield | District Manager |
| Evan Weissman | DOCO |
| Joann Salayi | Comptroller |
| Lorraine Vogel | Accounts Payable |
| Carla Romano | Socila Media/Marketing |
| Matt Alkon | Facilities Director |
| Corporate Office | |

# TP Contact List

**Corporate Contacts**

- **Home office-** ███████
  - o Donna - ███████████
    - ▪ Inventory, Aloha, R365, Talentreef, NCR, Employee Documentation, Unemployment, Workman's Comp, Guest Injuries, Employee Verification, Perk Card, Guest Complaints, Retail ordering (teapots, TP mugs, honey pots, sugar balls) Marketing,
  - o Joann/Lorraine-████████████████
    - ▪ Payroll, New Hire, Vacation Eligibility, Termination, Raises, Bonuses, Borrowed Help, Banking Information/Issues
  - o Meggan-██████████
    - ▪ Inventory, Aloha, R365, Talentreef, NCR, Computer Terminals, Laptops, Printers, Bill Pay & Issues, Marketing
  - o ██████████
    - ▪ Social Media, Donations, Marketing, Perk Cards, Office Supply List
- **Repairs and Maintenance**
  - o Matt Alkon-████████████████
    - ▪ All maintenance issues should be brought to Matt's attention in the R&M tab in Asana.  For emergencies only (ie, broken air conditioner, floods, equipment not working that directly affects the guest) txt or call him.
    - ▪ Works directly with Western, Window washers, Plant caretakers, and all direct repair companies.
- **Operational issues**
  - o **District Managers –** Kerri Dwyer ██████████████████ Jillian Levinson ██████ ████████████, Dennis Mansfield ██████████████
    - ▪ You will be working closely with your district manager and they should be cc'd on all contact with other vendors and corporate team members.
  - o **Director of Culinary Operations-** Evan Weissman ████████████████████
    - ▪ All boh issues, Certification of eggspert cooks, Food and beverage ordering, Pocono deliveries, Produce Alliance issues, Recipe replacements, Scheduling of Jesus for support
  - o **Chief Operating Officer-** Bonnie Iavaroni ████████████████
    - ▪ Any issues that have been brought up to your district manager first but not resolved can be addressed with Bonnie.

# Management Dress Code Policy

The following list is not intended to be all-inclusive, rather, these items should help set the general parameters for proper business wear and allow you to make intelligent judgments about items that are not specifically addressed. A good rule of thumb is that if you are not sure if something is acceptable, choose something else.

- **Slacks:** Clean, wrinkle free cotton slacks are most acceptable (you may wear most any other type of professional pressed slack). Preferable colors are basic black, khaki, grey, navy blue. Inappropriate slacks include but are not limited to, jeans, creatively printed pants, pants with logos, or designs, sweatpants, wind suits, short shorts, Bermuda shorts, bib overalls, leggings, spandex or other form-fitting pants.
- **Shirts:** Clean, wrinkle-free, collared, and or button-down shirts, golf, rugby, or polo shirt (logo no larger than quarter sized). Sweaters and turtlenecks are also acceptable
  - Blouses, knit tops, sweaters, button down and collared shirts, peasant shirts, cardigans with an accompanied undershirt or tank top is appropriate, as long as it is modest.
  - Button down and collared shirts should be tucked in unless the bottom of your shirt is ribbed, or is a sweater
  - An undershirt or tank top must be worn with any sheer top or blouse
  - Soft, simple colors and patterns are preferred.
  - Inappropriate items include, but are not limited to, tank tops (unless it is under a shirt and is fitted), sweatshirts, shirts with large lettering, logos or slogans, halter-tops, tops with bare shoulders, and t-shirts (unless worn under an appropriate shirt and is free of print and not visible).
- **Dresses and Skirts:** Skirts or dresses of at least knee length are acceptable. Dresses and skirts that are considered inappropriate but are not exclusive to: slit skirts, skirts more than 2 inches above the knee, mini-skirts, spaghetti-strap dresses, form fitted skirts or dresses, and spring dresses.
- **Footwear:** Non-slip or slip resistant (preferably "Shoes for Crews") sneakers, leather boots, loafers, and Mary-Jane clogs are acceptable. Shoes considered unacceptable are flip flops, sandals, open-toed or open back shoes, deck shoes, thongs, and slippers. Socks or panty hose must be worn always as it is a company policy to cover your feet.
- **Accessories. Tattoos. and Piercings:** Head accessories such as hats and bandanas are not acceptable. Management must approve all hats and headwear or as required by bona fide religious beliefs. All visible tattoos must be covered and obstructed from the guests' view. All visible piercings (exclusive to earlobe earring no thicker than 16 gauge and nose ring of either a small stud or hoop) must be removed (you may use a retainer that is not visible for your piercings, or you must remove the piercing, you may NOT use a band aid).



# Turning Point Piercing & Tattoo Policy
March 14, 2018

Turning Point permits employees to wear piercings & to have tattoos exposed at the workplace within the following guidelines.

Factors that management considers in determining whether jewelry or tattoos may pose a conflict with the employee's job or work environment include but are not exclusive to:

1. Personal safety of self and others, or damage to company property
2. Productivity or performance expectations
3. Corporate or societal norms
4. Customer complaints
5. Offensiveness to co-workers, customers, vendors or others in the workplace based on racial, sexual, religious, ethnic, depict illegal activities or other characteristics or attributes of a sensitive or legally protected nature.

What is and What is not permitted:

1. Tattoos that meet the above criteria *can* be exposed while on duty *within restriction.* Arms with less than 50% tattoo coverage *are* permitted to be exposed while on duty
2. Arms with over 50% of tattoo coverage require employee to wear a long-sleeved TP T-shirt while on duty (provided to employee at the time of hire, as available)
3. Visible tattoos on face, neck, &/or inappropriate hand tattoos *may not* be exposed while on duty
4. Ear lobe earrings and one small stud or thin hooped nose ring (one side of nostril only) *is* permitted to be worn while on duty
5. Other types of piercings *are not* permitted to be worn on duty, inclusive of but not exclusive to: thicker gauged earrings 00 gauge or larger, nasal bridge piercings, eyebrow, lip, septum, cheek piercings

Turning Points management and RRM upper management teams determines what constitutes as unacceptable or inappropriate tattoos or piercings that may not be worn or exposed while on duty.

An environment of mutual respect, cooperation, fairness and consistent treatment of all employees is the company's goal. Nonetheless, the company is legally responsible for ensuring that no employee or guest is subject to harassment, a hostile or uncomfortable work environment.

As an initial step toward resolution of any complaint or offense under this policy, supervisors and managers are responsible for explaining the policy and answering employees' questions. If an agreeable solution cannot be reached, the human resources manager will follow company procedures to resolve the issue.

TP_DEF001395

## Performance Assessment

| Leadership Qualities | Exceeds Expectations | Meets Expectations | Needs Improvement | *Brief examples are required for "Needs Improvement"* |
|---|---|---|---|---|
| | Put "1" in box | | | |
| Attendance (minimal call outs, no excessive time off, willingness to fill shifts in or out of location) | | | | |
| Punctuality (shows up to work at least 5 minutes early) | | | | |
| Professional on duty appearance (TP uniform/appearance policy compliant) | | | | |
| Self compliant of company policies | | | | |
| Self Awareness (knows strengths, knows weakness, knows impact on others) | | | | |
| Self Regulation (ability to control impulses, behaviors, reactions, responses) | | | | |
| Self Motivated (enthusiastic drive for achieving goals) | | | | |
| Understanding, empathetic & compassionate | | | | |
| Effective Social Skills (builds rapport with others to move them in desired directions) | | | | |
| Big picture thinking and long term vision | | | | |
| Exhibits a positive opinion of the company | | | | |
| Appreciates subordinates, supervisors and executive members | | | | |
| Is solution focused and able to appropriately problem solve issues in a timely manner | | | | |
| Considerate, thoughtful, mindful & respectful towards others | | | | |
| Accepts responsibility and does not blame others or gives excuses when relevant | | | | |
| Exhibits Enthusiasm, confidence and is able to rally their team | | | | |
| Open to change and learn new processes, procedures, policies and products | | | | |
| Models leadership personality, behavior, body language, speaking style & physical appearance | | | | |
| Is truthful, honest, sincere and exhibits integrity | | | | |
| Communicates tasks with clear direction, expectations & with attainable timelines | | | | |
| Is able to adjust conversations and tailor delivery to each recipient | | | | |
| Keeps conversations of conflict & other sensitive nature fact based | | | | |
| Uses appropriate methods of communication (text, email, teams, call, in person, privately) | | | | |
| Approachable, accessible, responsive & personable | | | | |
| Communicates effectively ensuring understanding & proper interpretation | | | | |
| Encourages others to speak & actively listens to others without cutting them off | | | | |
| Speaks/writes coherently, professionally & intelligently (brief, to the point, grammatically correct) | | | | |
| **Leadership Qualities Score** | 0 | 0 | 0 | |
| **Operational & Team Leadership Skills** | | | | |
| Focuses on opportunities rather than problems, looks for ways to make improvements | | | | |
| Runs productive shifts as well as pre and post shift meetings | | | | |
| Holds self all employees accountable and does not exhibit favoritism | | | | |
| Has good awareness (of guests, team members, facility) | | | | |
| Delegates appropriate tasks at appropriate times to appropriate members | | | | |
| Follows up on communications & tasks of self and team members in a timely manner | | | | |
| Follow's TP training programs (FOH, BOH, MIT's where applicable) | | | | |

TP_DEF001396

| | | | | |
|---|---|---|---|---|
| Able to determine training & development needs of individual team members | | | | |
| Integrates coaching & development throughout shifts (in the moment and by end of shift) | | | | |
| Measures the progress of performance before, during and after training for proficiency | | | | |
| Advocates, encourages, teaches for continuous development, learning & practice for self and team | | | | |
| Coaches, counsels & mentors employees with performance issues to aid in progress | | | | |
| Encourages employee insight and perspective when discussing performance issues | | | | |
| Offers suggestions &/or collaborates with employees on a plan of action for improvement | | | | |
| Plans, prioritizes and accomplishes daily "to do" lists | | | | |
| Eliminates unessential tasks & distractions to self & team members to ensure optimal shifts | | | | |
| Establishes & presents goals that are realistic, achievable & time specific (self & team) | | | | |
| Teaches & reinforces good team attitude & maintains a TP Buddy Culture | | | | |
| Reiterates and enforces team & company standards, policies, guidelines & procedures | | | | |
| Acquires the teams commitment & able to get employees buy in | | | | |
| Maintains a team culture of belonging and inclusion | | | | |
| Appreciates, acknowledges & rewards team members for all levels of progress | | | | |
| Knows what motivates their team and implements it | | | | |
| Acknowledges and rewards desired behaviors & performance | | | | |
| Disciplines undesirable behaviors & performance | | | | |
| Eliminates distractors of the store (negative, toxic, melodramatic employees) | | | | |
| Eliminates misunderstandings and assumptions from conflict | | | | |
| Remains impartial with team members and stays problem focused for resolution | | | | |
| Defuses conflicts immediately and appropriately | | | | |
| Resolves issues in a way that is mutually beneficial and acceptable for all parties | | | | |
| Stays focused on peoples needs rather than peoples demands | | | | |
| Maintains a positive, receptive and calm disposition | | | | |
| **Operational & Team Leadership Skills Score** | 0 | 0 | 0 | |
| **Administrative Responsibilities** | | | | |
| Keeps and maintains a clean, organized and clutter free office | | | | |
| Schedules adequately and posts in a timely manner | | | | |
| Maintains proper staffing levels | | | | |
| Creates effective & implementable Plans of Actions and completes them on time | | | | |
| Is responsive to emails, Teams and other forms of communication in a timely manner | | | | |
| Cash and deposits are handled appropriately, abiding by company policy | | | | |
| New hires are onboarded properly, prior to start date (and given orientation) | | | | |
| Relevant information is communicated, accurately and timely | | | | |
| Payroll adjustments are made precisely in a timely manner | | | | |
| Pay changes, vacation requests and request off forms are submitted properly & timely | | | | |
| Invoices are entered appropriately and timely | | | | |
| Orders are placed adequately & in a timely manner | | | | |
| Interviews for all positions are done routinely, regardless of staffing holes | | | | |

| Inventory is logged and entered accurately and in a timely manner | | | | |
|---|---|---|---|---|
| **Administrative Responsibilities Scores** | 0 | 0 | 0 | |
| **Controllables & Profitability Performance** | | | | |
| Engages and builds relationships with guests, incorporating EGS, to help grow the business | | | | |
| Incorporates 100% table visits as part of daily routine | | | | |
| Logs accurate on hands and writes adequate prep lists and orders | | | | |
| Conscientious of prep quantities on hand & rotation of prep/product in walk in and stations | | | | |
| Orders sufficient amounts of product based on store's usage needs | | | | |
| Diligent w/ labor adjustments, daily & weekly, based on weather, season and fluctuations | | | | |
| Keeps self and staff productive, efficient and expeditious throughout shifts | | | | |
| Makes adjustments to pars based on weather, season and sales trends | | | | |
| **Controllables & Profitability Performance Score** | 0 | 0 | 0 | |
| **Total Score** | 0 | 0 | 0 | |

| *Store Performance past 6 months* | *Store Performance 6 months prior to last* |
|---|---|
| % Sales Increase/Decrease vs. LY Sales | % Sales Increase/Decrease vs. LY Sales |
| Bev Cost | Bev Cost |
| Food Cost | Food Cost |
| FOH Labor | FOH Labor |
| BOH Labor | BOH Labor |
| Productivity | Productivity |
| Ops Expenses | Ops Expenses |
| Customer Comps | Customer Comps |
| Number of Hires | Number of Hires |
| Number of Termination | Number of Termination |
| NCR Score | NCR Score |
| Facility Appearance Grade | Facility Appearance Grade |

**Overall:**

**Areas of Focus:**

TP_DEF001398

**Plan of Action for progress:**

**Next Assessment:**

TP_DEF001399

**COG's Goals (at or below is your goal)**

Restaurant:  Bev 22%

Restaurant w/ Café: Bev 17%

Food: 24%

Janitorials: 3%

Restaurant: FOH Labor 4%

Restaurant w/ Café: FOH Labor 6%

BOH Labor: 12% (below 8% too low, over 15% too high)

NCR Ranking: 91%

TP_DEF001400

## Addressing Guest Complaints

When a guest is unhappy always remember and apply…
**LAST**

**Listen**
- Listen to the guest's concern, disappointment, dislike
- Allow them to explain their situation without interrupting

**Apologize and Appreciate**
- Apologize for the guest's situation
- Appreciate their view

**Solve and Satisfy**
- Solve the situation to the best of your ability
- Identify what really the guest is unhappy with and offer suggestions on ways we can accommodate them
- Food issue:
    - Let the guest know that we will remake or make anything else they would like right away
    - Bring them a menu if needed to make a new selection.
    - Immediately let kitchen know of re-fire, or on the fly item
    - Deliver item as soon as it comes up
    - Ensure guest is happy and it is exactly what they want
- Let the manager know of situation, and that you resolved it. Have them remove items guests did like or not eat.

**Thank**
- Thank the guest for pointing out their dissatisfaction and allowing you the opportunity to correct it.

If a guest ever lets you know or insinuates that they are not totally satisfied with a part of their experience at the end of their meal, let them know that you will take care of the item. If the guest was not happy the way something was prepared, take the item off their check. Explain that we will gladly make it the way they want next time if they let their server know.

TP_DEF001401

## The Turning Point Guest Service Policy

**Our mission**

We have created a unique daytime restaurant that serves creative breakfast and lunch meals using the freshest ingredients available. We strive to provide service to our customer that exceeds their expectations and maintain an atmosphere that is clean, comfortable and relaxing.

**Our commitment**

In fulfilling our mission, The Turning Point strives at all times to provide 100% exceptional customer service to each and every guest. Customer service affects all levels of the restaurants, and everyone involved needs to have the same mindset and follow the same policies.All guests should be treated in a courteous manner at all times. We will go above and beyond to accommodate all guests.

- We provide 100% exceptional customer service.

- We offer an acceptable alternative to accommodate the guests. We never say no to our guests.

- We convey empathy for our guest when we have not met their expectations.

- We provide immediate service recovery.

- We say "I will be right back with your change."  Never ask, "Do you need change?"

- We say "Absolutely, sure thing and my pleasure.  "Never respond in negative connotations, such as "no problem, or no worries."

- We are empowered to create a memorable dining experience for our guests.

- When allergies are a concern we make it a priority to ensure our product is safe for our guest and it is handled with the proper policy and procedure.

- We are open for business 7 days a week unless there is a State of Emergency. Once the State of Emergency is lifted well will open our restaurants the same day if possible in order to accommodate our guest.

We greet, seat and treat every guest like they a guest in our home and don't forget the thank

TP_DEF001402

# Call Ahead Seating Policy (as stated on our website):

We do offer a call ahead policy. A call ahead is not a reservation. You are placing your name on a waiting list on the day of and at the time you want to come in. There may still be a wait when you arrive at the restaurant, but it will be quicker than if you just walked in. Please keep in mind that we do limit the number of call aheads if one specific time is full. For example: if we have a 20 table restaurant we cannot accept more than 10 call aheads due to the fact that the tables will not be available at the specific time.

*Exceptions: We do not accept call aheads on the following days: Mother's Day & Father's Day'

Call heads may be taken hours in advance. If guests call to have their name put on the call ahead list and state they will be there in 15 minutes you must state what the current wait time is so that they do not arrive expecting to be seated if we were on a 45 minute wait when they called. If we have no wait you still should put their name on the list rather than tell them there's no wait and not put their name on the list, this is for the just in case factor.

Please keep the conversation short when accepting a call ahead, briefly explaining it to guests who are unsure of how it works. Please do not make guests call back later in the day to put their name on the call ahead list closer to the time they plan to visit, accept all call aheads upon their first call unless they are calling a day or so in advance. Do not make it complicated for your guests.

**Protocol for taking Call Aheads**
- Tell the guest the current wait time, suggest they put themselves on our Wait List through the Yelp app
- Take their name, how many in the party, and what time they expect to arrive-add that into No Wait or write it on a piece of paper if you are not at the host stand and then hand it over to the host, barista or manager on duty
- Tell the guest to check in with the host stand when they arrive
- Some examples of what we **DO NOT** tell the guests:
    - Call back at a closer time to the average wait
    - If they do not show up within the amount of quoted wait time, they will be removed and bumped down the list
    - We are not on a wait right now so we cannot take your name
    - You need to be on your way to get your name on the list
    - You shouldn't have to wait once you arrive
    - I will have a table reserved for you when you walk in the door
    - You may have to wait a little bit....

NOTE: The call ahead is viewed in the same way as a guest that walks in. Do not set up their table and call their name before they check in. Once they arrive, if they were passed on the list, we will return to their name when one of the next tables is ready.

TP_DEF001403



## Petty Cash/Safe Count
Non-negotiable Policy
October 22, 2015

Procedures for the handling of petty cash are designed to provide accountability for the monies of The Turning Point.  All managers are responsible for complying with the policies and procedures described.  Failure to adhere to these policies and procedures will result in disciplinary action being taken against the employee.  All employees are obligated to report cash shortages.

Safe Counts are to be completed twice a day and entered into Asana twice a day balanced to the agreed amount.

Any discrepancies must have an explanation and balanced by the following day's morning count.  A shortage is $ 5.00 or more.  If the shortage is $ 50.00 or more, it is grounds for immediate termination.

1st shortage will result in a written warning

2nd shortage will result in termination

### Procedures for Check Out Cash Handling
- One manager is responsible for collecting all of the money from servers and baristas
- Money must be kept on the manager at all times
- Manager must count money back in front of server
- Manger and server must initial the checkout to verify the money matches the server's checkout
- Manager records the deposit in Aloha with their initials in the description
- Manager initials the deposit slip
- It is the responsibility of the manager collecting the money to deposit the needed amount
- Any discrepancy +/- $ 5.00 must be emailed to Joann immediately.
- Any discrepancy +/- $ 5.00 may result in a written warning.
- Shortages 50.00 or larger may lead to immediate termination.

TP_DEF001404

## Outside Seating Policy
## May 2015

Outside seating is an extension of the restaurant.  It must be thought of as more available seating for the guest and allows the guest a choice of seating.  It is also a way to increase sales because you are increasing seating capacity.  You should be checking the weather the night before and throughout shift to better anticipate the staffing and weather patterns.

Outdoor seating must be set up every day by 7:30am unless it is raining at that time.

- Even if a guest may not sit outside, they see how nice and inviting it looks for next time.
- If it is raining at that time, there must be the option and ability to set it up and staff for it when it clears up.
- You need to be prepared to staff or make cuts based on the weather throughout the day.  (It may rain, it may clear up, it may be windy)

**Options to consider:**
- If it is overcast, windy, cut your outside staff back, have them come in later
- If you have scheduled outside servers, and it is raining, instruct them to call in 8:00, 8:30, etc. until 10:30 to see if they are needed.
- Schedule on call staff for outside.  Call them in based on the weather throughout the day, (it may clear up, it may rain)
  - Out of fairness your decision should be made by 10:30
    - For example, they could work a 12-2 just to get you through the shift.
  - Use your closer servers as opposed to someone who is driving over 30 minutes
- Have your stronger, inside servers, rotate outside tables.
  - They should never have more than 5-6 tables at one time between inside and out.
  - Use a rotation sheet to help the servers to be organized.
  - The manager will need to be aware and available for the guests and servers with this option.

TP_DEF001405

**Daily Itinerary**

Monday- Thursday, single manager shifts

**Opening (7:00- 8:00am):**
- Turn all lights, equipment on and music
- Go in the office
    - Print your daily crib sheet with all front and back staff on it and include their telephone numbers in case you need to call them
    - Check shift notes from previous shift(s) if you were off previous day
    - Check your emails
- Check Prep sheet/list(s), make sure 911's are done first
- Pre-shift meeting on weekends and holidays
- Check walk in temperature, make sure prep is out of walk in and on stations
- Check all the stations to make sure they are all stocked for the shift and check temperatures of fridge and product
- Make sure Dish station is set up. Check to be sure that all chemicals are full and dispensing properly
- Check Bathrooms- clean, dispensers stocked, all garbage's are emptied, smells good
- Check that ice machine is working and full of ice and ice bins are filled at Pepsi machine
- Barista and opening server are in and starting to set up: making coffee, baked goods ready, and newspapers on counter top, and in men's room
- Inspect dining room- tables, floors, glassware, mugs, silverware- all are clean
    - When walking through the dining room in the morning, be sure all light bulbs are working. All windows are smudge free, all tables are level (no napkins or sugar packets stuck underneath the feet) Check that all tables are set up properly with clean silverware and glassware, and that all your server stations are stocked. Check all computers are working
    - Outside seating If you have outside seating, it must be set up by 7:30am completely with settings on the tables & umbrellas up.
    - Call out open menu count, check ticket times

**(8:00-9:00am):**
- Be sure you are doing your rounds. Walk through the dining room, do your table touches (proactive table visits) and check ticket times.
    - Doing rounds throughout the restaurant should be done every **20-30mins** during the slow periods. Timing these in between tasks will is the best option (ex: cut a case of pineapple, do a round, check in on/help staff put delivery away, do a round.)
- Do opening Line Check following sheets (should be completed no later than 9am)
- Help the kitchen with prep or doing expo so they can bang out prep faster
- Check that all staff (front and back) are arriving on time and in uniform according to policy
- Check in deliveries as they arrive, when necessary. Be sure that all produce and refrigerated & frozen items are put away ASAP, to ensure quality
- Have FOH staff doing cleaning projects to complete by the end of the shift, always keep them busy.

- Check progress of prep being done. Since prep lists are to be completed at the end of the day, your dish/prep staff should be able to get started as soon as they arrive.

**(9:00- 11:00am):**
- Have a pre-shift weekday meeting to go over any important topics or daily contests
- Continue to monitor prep area. Be sure the staff is working clean and efficiently
- Check ticket times and plate presentation. Decide if and when you need to get more cooks on the line, and/or if you need to move cooks into their stronger stations. "GET YOUR ACES IN THEIR PLACES".
- Continue with your table touches. Observe your staff. Are they working together to run each other's food and to bus and pre-bus each other's tables? Are they greeting their tables in a timely and friendly manner? Is EVERYONE helping to greet and seat the door? All staff should be assisting the barista with taking names, and seating as tables become available. Be sure the floors are staying clean throughout the shift.

**(11:00-12:30pm depending): Lunch Rush Support**
- *Alert the kitchen as the front of the house begins to fill up to make sure they stay ahead of the game and not fall behind on ticket times.
- Check that dish area is staying in order. On slow days, the water in the machine should be dumped about 2 to 3 times. On busy days, the water should be dumped once an hour.
- Most of your time you will spend up front helping at host stand, bussing, grabbing water pitchers for servers.
- Depending on how your kitchen staff is you potentially could be needed on the line or in dish/prep. Periodically you need to be checking with the expo to make sure positions are not being over whelmed by the amount of tickets they have.

**(12:30- 2:00 depending): Lunch Rush Support**
- Once all prep is complete, decide who you will be sending home. Delegate out their cleaning tasks and let them know what time you expect them to clock out by. Follow up at that designated time to make sure they are off the clock
- When the lunch rush is over, alert the kitchen so that they can begin breaking down, cleaning and stocking their stations for the next shift

**(2:00-3:00):**
- Managers are not allowed to eat in any area that is visible for guests to see so you are required to eat your lunch in the office unless there are absolutely no guests in the building and then you may eat out front or back kitchen area.
- Start doing counts for any orders that are needed for that day
- Upon prep being completed start filling out prep list for next day
- ***Make sure you are circling back out front to ensure all servers are taking care of guests. They tend to pay more attention to their cleaning duties at this time than the guests in the restaurant.
- Open Menu Counts, check ticket times

**END OF THE DAY (3:00-3:30pm):**

- Floor mats may not be removed from the floor in the dining room until there is not 1 guest in the building.  Mats may not be removed in the kitchen until the last ticket has

been sold.  Sweeping must be dome throughout the day, but tables cannot be moved
- No sweeping is allowed in front of guests.  No mopping until all guests have left
- All staff lunch should be in no later than 3pm. Managers can then apply discounts.
- Any servers that have late tables may not eat their lunch or smoke until their last guest has left, regardless if their last table has paid.
- Be available at table in the dining room to collect money, perform coaching or feedback, answer emails, enter SF notes
- Have post shift meeting to go over any topics from day goals and daily contest winners
- Servers should do their checkout immediately after their last table has paid, regardless of wanting to eat their lunch.  The MOD needs to do a check out for themselves as well
- Baristas should be thoroughly checking out all servers while the MOD is doing the EOD in the office.  It is strongly suggested that they take the clipboard with them with the breakdown of each stations closing side work.
- Once the baristas are done, the manager then checks them out. Anything that the barista may have let the servers slide on, would then be caught by the manager and it should be completed by the barista. Be sure all glass racks are emptied, all server stations are stocked, and all products in juice and condiment fridges are stocked before any server or barista leaves. The espresso machine is back washed properly.

**(3:30-4:00):**
- Once all money is collected go to the office and enter all payouts and invoices from that day. When doing the Aloha end of day report be sure you enter in the deposit and that your money matches up to the expected deposit amount
- Make sure all orders that are needed to be placed for that day are done no later than 3:30pm.
- While kitchen is finishing cleaning up complete the closing line check.  That way if anything is missed or needs to be done the kitchen staff can complete upon leaving
- Finalize prep list and individualize it by stations.
- Assist BOH in finishing up closing the kitchen.
- Make yourself aware of any product that is needed for following shift and come up with a plan to obtain it.

*Upon leaving make sure to lock the safe. Make sure the following is turned off before leave: music, the fireplace, the kitchen hoods and lights, dishwasher, all lights (including walk in and freezer.) Double check that all doors are locked needed to arm the alarm and that no one else is in the building. Arm the alarm and lock the front door.

### Friday itinerary
(2 managers)

*All schedules have to be completed for review no later than Wednsday by 4pm.  Once they are approved they can be posted for staff.
**FOH manager (one manager is responsible for staying out front majority of the day):**
- Doing table visits, guest interaction, and 100% guest satisfaction is your most important focus
- Helping baristas with host stand during peak periods
- Maintaining the pace of the restaurant and keeping servers busy throughout the day
- Making round throughout the restaurant.  Checking in on tables, walking through kitchen to check in on expo and ticket times.
- **Making the BOH aware of what is going on up front as well as the expo.

- o   Menu counts.  Are you on a wait? How full is the restaurant? This way if the BOH manager is needed to help support the line they can jump in before the rush comes. Collect money at the end of the day and check out all front of the house employees
- Complete paperwork that needs to be finished from week
- Help the BOH manager with any of their responsibilities

**BOH (one manager is responsible for staying in the boh for majority of the day):**

- Most of the day will be spent in kitchen and in prep getting everything organized and ready for the weekend
- Complete opening line check
- Make sure prep lists are organized and individualized throughout kitchen.  Be aware of what everyone in boh is doing and that all prep is completed by end of day
- Complete any incomplete tasks from earlier in the week.
- Identify any product that is needed for entire weekend and come up with a plan to obtain before weekend shifts
- *Submit boh schedule for review
- Fill out prep list for Saturday shift identifying what needs to be done first thing in the am. Should have individual prep lists for each station
- Check that all stations are stocked and have enough product for the following busy shift
- Place any orders that need to be done for Saturday
- Complete closing line check

## Saturday and Sunday Itinerary
### (2 managers)

**Host stand (one manager is responsible to be at the host stand for most of the day):**

- At the host stand you will be able to interact with guests as soon as they walk in the door. You will be able to assure them that they will be well taken care off
- Being at the host stand for the day, you will be able to adjust wait times more accurately
- Follow bus one seat one throughout the day, this will set an even flow of checks into the kitchen
- If you have any guests that are upset you will be able to identify them right away, and prevent a further problems they may have
- Communicate with the floor manager and keep them updated with any upset guests, wait times, call-a head's

**Floor Manager:**

- Table visits, ensuring guest satisfaction is the most important task on the weekend shifts
- Circulating throughout the dining room and into the kitchen to keep the energy of the shift, as well as giving constant direction to the staff to keep the momentum of the day going
- Communicate to expo on how many menus are open to prevent overwhelming the kitchen with too many tickets. If there is a large amount of tables just sat, get all your boh staff to the line to be able to push through the rush
- Monitor window to ensure low ticket times

- Follow up with bussers that they are receiving lists from hosts on upcoming party sizes
- Communicate with host stand on wait times and upcoming party sizes
- Open Menu Count
- Support FOH Staff

TP_DEF001410



## Family Meal Policy
November 1, 2014

A $100.00 allowance per 4 week month ($25 per week) for family meal.

There are many benefits to having a family meal on Sundays.

- It will help to promote the idea of the entire staff being one team and help strengthen bonds between front of the house and back of the house
- It is a nice break for the cooks after getting hammered all day on Sunday to not have to make staff meal at the end of the day
- it is a fun way to create possible contests for your staff and allow them to show off some of their cooking skills

Here's how it would work:

- Each Sunday someone will prepare a meal for the entire family.  It could be any staff member or manager or collective group.  (Family meal does not mean ordering pizza every week)
- The meal will be served after the last guest ticket is sold from the kitchen and be on the server side of the expo window so as to coax the boh employees to come out and eat. (Make sure they stop what they're doing and eat!)
- You can order in something special to make staff meal or try to get samples from Jeff.  Try to get creative with the many products we have in house as much as possible.
- Make a game of it!  Hold monthly contests of who can make the best staff meal.  Take pics of great looking dishes and hang them on your communication boards.

There are many different things that can be made with the ingredients we have in house.  We can provide you with some ideas if you need help with this.  Get creative and have fun with it.

They appreciate a home cooked meal and love being able to sit and hang out with everyone for a few minutes and spend some time together.

# TP VENDORS

| FOOD | BEVERAGE | SMALLWARES | Paper Products | CLEANING SUPPLIES | RETAIL SHELVES | MISC. |
|---|---|---|---|---|---|---|
| **GFS**<br>Scott Aardema<br>800-905-2493<br><br>scott.aardema@gfs.com | **Clover Hill Coffee**<br>732-409-0003<br>George calls<br>Monday 8am<br>Frank<br>732-644-1596 | **Harold's Imports**<br>Email Donna<br>Sugar Balls<br>Honey Pots<br>Tea Pots | **GFS**<br>To-Go Bags, Cold Cups & lids, Placemats, Kid Menus | **Sanitary Linen**<br>Automatic weekly delivery towels, aprons, and mats<br>732-775-2000 | **Email Donna**<br>TP mugs, retail tea, teapots, honeypots, and sugar balls | **Donna**<br>Supply List |
| **Cutler Produce**<br>609-371-2010<br>No Sunday delivery | **Pepsi Co.**<br>Repair 1-800-562-6800<br>They call every 2 weeks<br>Must order 3 cases<br>Check CO2 | **Johnson's Equip.**<br>Email DM<br>small ware needs<br>Kitchen equip | **Clover Hill Coffee**<br>Java jackets, | **NJ<br>Pure Force**<br>Dish chemicals and cleaning supplies<br>1-866-444-7450 | | **Aloha**<br>For POS Help, go to Meggan first to troubleshoot<br>mmccarthy@tpbbl.com<br>732-778-1856<br>Then Aloha<br>1-877-476-7435 |
| **J Ambrogi/ Produce Alliance**<br>856-845-0377 | **GFS**<br>Juices<br>On-line order<br>Rep. Maryanne Josephson | | | **PA<br>Unichem**<br>Dish chemicals and cleaning supplies<br>1-800-752-1120 | | **Matt Alkon**<br>For all repairs<br>malkon@tpbbl.com<br>201-315-2881<br>Restaurant Temperature Adjustment-Text |
| **Pechters Bakery**<br>1-800-525-5779<br>No Sunday delivery, orders for Monday must be in by 2pm on Sunday | | | | **Russell Reid**<br>They call to schedule grease trap cleaning<br>1-800-356-4468 | | **Fire System**<br>Daly Fire protection<br>908-309-8377 |
| **Carbon's Golden Malted**<br>1-888-596-4040<br>They deliver waffle mix every 6 weeks, also repair waffle irons! | | | | **Preferred Steam Cleaning**<br>They call us to schedule a hood cleaning<br>908-755-4774 | | |

**Turning Point Vendors**

- **Gordon Food Service-** Rep- Scott Aardema 800-905-2493  scott.aardema@gfs.com
  - Major Foods Supplier
- **Produce Alliance-** Rep- Caroline McElvain 312-614-4008 ext 1762
caroline.mcelvain@producealliance.com
  - Produce deliveries
- **Carbons Golden Malted-** 1-800-596-4040
  - Rep comes every 6 weeks for deliveries.  Call for waffle iron repairs.  Always ask the rep to leave 2 sets of extra waffle plates.
- **Clover Hill Coffee-** 732-409-0003  Frank 732-644-1596
  - Coffee, Mighty Leaf Tea, & Iced Tea deliveries
  - Coffee urn, coffee grinder, iced tea machine, espresso machine and repairs
- **Pepsi**
  - Will call for deliveries every 2 weeks
  - **Repairs-** 1800-562-6800
- **Sanitary Linens-** 732-775-2000
  - Weekly deliveries of kitchen towels and aprons
- **Johnson's Equipment**- Rep Ed Sasso 732-492-4507
  - All kitchen equipment and tableware supplies.  Orders are placed by the first of the month through your DM.
- **Dish Machines**
  - **New Jersey stores- Pureforce-** 1-866-444-7450
    - Repairs and chemical ordering
  - **Pennsylvania stores- Unichem-** 1-800-752-1120
    - Call for repairs.  Chemicals ordered through Pocono.
- **Intron-** 732-936-8701, helpdesk@intron.support
  - Laptop computers, Brother printers
- **Aloha-** 1-877-476-7435
  - POS support
- **Western-** The number varies from store to store depending on the area you're in.  It is printed on the invoice.
  - Pest Control

TP_DEF001413

**SEND IN BY TUESDAY TO REVICE THAT WEEK**

| | |
|---|---|
| Comp Cards | |
| Bad Egg Cards | |
| Envelopes | |
| Perk Cards | |
| Perk Card holders | |
| Perk Card Info Sheets | |
| To Go Menus | |
| Catering Menus | |
| Specials Menus | |
| Eggspert Cards | |
| Business Cards | |

| | |
|---|---|
| Bank Bags | |
| Deposit Slips | |
| Credit Card Box | |

| | |
|---|---|
| Tea Pots | |
| Honey Pots | |
| Sugar Balls | |

| | |
|---|---|
| Peanut Butter Cups | |
| Peppermint | |
| Logo Cups | |

| French Press Pots | Black | | Red | |
|---|---|---|---|---|
| Timers | | | | |

| French Press Cards | J: | K: | KY: | C: | JD: | HB: |
|---|---|---|---|---|---|---|

| Long Sleeve Shirts | S: | M: | L: | XL: | XXL | |
|---|---|---|---|---|---|---|
| Short Sleeve Shirts | S: | M: | L: | XL: | XXL: | XXXL: |

| | |
|---|---|
| Apron | |
| Black Book | |
| Hats | |

| | |
|---|---|
| Ream of Paper | |
| Laminating Sheets | |
| Dry Erase Markers | |

| Ptouch Tape | Model | |
|---|---|---|
| Batteries | Type & Amount | |
| Other: | | |

Toner: TN660 _____    TN450 _____

Drum: TN660 _____    TN450 _____

Air Fresheners/Batteries _____

Nor Easter Rock Candy _____ Sticks _____

| | | |
|---|---|---|
| Blue Adhesive Bandage | 1/2 box | |
| Adhesive Bandage | 1/2 box | |
| Knuckle Bandage | 1/2 box | |
| First Aid Tape | 1 | |
| Triple Antibiotic Ointment | 1 | |
| Antiseptic Wipes | 1/2 box | |
| Burn Cream | 1 | |

| | | |
|---|---|---|
| Burn Spray | 1 | |
| Eye Wash | 1 | |
| Gauze Pads | 1/2 box | |
| Gauze Rolls | 1 | |
| Breath Barrier | 1 | |
| Eye Pad | 1 | |

Wait Table Card _____        NoWait Business Cards _____

Menus: How Many _____     Specials Menus _____

TP_DEF001414

Wall Of Recognition

4 squares= 4 different categories in each square:

1.      **weekly/daily goal(s)**- sales last year that day
of the week to beat, weekly sales last year to beat,
food, bev and labor cost last month to beat this month
(each week they update the past weeks % listed next
to last months numbers to beat)

2.      **store & staff performance** – NCR store
ranking and employee recognition (compliments in
customer voice or through guest feedback on website
or any other form of positive guest feedback)

3.      **contest of the day/week** - list the prize(s) and
then write the winners name(s) daily- keep adding
winners each day till the week ends and then start
new- these employees should be recognized at each
shift meeting and are the server to beat that
day…there should be an additional prize to any server
that wins multiple times within a week

4.      **communication board *or* things you need to
know -** should include things like the current focus or
a change or update or upcoming happenings such as
a new menu roll out (ie: pulling unused mugs off the
tables or sweeping floors or not starting clean up till
the end of the day or a change in company policy,
etc…)

TP_DEF001415

| We   f: | Tuesday | Wednesday | Thursd. | Friday | Saturday | Sunday | Monday |
|---|---|---|---|---|---|---|---|
| Last Year's to Beat: | | | | | | | |
| This Year's Goal: | | | | | | | |
| This Year's Actual: | | | | | | | |
| (+/-) : | | | | | | | |

| Week of: | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Monday |
|---|---|---|---|---|---|---|---|
| Contest: | | | | | | | |
| Winner(s): | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TP_DEF001416

(For hanging or writing on Communication Board)

# Last Year's Sales:

# This Year's Goal:

# Contest:

# Prize:

TP_DEF001417

Weekly Manger Meeting                                Date:

|  | LYS | Projections | Last Week's Actual |
|---|---|---|---|
| Monday | _____ | _____ | _____ |
| Tuesday | _____ | _____ | _____ |
| Wednesday | _____ | _____ | _____ |
| Thursday | _____ | _____ | _____ |
| Friday | _____ | _____ | _____ |
| Saturday | _____ | _____ | _____ |
| Sunday | _____ | _____ | _____ |

FOH:  Interviews/Issues/Staffing/Training/Schedules

BOH:  Interviews/Issues/Staffing/Training/Schedules

Food:  Ticket Times/ Prep/Deliveries/Presentation/Cleanliness

R&M

Projects/Goals

Upcoming Events/Holidays

TP_DEF001418

REDACTED

TP_DEF001419

REDACTED

TP_DEF001420



**HOURLY EMPLOYEE CHANGE IN PAY RATE FORM**
**February, 16, 2016**

*(A performance review or promotion must be given to an employee and*
*Included with this request in order for a pay increase to be approved)*

Location:

Today's Date:

Name of Employee:

Date of Hire:

Last Change in Hourly Pay Rate Date:

Current Pay Rate: $                    Hourly or Salary?

New Position, If Any:

New Pay Rate: $

Percentage of Increase ($ increase amount divided by current pay amount)

Average pay rate for this position according to TP metrics:

Date for Increase to go into effect:

Next Review Date:

Justification for change in pay rate:  Promotion or Annual Review?


Approval Signature (DM only):


- *No raise may be communicated to the employee until all approvals have been received*
- *Nothing in this document, including any recitation of a pay rate over a certain time period or designation of an annual review date, is intended to create a contract of employment for a specific term.*
- *All employment is at will*

TP_DEF001421

# Mandatory Work Days

| Holiday | Day | Managers | Exclusions/ Requests |
|---------|-----|----------|----------------------|
| Martin Luther King | Monday | All salaried employees | Mandatory Work day |
| Presidents Day | Monday | All salaried employees | Mandatory Work day |
| Easter | Sunday | All salaried employees | Mandatory Work day |
| Mothers day | Sunday | All salaried employees | No Requests |
| Memroial weekend | Fri, Sat, Sun | All salaried employees | Mandatory Work day; No requests for SG, Brick, and LB |
| Memorial Day | Monday | All salaried employees | Mandatory Work day |
| Fathers Day | Sunday | All salaried employees | No Requests |
| 4th of July week | week of | Scheduled Managers | No requests for SG and LB |
| 4th of July | | All salaried employees | Mandatory Work day, No requests for SG and LB |
| Labor Day weekend | Fri, Sat, Sun | All salaried employees | Mandatory Work days; No Requests for LB, SG, and Brick |
| Labor day | Monday | All salaried employees | Mandatory Work day |
| Columbus Day | Monday | All salaried employees | Mandatory Work day |
| B    Friday | Friday | All salaried employees | Mandatory work day |
| Black Friday Weekend | Sat, Sun | All salaried employees | Mandatory Work Days; No Requests for Man, SG, Brick |
| Christmas Eve-New Years Day | | Scheduled Managers | No requests with the exception of LB |
| Januarury 2nd if school is closed | | All salaried employees | No Requests |

**Mandatory Work Days:** These days are mandatory for all salaried employees including the KM. We will however consider a maximum of 2 manager requests per mandatory day provided that coverage is avaliable for the date requested. These requests will not be accepted any sooner than 3 weeks prior to the requested day. Each manager is only allowed to have **one** requested off mandatory day per calender year.  If your request is appoved but your store is not sufficiently staffed than your request may be revoked due to coverage conflictions. Mother's Day, Father's Day and New Year's Day are the only days that no requests will be accpeted.

**There are some exclusions or restrictions to holiday requests for some stores due to their volume or being a seasonal store.

## Managers Shift Change Request Form

*(Swapping Shifts, Vacation Request, Sick Day, Late Arrival, Early Dismissal, Extra Shift Worked)*

The purpose of this form is to ensure we are able to document appropriately each manager's request and keep them on file. We will always do our best to get shift coverage and accommodate manager's requests as often as possible.

### DIRECTIONS

1. Managers fill out then email it to your DM.
2. This request is not honored until you get an approving or disapproving response via email.
3. No request will be accepted or allowed verbally in person; via text or phone call.
4. You may either send it as an attachment or copy or paste it into the body of your email.
5. Please save all requests for future reference.

## Input in shaded area only

| Name: | Todays Date: | Location: |
|---|---|---|
|  |  |  |

| Swap Shift: | With Whom: | Date Taking Off: | Date Working: |
|---|---|---|---|
|  |  |  |  |

| Extra Shift Worked: | Date: | Reason: | Days Accrued: |
|---|---|---|---|
|  |  |  |  |
| **Personal Day:** | **Date:** |  |  |
|  |  |  |  |

| Sick Day: | Date: |
|---|---|
|  |  |
| **Vacation Day:** | **Dates Requested:** |
|  |  |

| OTHER (Specify): |
|---|
|  |

### FOR UPPER MANAGEMENT ONLY.

| TOTAL DAYS ACCRUED: | DAYS REQUESTED: | BALANCE: |
|---|---|---|
|  |  |  |

| APPROVED: | DENIED: | BY WHOM: |
|---|---|---|
|  |  |  |

| REMARKS: |
|---|
|  |

Server Sections
(In the event that the store is a newer store or there is a lot of new servers on duty and the servers are not allowed to pick their own sections, the only person allowed to pick sections is the Manager(s) on Duty.  Shift leaders may provide input if asked only)

- On weekdays the latest **scheduled servers pick their sections first** (in the order of the 1st server to arrive), then the 2nd to latest scheduled picks next and so forth leaving the opener with the last section left (most likely least favored section)

   - IE: 10:00 servers pick their section first in order of first server on duty to arrive, 9:00 servers pick their sections next in order of first server on duty to arrive, 8:00 servers are last to pick their section in order of 1st to arrive. If you have one opening server (let's say at 7:30), they do not pick a section, they get the last remaining section available after all other servers have picked

- On shifts that all servers are in at the same time **all servers pick their own sections** (1st server to arrive has 1st choice, last server to arrive is stuck with the last section left as their consequence for being latest in.

   - Any server that has been **out of** training less than 2 weeks **DO NOT** get to pick their section, the managers will place new servers into sections.

   - Any server that picks a section that is more than they can handle will have consequences- First shift this occurs the managers take 1 table from them and gives to a stronger server (or a barista).  The second time the same server picks a section that is more than they can handle the managers will pick their sections for them for the next 2 weeks unless the managers feel confident that they are ready to pick their own again.

   - **Any server that is late, on any day of the week, becomes the last person to pick their section- that is their punishment for being late along with a write up**

   - Sections are picked 30 minutes after the last shift scheduled (ie: if they are scheduled for 10 then sections get picked at 10:30) and that is the time they go into their stations

- Outside servers are on call until 11:00am, even in inclement weather

- If you are short outside servers you pull one of the 2 baristas and put them in outside seating

- If you get guests that do want to sit outside in bad weather but you have cut your outside servers than the server(s) in the sections closest to outside seating get to rotate tables with a rotation sheet given for them to fill out and follow to keep it organized

- No employee ever gets told to stay home until the last employee on duty shows up, including BOH, hosts and bussers- NEVER EVER!

The reason the servers pick their sections mandatory is for a few reasons

1. It allows for everyone to make good money and more balanced so that you don't have openers walking out with $120 and the late crew walking out with $40.  Some people do not have the flexibility to get to work earlier and they should not be punished because of that plus the openers get more time to make more tips since they started earlier

2. Simply put- It's fair and it's important to be fair to everyone.  No employee should have the burden of putting their coworkers into sections and be left resented.  Your servers are all adults, they should be fully capable of picking a section they like and can handle or that will challenge them and hopefully take them to the next level so you are not left with a bunch of dud servers

3. It ensures they will be on time

4. It ensures they will have a consequence for being late

5. No one will feel as though any one server is favored or disliked

6. It forces managers to hold employees accountable (if they mess up they lose a table, if they mess up twice they lose the privilege to pick their own sections for up to 2 weeks)

7. It ensures that your B &C players have the opportunity to step it up and develop and gives them a carrot dangling in front of their face with monetary reward, which is what matters most to a server

8. It will make them all feel empowered rather than the employees that are the strongest feeling that way

9. A server who thinks they are better than they really are will only wind up looking like an ass to their coworkers and managers if they take a section that is more than they can handle- which will undoubtedly humble them!

10. Reduces resentment and drama in the stores

11. It's better for time management and fosters independence and accountability with the servers

*Ongoing sidework must match the servers closing sidework- If section A has condiment frige during the shift than section A has condiment frige for closing.  Sidework should also make sense to section location in the store (ie: you would not want the

## Reporting Guest Accident Procedure

January 8, 2016

**Purpose:**

Accident, injury and illness reports are required by various Federal and State laws. Accident reports are also required by our company's insurance carriers.

**Policy:**

- o It is the policy of The Turning Point is to create, maintain and file accident reports as required by law.
- o The Incident Reporting System requirements apply to all incidences involving Turning Point Guests (anyone other than a Turning Point employee) that result in or might have resulted in personal injury, illness, and/or property and vehicle damage.
- o All incidents and accidents resulting in injury or causing illness to guests shall be reported in order to:
  - Establish a written record of factors that cause injuries and illnesses, as well as property damage.
  - Maintain a capability to promptly investigate incidents and events in order to initiate and support corrective or preventive action.
  - Provide the means for complying with the reporting requirements for occupational injuries and illness

**ocedure:**

Once the guest alleges there has been an accident the manager must send the support manager or another employee over to the guest to take care of them while GM notifies their DM and goes to the area to investigate and take required pictures.

- o Provide the proper assistance to the Guest
  - If medical attention is needed take care of that first (ie: ice, bandage, 911)

**Filling out the Guest Incident Report:**

- o Clear & specific details are imperative. With as much information as possible
- o Take pictures of the area in which the guest was injured.
  - Slip & Falls must require
    - Picture of shoes
    - Close up picture of floor where accident happened
    - Picture of area at a distance from various angles
    - Pictures of mats in all areas of the restaurant
    - Pictures of outside to show the weather
      - o If raining, pictures of the foyer & entrance way as well
- o Taking specific notes of the area of the accident include floors, tables, chairs and any piece of equipment or utensil involved in accident.
- o Make notes of the actions the guest was performing
- o Make note of the guest appearance and attire (ie: clothes, shoes, jackets, scarf, gloves)
- o Send Guest  injury report and supporting documents immediately to DM & RM



# Guest Incident Report

| Date & Time of Incident: | Address of Location Where Incident Occurred: |
|---|---|

Name, Address and Phone Number of Guest:

Describe exactly the part(s) of the body that are injured (left/right)

Detailed Description Of Incident From Guest:

Was Medical Sought?   Y___ N___        Was 911 Called?  Y___ N_____

If So Where:

Detailed Description Of Incident From Manager:

Witness Comments:

Signature: _____  Date:_____

Witness Comments:

Signature: _____  Date: _____

Pictures Were Taken  [ ]        Pictures Are Attached  [ ]

Guest Signature: _____  Date: _____

Manager Signature: _____  Date: _____

TP_DEF001426

## WORKERS COMPENSATION – FIRST REPORT OF INJURY OR ILLNESS

| EMPLOYER (NAME & ADDRESS INCL ZIP) | CARRIER/ADMINISTRATOR CLAIM NUMBER | OSHA LOG NUMBER | REPORT PURPOSE CODE |
|---|---|---|---|
| | JURISDICTION | JURISDICTION CLAIM NUMBER | |
| | INSURED REPORT NUMBER | | |
| | EMPLOYER'S LOCATION ADDRESS (IF DIFFERENT) | | LOCATION # |
| INDUSTRY CODE   EMPLOYER FEIN | | | PHONE # |

### CARRIER/CLAIMS ADMINISTRATOR

| CARRIER (NAME, ADDRESS, & PHONE #) | POLICY PERIOD  TO  CHECK IF APPROPRIATE ☐ SELF INSURANCE | CLAIMS ADMINISTRATOR (NAME, ADDRESS & PHONE NO) |
|---|---|---|
| CARRIER FEIN   POLICY/SELF-INSURED NUMBER | | ADMINISTRATOR FEIN |
| AGENT NAME & CODE NUMBER | | |

### EMPLOYEE/WAGE

| NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | SOCIAL SECURITY NUMBER | DATE HIRED | STATE OF HIRE |
|---|---|---|---|---|
| ADDRESS (INCL ZIP) | SEX  M MALE  F FEMALE  U UNKNOWN | MARITAL STATUS  U UNMARRIED SINGLE/DIVORCED  M MARRIED  S SEPARATED  K UNKNOWN | OCCUPATION/JOB TITLE  EMPLOYMENT STATUS | |
| PHONE | # OF DEPENDENTS | | NCCI CLASS CODE | |
| RATE PER:  DAY WEEK  MONTH OTHER: | DAYS WORKED/WEEK | FULL PAY FOR DAY OF INJURY? DID SALARY CONTINUE? | YES NO  YES NO | |

### OCCURRENCE/TREATMENT

| TIME EMPLOYEE BEGAN WORK  AM PM | DATE OF INJURY/ILLNESS | TIME OF OCCURRENCE  ( ) CANNOT BE DETERMINED  AM PM | LAST WORK DATE | DATE EMPLOYER NOTIFIED | DATE DISABILITY BEGAN |
|---|---|---|---|---|---|
| CONTACT NAME/PHONE NUMBER | | TYPE OF INJURY/ILLNESS | | PART OF BODY AFFECTED | |
| DID INJURY/ILLNESS/EXPOSURE OCCUR ON EMPLOYER'S PREMISES?  YES NO | | TYPE OF INJURY/ILLNESS CODE | | PART OF BODY AFFECTED CODE | |

DEPARTMENT OR LOCATION WHERE ACCIDENT OR ILLNESS EXPOSURE OCCURRED | ALL EQUIPMENT, MATERIALS, OR CHEMICALS EMPLOYEE WAS USING WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED

SPECIFIC ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN THE ACCIDENT OR ILLNESS EXPOSURE OCCURRED | WORK PROCESS THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED

HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED. DESCRIBE THE SEQUENCE OF EVENTS AND INCLUDE ANY OBJECTS OR SUBSTANCES THAT DIRECTLY INJURED THE EMPLOYEE OR MADE THE EMPLOYEE ILL

CAUSE OF INJURY CODE

| DATE RETURN(ED) TO WORK | IF FATAL, GIVE DATE OF DEATH | WERE SAFEGUARDS OR SAFETY EQUIPMENT PROVIDED?  WERE THEY USED? | YES NO  YES NO | INITIAL TREATMENT |
|---|---|---|---|---|

PHYSICIAN/HEALTH CARE PROVIDER (NAME & ADDRESS) | HOSPITAL OR OFF SITE TREATMENT (NAME & ADDRESS)

INITIAL TREATMENT
0 NO MEDICAL TREATMENT
1 MINOR: BY EMPLOYER
2 MINOR CLINIC/HOSPITAL
3 EMERGENCY CARE
4 HOSPITALIZED > 24 HOURS
5 FUTURE MAJOR MEDICAL/LOST TIME ANTICIPATED

### OTHER

WITNESSES (NAME & PHONE #)

| DATE ADMINISTRATOR NOTIFIED | DATE PREPARED | PREPARER'S NAME & TITLE | PHONE NUMBER |
|---|---|---|---|

FORM IA-1(r 1-1-02)        SEE BACK FOR IMPORTANT INFORMATION        ©IAIABC 2002

TP_DEF001427

## EMPLOYER'S INSTRUCTIONS

### DO NOT ENTER DATA IN SHADED FIELDS

DATES:
Enter all dates in MM/DD/YY format.

INDUSTRY CODE:
This is the code which represents the nature of the employer's business, which is contained in the Standard Industrial Classification Manual or the North American Industry Classification System, published by the Federal Office of Management and Budget.

CARRIER:
The licensed business entity issuing a contract of insurance and assuming financial responsibility on behalf of the employer of the claimant.

CLAIMS ADMINISTRATOR:
Enter the name of the carrier, third party administrator, state fund, or self-insured responsible for administering the claim.

AGENT NAME & CODE NUMBER:
Enter the name of your insurance agent and his/her code number if known. This information can be found on your insurance policy.

OCCUPATION/JOB TITLE:
This is the primary occupation of the claimant at the time of the accident or exposure.

EMPLOYMENT STATUS:
Indicate the employee's work status. The valid choices are:

| | | | |
|---|---|---|---|
| Full-Time | On Strike | Unknown | Volunteer |
| Part-Time | Disabled | Apprenticeship Full-Time | Seasonal |
| Not Employed | Retired | Apprenticeship Part-Time | Piece Worker |

DATE DISABILITY BEGAN:
The first day on which the claimant originally lost time from work due to the occupation injury or disease or as otherwise designated by statute.

CONTACT NAME/PHONE NUMBER:
Enter the name of the individual at the employer's premises to be contacted for additional information.

TYPE OF INJURY/ILLNESS:
Briefly describe the nature of the injury or illness, (eg. Lacerations to the forearm).

PART OF BODY AFFECTED:
Indicate the part of body affected by the injury/illness, (eg. Right forearm, lower back).

DEPARTMENT OR LOCATION WHERE ACCIDENT OR ILLNESS EXPOSURE OCCURRED:
(eg. Maintenance Department or Client's office at 452 Monroe St., Washington, DC 26210)

If the accident or illness exposure did not occur on the employer's premises, enter address or location. Be specific.

TP_DEF001428

## EMPLOYER'S INSTRUCTIONS – cont'd

ALL EQUIPMENT, MATERIAL OR CHEMICALS EMPLOYEE WAS USING WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED:
(eg. Acetylene cutting torch, metal plate)

List all of the equipment, materials, and/or chemicals the employee was using, applying, handling or operating when the injury or illness occurred. Be specific, for example: decorator's scaffolding, electric sander, paintbrush, and paint.

Enter "NA" for not applicable if no equipment, materials, or chemicals were being used. NOTE: The items listed do not have to be directly involved in the employee's injury or illness.

SPECIFIC ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN THE ACCIDENT OR ILLNESS EXPOSURE OCCURRED:
(eg. Cutting metal plate for flooring)

Describe the specific activity the employee was engaged in when the accident or illness exposure occurred, such as sanding ceiling woodwork in preparation for painting.

WORK PROCESS THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED:
Describe the work process the employee was engaged in when the accident or illness exposure occurred, such as building maintenance. Enter "NA" for not applicable if employee was not engaged in a work process (eg. walking along a hallway).

HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED. DESCRIBE THE SEQUENCE OF EVENTS AND INCLUDE ANY OBJECTS OR SUBSTANCES THAT DIRECTLY INJURED THE EMPLOYEE OR MADE THE EMPLOYEE ILL:
(Worker stepped back to inspect work and slipped on some scrap metal. As worker fell, worker brushed against the hot metal.)

Describe how the injury or illness/abnormal health condition occurred. Include the sequence of events and name any objects or substance that directly injured the employee or made the employee ill. For example: Worker stepped to the edge of the scaffolding to inspect work, lost balance and fell six feet to the floor. The worker's right wrist was broken in the fall.

DATE RETURN(ED) TO WORK:
Enter the date following to most recent disability period on which the employee returned to work.

FORM IA-1(r 1-1-02)                                                ©IAIABC 2002

TP_DEF001429

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR AND INDUSTRY
BUREAU OF WORKERS' COMPENSATION
1171 S. CAMERON STREET, ROOM 103
HARRISBURG, PA 17104-2501
(TOLL FREE) 800-482-2383
TTY (TOLL FREE) 800-362-4228

**EMPLOYER'S REPORT
OF OCCUPATIONAL
INJURY OR DISEASE**

EMPLOYEE SOCIAL SECURITY NUMBER

DATE OF INJURY

MONTH        DAY        YEAR

LOYEE FIRST NAME

EMPLOYEE LAST NAME

STREET ADDRESS

CITY                                          STATE        ZIP CODE

COUNTY                               PHONE NUMBER

EMPLOYEE:
MALE        X        MARRIED    X            NUMBER OF DEPENDENTS        DATE OF BIRTH
FEMALE    X        SINGLE      X
OCCUPATION OR JOB TITLE                      MONTH        DAY        YEAR

NCCI CLASS CODE (IF KNOWN)        EMPLOYMENT STATUS    FT = Full-time    SL = Seasonal
                                                      PT = Part-time    VO = Volunteer
                                                                        ZZ = Other

EMPLOYER

T ADDRESS

CITY                                          STATE        ZIP CODE

SIC CODE          EMPLOYER FEIN                PHONE NUMBER

COUNTY                                         NAICS CODE

FULL PAY FOR DAY OF INJURY?    TIME EMPLOYEE BEGAN WORK    TIME OF OCCURRENCE
YES                                    AM                         AM
NO                                     PM                         PM

LAST DAY WORKED                DATE DISABILITY BEGAN                    344  1197-1

MONTH      DAY      YEAR        MONTH      DAY      YEAR

DATE EMPLOYER NOTIFIED         DATE RETURNED TO WORK            DATE OF HIRE

MONTH      DAY      YEAR        MONTH      DAY      YEAR         MONTH      DAY      YEAR

CONTACT FIRST NAME                              CONTACT PHONE NUMBER

CT LAST NAME

NOTICE: Report should be clearly completed, (preferably typed)
and original mailed to the Bureau at the address in the upper left
corner and a copy to employee and insurer.

LIBC-344  REV 1-01                        (OVER)                    TP_DEF001430

LIBC 344

| TYPE OF INJURY CODE | PART OF BODY AFFECTED CODE | CAUSE OF INJURY CODE (ENTER CODES, IF KNOWN) |
|---|---|---|

TYPE OF INJURY OR ILLNESS

PARTS OF BODY AFFECTED

CAUSE OF INJURY

| DID INJURY OR ILLNESS OCCUR ON EMPLOYER'S PREMISES? | IF OUT OF STATE, SPECIFY STATE OF INJURY | WERE SAFEGUARDS OR SAFETY EQUIPMENT PROVIDED? | WERE SAFEGUARDS OR SAFETY EQUIPMENT USED? |
|---|---|---|---|
| YES | | YES | YES |
| NO | | NO | NO |

ALL EQUIPMENT, MATERIALS, OR CHEMICALS EMPLOYEE WAS USING WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED

HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED, DESCRIBE THE SEQUENCE OF EVENTS AND INCLUDE ANY OBJECTS OR SUBSTANCES DIRECTLY RESPONSIBLE.

IF FATAL, GIVE DATE OF DEATH

MONTH        DAY        YEAR

INITIAL TREATMENT:

NO MEDICAL TREATMENT

MINOR BY EMPLOYEE

CLINIC / HOSPITAL

PANEL PHYSICIAN

EMPLOYEE PHYSICIAN

EMERGENCY CARE

HOSPITALIZED MORE THAN 24 HOURS

PHYSICIAN/HEALTH CARE PROVIDER

NAME:                    LAST NAME:

STREET

CITY              STATE        ZIP

HOSPITAL NAME:

STREET

CITY              STATE        ZIP

POLICY PERIOD FROM:

MONTH        DAY        YEAR

POLICY PERIOD TO:

POLICY/SELF INSURED NUMBER:

MONTH        DAY        YEAR

WITNESS FIRST NAME

WITNESS PHONE NUMBER

WITNESS LAST NAME

PERSON COMPLETING THIS FORM:

NAME

TITLE

PHONE

INSURANCE CARRIER OR THIRD PARTY ADMINISTRATOR (IF SELF-INSURED)

NAME

STREET

CITY                    STATE        ZIP

BUREAU CODE           FEIN

DATE PREPARED

MONTH        DAY        YEAR

344  1197-2

Any individual filing misleading or incomplete information knowingly and with intent to defraud is in violation of Section 1102 of the Pennsylvania Workers' Compensation Act and may also be subject to criminal and civil penalties through Pennsylvania Act 165.

TP_DEF001431

# Infestation Guidelines

### December 2012

Fruit Flies (most common)

Breeding Sources- Fruits and vegetables, both fresh and rotten, also can be found around any moist organic matter and garbage

- Fruit Fly populations tend to be greatest in late summer and early fall
- Fruit flies are generally found hovering around decaying vegetation and overripe fruit. Fermenting materials, such as leftover soft drinks.
- Fruit flyies hover near standing water, eggs are laid near or on top of wet dirty mops.  Eggs can be spread around by the use of a mop that has had eggs laid onto it.
- Pomace Flies look like Fruit Flies however, the breeding source may be something like a forgotten mop pail or open sewer drain
- Because Fruit Flies frequent such unsanitary areas as garbage, it could potentially carry disease-causing bacteria onto food products
- Like all flies, the fruit fly develops by complete metamorphosis. Eggs are laid near or on top of attractants (fermenting materials) such as beverages, decaying fruit and vegetable matter, garbage or slime in drains. The fruit fly is attracted to any area where moisture has accumulated including mops and wet rags. The larvae emerge from the eggs and feed near the surface of the fermenting material for 5-6 days.
- Fruit fly adults are attracted to lights, but egg laying females will not leave fermenting materials. The fruit fly larvae crawl to drier areas of the food source or even out of the food source to pupate. Under ideal conditions, the life cycle of the fruit fly, from egg to adult can be completed in 8- 10 days

Fruit Fly Prevention Guidelines

- Removal of debris upon completion of end of shift clean up.  Using a broom and butler to sweep up left over debris after deck brushing and squeegeeing the floors or using towels to wipe up the remaining debris
- Get rid of all wet towels and dirty towels by putting them in the linen basket outside located away from the building
- Replaced older browning mops that may have eggs attached to it to eliminate spreading them around
- Use a mop that has been rung out tightly to sop up any left over water from cleaning the floors to eliminate any standing water
- Put all ripened fruits and vegetables inside refrigeration & throw out overripe fruits or vegetables
- Follow weekly and daily cleaning chores (moving equipment to clean behind and underneath  hard to reach areas eliminating sources
- Detail clean soda machines
- Clean underneath and behind ice machine, server frige, condiment frige, coffee table, water station and server side stations
- Clean the crevices of the booths where crumbs and other debris get lost.  Move the booths to clean behind and under the booths and remove debris build up
- Move tables and wipe walls where they rest against, eliminating drips on the walls that are food sources for flies
- Clean inside and outside of garbage cans where debris and leaks build up
- Empty and clean butlers at the end of each shift to eliminate build up
- Move all movable equipment, tables, chairs, storage or shelving to sweep, clean & mop the office and clean the garbage pail inside and out

- Remove product on dry storage shelves to clean the shelving and walls behind the shelving and floor under the shelving.  Wipe containers and bottles, replace containers with clean containers.  Store all items in sealed, clean containers

## uit Fly Elimination Guidelines

infestations only occur in unclean & unsanitary environments where food sources and breeding sources have been left for them to grow and thrive in.  No infestation can be eliminated without first finding the sources and hot spots.  Those are easiest found upon entering the facility first thing, when the flies are not disturbed by movement of people.  They will be hovering above or directly on the source(s). Once the sources are found they must be eliminated and the cleaning process must begin immediately followed by adhering to  Prevention Guidelines daily

- Find the source(s)
- Remove the source(s)
- Follow all the steps listed in the Prevention Guideline
- Pour hot urn water followed by bleach down each drain every night (including every sink drain & floor drain including the bathrooms)
- Drop the temperature of the thermostats and hold overnight at the end of each shift to make the restaurant as cold as possible (this makes it hard for fruit flies to survive and breed)
- Every consumable product must be sealed in a container or stored in a frige or freezer (including bananas, mangos, sugar sticks, chai powder, avocados, etc)
- Schedule a hurricane cleaning
  - get the power washer, pull out all equipment, friges, freezers, tables & shelving to clean behind and under with the washer in both BOH & FOH
  - clean walls in FOH & BOH with properly diluted bleach water
  - clean ceiling tiles and ceiling lights, vents & returns
  - Remove all items from all storage shelves in dry storage areas and server side expo storage areas and clean with bleach water
  - Get a list of all repairs needed to eliminate standing water (such as broken or chipped tiles)
  - Clean behind, under and around sinks and dish stations- sinks, walls, tables, carts and shelving
  - Clean all drains (floor drains, dish drains, soup kettle drain), removing all debris and sanitize
  - Clean the table that the flattop griddles sit on top of and underneath the panini grills

## Roaches

Roaches are more difficult to prevent & eliminate.  They are often brought in by an outside source, typically from an item that was delivered in a cardboard box or coming from a neighboring store that is infested.  They do not like light so finding them can be challenging since they hide in dark places.  If you see a roach in the light of day you likely have an infestation.  Roaches lay eggs in places you will not think to look. Once you see a roach, contact the pest control company and get them to the store within 24 hours.

## Roach Prevention Guidelines

Follow fruit fly prevention guidelines.  Removing items delivered in boxes and store them on the shelves or in plastic containers

## Roach Elimination Guidelines

- Schedule pest control to come to the store within 24 hours
- Contact your DM immediately to alert them so they can get involved in the elimination process
- Turn over heat wells, phones, slicer, microwaves, etc. to find any nests
- Follow Fruit Fly elimination guidelines

- Note any holes in the walls or floors & any spaces around doors or window seals so they can be sealed properly

**Rodent infestations should be handles the same as roach elimination guidelines**

TP_DEF001434



# Cleaning Procedure for Vomiting and Fecal Incidents
## December 2015

Vomit and feces may contain bacteria or virus that may cause illness that if not cleaned up properly, may spread and infect other staff or guests.  3 people at minimum are required to help with the clean up process.

**Upon Incident:**
- Immediately notify the manager(s) on duty
- Manager(s) will notify that table and all surrounding tables that they will begin the clean up process.  All tables in that area will be offered to move to other vacant tables.  Managers will decide if compensation needs to be offered to any guest impacted by the incident
- Tables in the close proximity may not be seated until after completion of clean up and sanitizing of the area. Any common areas affected need to be blocked off, cleaned and sanitized before making accessible again

**Materials needed (have these materials pre-assembled in a spill clean up kit):**
- Garbage bags and masking tape or bag ties
- Gloves
- Paper/disposable towels
- Cleaning solution (soapy water)
- Water
- Sanitizing solution such as bleach water -1 cup of bleach to 10 cups of water (for cleaning hard surfaces) or boiling water-212° (for cleaning carpet)
- Caution Sign(s)
- Protective apron to guard clothing (optional)
- Lysol Disinfectant Spray or Wipes

**Step by step clean up procedure:**
- Reduce/eliminate pedestrian traffic in that area and put up caution signs
- All employees that will be cleaning up must wear  **2 pairs of gloves** on each hand
- Remove all items in that area to be cleaned and sanitized (ie: condiment holders, table ware, etc)
- Using towels clean up the soiled material and place into the garbage bag. Put the outer pair of dirty gloves into the garbage bag
- Clean the site using **cleaning solution**, put towels in garbage bags
- Pour the **sanitizing solution** onto the infected areas, wait one minute, then  dry the surface &put all towels into garbage bag
- Remove the other pair of gloves and place into the garbage bag. Seal the garbage bag & immediately dispose bag into the dumpster outside of restaurant
- Spray or wipe down all areas that were exposed to vomit or feces with the **Lysol Disinfectant Spray or Wipes** as the final step in the clean up process before resuming seating in that area

TP_DEF001435

# Daily BOH Cleaning Duties

**Prep**
| |
|---|
| Clean Prep Areas & Tables |
| Clean and organize Walk in, Freezer and Dry Storage Shelving, mop floors |
| Clean Slicer and any other prep equipment (scales, mandolin, dicer) |
| Clean bathrooms- toilets, sinks, restock toilet paper and hand towels, mop floors, empty garbages |
| Help clean Floors and Mats |

**Eggs**
| |
|---|
| Change and refill all containers |
| Stock up station with backups |
| Clean saute pans, range tops, flattops |
| Clean shelving where plates or saute pans are stored |
| Clean seasoning containers (special seasoning, cajun seasoning) |
| Clean inside and outside of frige |
| Clean soup kettle if kettle is near egg station |
| Help clean Floors and Mats |

**Expo**
| |
|---|
| Change and refill all containers |
| Stock up station with backups |
| Clean flattops |
| Clean toaster |
| Clean Warming drawers |
| Clean Shakers |
| Clean passout window |
| Change bread containers and restock for next shift- cover tightly |
| Clean inside and outside of frige |
| Help clean Floors and Mats |

**Lunch**
| |
|---|
| Change and refill all containers |
| Stock up station with backups |
| Clean panini grills |
| Clean wall behind panini grills |
| Clean inside and outside of frige |
| Clean Salad crisper (if you have one) and remove lettuce bin and put in walk in |
| Clean pancake pumps |
| Clean waffle Irons and table they sit on |
| Change bread containers and restock for next shift- cover tightly |
| Help clean Floors and Mats |

**All**
| |
|---|
| Help clean & squeegee floors |
| Help finish cleaning and storing all dishes |
| Help clean mats |

*\* All BOH employees that are scheduled till the end of the shift should all clock out and walk out together at the same time*

TP_DEF001436

## BOH Weekly Cleaning Schedule

| Everyday | Station friges (doors, hinges, inside, front & sides) |
|---|---|
| | Warming drawers |
| | Microwave (inside walls, door and plate, outside door, handle, front and sides) |

| Monday | Clean behind cooking line (pull out equipment) |
|---|---|
| | Clean behind stations (pull out friges) |
| | Clean Hoods (soak overnight in degreaser- put back up Tuesday morning) |

| Tuesday | Cleancheesemelters (remove foil & replace, clean bottom & shelves, clean/degrease outside) |
|---|---|
| | Clean toaster (decrumb, degrease outside, clean fan/vent) |
| | Clean & detail panini grill (clean under grill, behind grill, inside grill) |
| | Clean wall behind panini grill and waffle irons |

| Wednesday | Clean dry storage shelves, wipe bottles clean & walls behind them |
|---|---|
| | Clean oven w/ oven cleaner or degreaser (pull shelves, soak and clean, clean outside of oven) |
| | Clean walk in & freezer shelving & walls |
| | Clean spice racks, walls behind them and combine like spices |
| | Remove labels from all containers and throw out broken ones |

| Thursday | Clean prep tables and bottom shelves- change out all containers putting product into new containers labeled (no scoops inside) |
|---|---|
| | Clean table stands that flattop sits on and bottom shelf as well as the wall behind |

| Friday | Change out storage containers (used for lids, scoops, spatula, etc) |
|---|---|
| | Soak cutting boards in bleach water |
| | Clean Shelves for storage containers and walls behind |

| Saturday | Clean kettle (inside, outside and behind) |
|---|---|
| | Clean and detail stove top ranges, panels and back splash |
| | Delime dish machine |

| Sunday | Detail all handsinks (inside sink, outside of sink, handles, spout, pipes underneath and wall behind) |
|---|---|
| | Clean all carts (cooling racks & rolling utility carts) |
| | Detail friges on the line (clean inside on bottom and top of frige, clean doors, handles and gaskets) |
| | Detail and clean dish area (walls behind, below and above. Soil table (above and underneath). Drains. Glass rack shelves/tubes |

TP_DEF001437

# Weekly Side Work

**Monday**        Sugar caddies

**Tuesday**       Baseboards

**Wednesday** Drip Trays

**Thursday**    Jelly Caddies

**Friday**          Detail Table Bases and Chairs

**Monday**        Sugar Balls

### These tasks can be given out throughout the week

- Detail clean all jars, bottles, knick knacks on shelves

- Ceiling tiles, fans, lights and walls cleaned

- Tables moved away from wall, scrub walls

- All planters, shelves, pictures etc cleaned

- High dusting; fans, lights windows trim etc

- Bathroom doors & hallway baseboards,

- Host stand, waiting area baseboards

TP_DEF001438

**Store Visit**                                         **Location:**

| Front Store Outside Appearance | Good | Fair | Weak | Notes |
|---|---|---|---|---|
| P      g area/lot | | | | |
| .         ay/sidewalk | | | | |
| Garbages, ashtrays, planters, flowers | | | | |
| Grounds & landscaping areas | | | | |
| Windows, doors & awning | | | | |
| Deliveries (newspapers, bread) | | | | |
| Lighting and signs | | | | |

| Store Opening Tasks | Good | Fair | Weak | Notes |
|---|---|---|---|---|
| All lights and fans on | | | | |
| Music on approved station | | | | |
| TV on approved station | | | | |
| Crib sheet printed out | | | | |
| Chairs placed outside (when applicable) | | | | |
| Matts rolled out | | | | |
| Bathroom Check list filled out | | | | |
| Server ongoing side work | | | | |
| Wall of Recognition (cv's, contests, goals) | | | | |
| Shift meeting notes | | | | |
| Line check complete (product & dates are good) | | | | |

| FOH Areas | Good | Fair | Weak | Notes |
|---|---|---|---|---|
| Foyer & waiting areas | | | | |
| Host Area Supplies (mints, treats for tots, business cards) | | | | |
| Host storage area organized and clean, clutter free | | | | |
| To GO Coffee area | | | | |
| Re     l Area | | | | |
| F         a- guest side | | | | |
| Bar area- barista side (cleanliness, equipment, organization) | | | | |
| Server Side Stations | | | | |
| Coffee Urn Area | | | | |
| Tables (clean floors, clean seats, clean & filled condiments, clean drip trays, tables leveled, clean small wares, proper table set up, clean tables, clean table tents) | | | | |
| Windows | | | | |
| Walls & baseboards (dust, paint, scuffs) | | | | |
| Ceiling (tiles, vents, returns, fan box, lighting) | | | | |
| Décor (clocks, pictures, ledges, plants, fireplace, sconces) | | | | |
| Paint | | | | |
| Ice machine | | | | |
| Drink dispensers (pepsi, tea, chai, hot chocolate, hot water, espresso, coffee) | | | | |
| Refrigeration (barista frige & freezer, server frige) | | | | |
| Drains (floor, sink, ice machine) | | | | |
| Coat Hangers/Hooks not storing left/lost items, clutter free | | | | |
| Lost & Found items thrown out or donated after 7 days | | | | |
| Dining areas room temperatures | | | | |

| Restrooms | Good | Fair | Weak | Notes |
|---|---|---|---|---|
| Clean floors, sinks, pails, mirrors, dispensers | | | | |
| Stocked/Filled dispensers (soap, towels, toilet paper, deodorizer) | | | | |
| Garbage neat and not overflowing | | | | |
| S       ean to sight (walls, pictures, toilets, sanitary pails) | | | | |

| S     side Expo | Good | Fair | Weak | Notes |
|---|---|---|---|---|
| Server side top shelf of passout window clean/organized | | | | |

TP_DEF001439

| | Good | Fair | Weak | Notes |
|---|---|---|---|---|
| Soup/Syrup clean, stocked and organized | | | | |
| Condiment frige clean, stocked and organized | | | | |
| S___e areas clean, stocked and organized | | | | |
| ___ean, tickets bumped | | | | |
| Drink dispensers (pepsi, tea, chai, hot chocolate, hot water, espresso, coffee)- clean, stocked organized | | | | |
| **Dish Area** | **Good** | **Fair** | **Weak** | **Notes** |
| Dishwasher in proper uniform | | | | |
| Presoak containers | | | | |
| Chemical dispensers | | | | |
| Hand sink, soap and paper towel dispenser | | | | |
| Spray hose and drain basket | | | | |
| Shelving and walls (cleanliness) | | | | |
| Machine (temp,delimed,spary arms clear,door closing properly) | | | | |
| Shelving and storage of cleaned items (organized & clean) | | | | |
| Triple Sink Area | | | | |
| **Cooking Line** | **Good** | **Fair** | **Weak** | **Notes** |
| Cooks in proper uniform | | | | |
| Cooks working clean, organized, sanitary | | | | |
| Stations Stocked | | | | |
| Prep Sheets (full and individual) | | | | |
| Recipe adherence, food quality, plate presentations | | | | |
| Adequate tools (saute pans, knives, spatulas, spoons, containers) | | | | |
| Equipment clean & functioning properly | | | | |
| Proper use of tools & equipment provided | | | | |
| Cooks working efficiently | | | | |
| Ref___eration temps | | | | |
| ___oduct at proper temp (38-40) | | | | |
| Containers/lids not chipped | | | | |
| Potatoes fresh, hot, peppers & onions, correct flavor | | | | |
| All cooks wearing gloves, aprons, hats and hair nets | | | | |
| Cleanliness (hoods,walls,handsinks,melters,cook tops,shelving) | | | | |
| **Prep Area** | **Good** | **Fair** | **Weak** | **Notes** |
| Prep staff in proper uniform | | | | |
| Recipe cards/books clean, organized, stored properly & updated | | | | |
| Recipe & portioning adherence | | | | |
| Prep staff working clean, organized, sanitary | | | | |
| Adequate tools (bowls,pans,knives,spatulas,containers) | | | | |
| Prep Sheets (full and individual) | | | | |
| Prepped product labeled, dated, rotated, looks/tastes correct | | | | |
| Equipment clean & functioning properly | | | | |
| Proper use of tools & equipment provided | | | | |
| Prep staff working efficently | | | | |
| Food quality | | | | |
| Proper cooling methods practiced (ie: ice wands to cool soups, food not sitting out for excessive time) | | | | |
| Proper thawing methods being followed | | | | |
| Cleanliness (prep tables, storage shelves, slicer, sinks, mixer, ovens, kettle) | | | | |
| Prep staff all wearing gloves, aprons, hats & hair nets | | | | |
| **Dry Storage Areas** | **Good** | **Fair** | **Weak** | **Notes** |
| O___ ___zed/Clean | | | | |
| A___ ___ate amount product | | | | |
| Spec'd products | | | | |

| Janitorials Storage Areas | Good | Fair | Weak | Notes |
|---|---|---|---|---|
| Organized/Clean | | | | |
| ...ate amount product | | | | |
| ... products | | | | |

| Walk in | | | | |
|---|---|---|---|---|
| Organized/Clean | | | | |
| Adequate amount product | | | | |
| Spec'd products | | | | |
| Proper temp (38-40 degrees) | | | | |
| FIFO | | | | |
| Fresh produce (crips greens, no moldy or mushy produce) | | | | |
| Prepped items within acceptable date ranges (shelf life on recipes) | | | | |

| Freezer | Good | Fair | Weak | Notes |
|---|---|---|---|---|
| Organized/Clean | | | | |
| Adequate amount product | | | | |
| Spec'd products | | | | |
| Proper temp (38-40 degrees) | | | | |
| FIFO | | | | |
| Prepped items within acceptable date ranges (shelf life on recipes) | | | | |

| Employee Bathroom | Good | Fair | Weak | Notes |
|---|---|---|---|---|
| Organized/Clean | | | | |
| Clutter free, not storing unnecessary items | | | | |
| Proper storage (boxed & sealed items, not exposed,ie: towels) | | | | |
| Stocked/Filled dispensers (soap, towels, toilet paper, deoderizer) | | | | |

| Mop Sink/Utility Room/Back hallway | Good | Fair | Weak | Notes |
|---|---|---|---|---|
| Organized/Clean | | | | |
| Cl... r free, not storing unnecessary items | | | | |
| ...esh | | | | |
| Chemical dispensers dispensing properly | | | | |
| Hose properly funtioning | | | | |

| Office | | | | |
|---|---|---|---|---|
| Clutter free, not storing unnecessary items | | | | |
| Organized/Clean | | | | |
| Supplies stocked (paper,ink,pens,staples,markers,etc) | | | | |
| No excess of personal belongings | | | | |

| Outside/Backdoor Area | Good | Fair | Weak | Notes |
|---|---|---|---|---|
| Ground | | | | |
| Smoking area | | | | |
| Linen Bag | | | | |
| Clean and free of debris or storage of any items | | | | |
| Garbage bins and surrounding area | | | | |

| Performance | | | | |
|---|---|---|---|---|
| Staffing levels FOH | | | | |
| Staffing levels BOH | | | | |
| Servers performance/opportunities | | | | |
| Baristas performance | | | | |
| Barista support (hosting, bussing, food running) | | | | |
| Managers awareness | | | | |
| Managers delegation | | | | |
| Managers follow up | | | | |
| Managers employee accountability/acknowledgement | | | | |
| M... ers time management/prioritizing | | | | |
| M... ers support to staff (FOH/BOH) | | | | |
| Managers table visits/guest interaction | | | | |

| Café staffing/performance/opportunities (where applicable) | | | | |
|---|---|---|---|---|
| **Outside Seating Area** | Good | Fair | Weak | Notes |
| P      rs | | | | |
| F        /Planters | | | | |
| Condiment baskets | | | | |
| Tables & Chairs | | | | |
| Utility cart | | | | |
| Bus Tubs and Garbages | | | | |
| Ground | | | | |
| Landscaping area | | | | |
| Table tents | | | | |
| Host Stand (where applicable) | | | | |
| Umbrellas | | | | |
| **Café** | Good | Fair | Weak | Notes |
| Register area | | | | |
| Newspaper area | | | | |
| Coffee fixings area | | | | |
| Floors and Mats | | | | |
| Display cases | | | | |
| Garbages | | | | |
| Tables and chairs | | | | |

TP_DEF001442

*During Service Training Week you are expected to wear the same attire as the position you are training in each shift

| | Trainer Checks off as completed | Trainer Notes |
|---|---|---|

7:30 till Close Day 1 Server Training (wear server uniform)
- Shadow Trainer
- Learn Table Numbers
- Learn service standards and expectations
- Observe how to write down orders on pad order entry in POS System
- Become familiar with ongoing shift side work & cleaning tasks during down time
- Help Trainer run food and drinks
- Become familiar with Food
- Observe how to close out staff bank and hand in money to manager
- Learn and help with closing tasks, stocking and check out procedure

**Day 1 Certification Training Server Name**_____

**DAY 2 - 7:30 till Close Day 2 Server Training (wear server uniform)**
- Shadow Trainer and take on more responsibilities
- Write down the orders and enter orders into POS System
- Learn procedure for taking To Go Orders
- Become more familiar with the food
- Help run food and drinks
- Do the close out of the staff bank and hand in money to manager
- Learn and help with closing tasks, stocking and check out procedure

*Complete test #1 Score*_____

**Day 2 Certification Training Server Name**_____

**DAY 3 - 7:30 till Close Day 3 Server Training (wear server uniform)**
- Trainer Shadows Trainee (trainer gets tips)
- writes down orders, enters into POS System, runs food and drinks
- Become more familiar with the food
- Do the close out of the staff bank and hand in money to manager
- Learn and help with closing tasks, stocking and check out procedure

**Day 3 Certification Training Server Name**_____

**DAY 4 - 7:30 am till Close Barista Training (wear server uniform)**
- Based on busienss use coffee urn, air pot or french press for decaf and flavored coffee
- Learn opening procedures for the bar and work alongside barista
- Learn & make drinks and take out procedure behind bar
- Learn how to serve the guests while maintaining the bar
- Hosting, bussing, running food, making drinks and servicing bar guests throughout the day
- Learn Barista register close out procedure for end of day
- Do server check outs with barista at end of day

*Complete test #2 Score*_____

**Day 4 Certification Training Server Name**_____

**DAY 5 – 7am till Close Host Training (wear Host attire)**
- Warmly greet all incoming guests and thank all exiting guests
- Learn the Greeter Hosts Roles and Responsibilities
- Learn the Seater Hosts Roles and Responsibilities
- Logging names, taking calls, taking call aheads
- Help greeter host and seater host with their tasks (do not take over, just support)
- Handle guest issues that arise at the host stand
- Help bus tables when necessary

*Complete test  # 3 Score*_____

**Day 5 Certification Training Server Name**_____

Service Training Certification Date_____
Training Manager Signature_____
Training Coordinator Signature_____
Trainee Manager Signature_____

TP_DEF001444

As per the US Department of Labor Opinion Letter FLSA2018-27 dated November 8, 2018:

The regulation recognizes that some occupations require both tip-generated and non-tip-generated duties, but do not constitute a dual job that necessitates the allocation of the tip credit to the tipped occupation only. Duties ...d below outline tasks directly related to the tip-producing duties of a Servers and Baristas. No limitation shall be placed on the amount of these duties as long as they are performed contemporaneously with the duties involving direct service to customers or for a reasonable time immediately before or after performing such direct-service duties. On shift, jobs may be interchangeable among serve, barista, busser.

Summary Report for:  35-3031.00 - Waiters and Waitresses https://www.onetonline.org

lists the following as acceptable tasks:

- Take orders from patrons for food or beverages.
- Check with customers to ensure that they are enjoying their meals and act to correct any problems.
- Collect payments from customers.
- Write patrons' food orders on order slips, memorize orders, or enter orders into computers for transmittal to kitchen staff.
- Prepare checks that itemize and total meal costs and sales taxes.
- Present menus to patrons and answer questions about menu items, making recommendations upon request.
- Remove dishes and glasses from tables or counters and take them to kitchen for cleaning.
- Serve food or beverages to patrons and prepare or serve specialty drinks.
- Clean tables or counters after patrons have finished dining.
- Prepare tables for meals, including setting up items such as silverware and glassware.
- Explain how various menu items are prepared, describing ingredients and cooking methods.
- Assist host or hostess by answering phones to take reservations or to-go orders, and by greeting, seating, and thanking guests.

- Escort customers to their tables.
- Perform cleaning duties, such as sweeping and mopping floors, vacuuming carpet, tidying up server station, taking out trash, or checking and cleaning bathroom.
- Roll silverware, set up food stations, or set up dining areas to prepare for the next shift or for large parties.
- Stock service areas with supplies such as coffee, food, tableware, and linens.
- Fill salt, pepper, sugar, cream, condiment, and napkin containers.
- Describe and recommend seasonal specials to customers.
- Perform food preparation duties such as preparing salads, appetizers, and cold dishes, portioning desserts, and brewing coffee.
- Provide guests with information about local areas, including giving directions.
- Garnish and decorate dishes in preparation for serving.
- Occasionally washing dishes or glasses. (per DOL letter)
- Receive and process customer payments.
- Prepare or serve hot or cold beverages, such as coffee, espresso drinks, blended coffees, or teas.
- Clean or sanitize work areas, utensils, or equipment.
- Clean service or seating areas.
- Set up or restock product displays.
- Weigh, grind, or pack coffee beans for customers.
- Stock customer service stations with paper products or beverage preparation items.
- Wrap, label, or date food items for sale.
- Provide customers with product details, such as coffee blend or preparation descriptions.
- Slice fruits, vegetables, desserts, for use in food service.

- Check temperatures of freezers, refrigerators, or heating equipment to ensure proper functioning.
- Demonstrate the use of retail equipment, such as espresso machines.

TP_DEF001446

As per the US Department of Labor Opinion Letter FLSA2018-27 dated November 8, 2018:

The regulation recognizes that some occupations require both tip-generated and non-tip-generated duties, but do not constitute a dual job that necessitates the allocation of the tip credit to the tipped occupation only. Duties listed below outline tasks directly related to the tip-producing duties of a Servers and Baristas. No limitation shall be placed on the amount of these duties as long as they are performed contemporaneously with the duties involving direct service to customers or for a reasonable time immediately before or after performing such direct-service duties. On shift, jobs may be interchangeable among serve, barista, busser.

Summary Report for:  35-3022.01 - Baristas  https://www.onetonline.org

lists the following as acceptable tasks:

- Receive and process customer payments.
- Prepare or serve hot or cold beverages, such as coffee, espresso drinks, blended coffees, or teas.
- Take customer orders and convey them to other employees for preparation.
- Clean or sanitize work areas, utensils, or equipment.
- Describe menu items to customers or suggest products that might appeal to them.
- Clean service or seating areas.
- Serve prepared foods, such as muffins, biscotti, or bagels.
- Prepare or serve menu items, such as sandwiches or salads.
- Set up or restock product displays.
- Weigh, grind, or pack coffee beans for customers.
- Stock customer service stations with paper products or beverage preparation items.
- Wrap, label, or date food items for sale.
- Provide customers with product details, such as coffee blend or preparation descriptions.
- Take out garbage.
- Order, receive, or stock supplies or retail products.
- Slice fruits, vegetables, desserts, or meats for use in food service.
- Check temperatures of freezers, refrigerators, or heating equipment to ensure proper functioning.
- Demonstrate the use of retail equipment, such as espresso machines.
- Create signs to advertise store products or events.

TP_DEF001447

As per the US Department of Labor Opinion Letter FLSA2018-27 dated November 8, 2018:

The regulation recognizes that some occupations require both tip-generated and non-tip-generated duties, but do not constitute a dual job that necessitates the allocation of the tip credit to the tipped occupation only. Duties listed below outline tasks directly related to the tip-producing duties of a Servers and Baristas. No limitation shall be placed on the amount of these duties as long as they are performed contemporaneously with the duties involving direct service to customers or for a reasonable time immediately before or after performing such direct-service duties.  On shift, jobs may be interchangeable among serve, barista, busser.

<center>Summary Report for:  35-9011.00 – Busser/Attendant https://www.onetonline.org</center>

<center>lists the following as acceptable tasks:</center>

- Wipe tables or seats with dampened cloths or replace dirty tablecloths.
- Set tables with clean linens, condiments, or other supplies.
- Locate items requested by customers.
- Scrape and stack dirty dishes and carry dishes and other tableware to kitchens for cleaning.
- Perform serving, cleaning, or stocking duties in establishments, such as cafeterias or dining rooms, to facilitate customer service.
- Carry food, dishes, trays, or silverware from kitchens or supply departments to serving counters.
- Clean up spilled food or drink or broken dishes and remove empty bottles and trash.
- Serve food to customers when waiters or waitresses need assistance.
- Serve ice water, coffee, rolls, or butter to patrons.
- Maintain adequate supplies of items, such as clean linens, silverware, glassware, dishes, or trays.
- Clean and polish counters, shelves, walls, furniture, or equipment in food service areas or other areas of restaurants and mop or vacuum floors.
- Fill beverage or ice dispensers.
- Stock cabinets or serving areas with condiments and refill condiment containers.
- Run cash registers.
- Garnish foods and position them on tables to make them visible and accessible.
- Carry trays from food counters to tables for cafeteria patrons.
- Mix and prepare flavors for mixed drinks.
- Replenish supplies of food or equipment at steam tables or service bars.
- Slice and pit fruit used to garnish drinks.
- Wash glasses or other serving equipment at bars.

- Stock refrigerating units with wines or bottled beer or replace empty beer kegs.
- Stock vending machines with food.
- Carry linens to or from laundry areas.

TP_DEF001449

**New Jersey Tipped Employees Participating in an Employer-Required Tip Pool & Tip Credit Notice**

The U.S. Department of Labor recently amended its tip credit notice regulations, effective May 5, 2011, to require employers to inform tipped employees of certain tip credit information. We are informing you of the following as a result of this new requirement:

The amount of wage to be paid to you per hour will be $3.13.

Assuming you have received a sufficient amount of tips to cover the tip credit, the amount of your tips per hour to be credited as wages will be $7.87

You have the right to retain all the tips you receive, except for a valid tip pooling arrangement limited to employees who customarily and regularly receive tips (baristas and bussers). Your required tip-pool contribution or percentage will not exceed 5% of your net daily sales. The percentage will be at the discretion of management and based on the number of support staff on the shift. The tip credit taken is only on the amount you actually receive; your tips will otherwise not be retained except for your contribution to the tip pool.

The tip credit shall not apply unless you have been informed of these requirements

You are being provided this information in accordance with Section 203 (m) of the Fair Labor Standards Act. Your signature below acknowledges this understanding. If you have any questions, please speak with management. Thank you.

You will be acknowledging you received this information by electronically signing on the following page.

**Pennsylvania Tipped Employees Participating in an Employer-Required Tip Pool & Tip Credit Notice**

The U.S. Department of Labor recently amended its tip credit notice regulations, effective May 5, 2011, to require employers to inform tipped employees of certain tip credit information. We are informing you of the following as a result of this new requirement:

The amount of wage to be paid to you per hour will be $2.83.

Assuming you have received a sufficient amount of tips to cover the tip credit, the amount of your tips per hour to be credited as wages will be $4.42

You have the right to retain all the tips you receive, except for a valid tip pooling arrangement limited to employees who customarily and regularly receive tips (baristas and bussers). Your required tip-pool contribution or percentage will not exceed 5% of your net daily sales. The percentage will be at the discretion of management and based on the number of support staff on the shift. The tip credit taken is only on the amount you actually receive; your tips will otherwise not be retained except for your contribution to the tip pool.

The tip credit shall not apply unless you have been informed of these requirements

You are being provided this information in accordance with Section 203 (m) of the Fair Labor Standards Act. Your signature below acknowledges this understanding. If you have any questions, please speak with management. Thank you.

You will be acknowledging you received this information by electronically signing on the following page.

TP_DEF001451

**Delaware Tipped Employees Participating in an Employer-Required Tip Pool & Tip Credit Notice**

The U.S. Department of Labor recently amended its tip credit notice regulations, effective May 5, 2011, to require employers to inform tipped employees of certain tip credit information. We are informing you of the following as a result of this new requirement:

The amount of wage to be paid to you per hour will be $2.23.

Assuming you have received a sufficient amount of tips to cover the tip credit, the amount of your tips per hour to be credited as wages will be $6.52

You have the right to retain all the tips you receive, except for a valid tip pooling arrangement limited to employees who customarily and regularly receive tips (baristas and bussers). Your required tip-pool contribution or percentage will not exceed 5% of your net daily sales. The percentage will be at the discretion of management and based on the number of support staff on the shift. The tip credit taken is only on the amount you actually receive; your tips will otherwise not be retained except for your contribution to the tip pool.

The tip credit shall not apply unless you have been informed of these requirements

You are being provided this information in accordance with Section 203 (m) of the Fair Labor Standards Act. Your signature below acknowledges this understanding. If you have any questions, please speak with management. Thank you.

You will be acknowledging you received this information by electronically signing on the following page.

TP_DEF001453

**U.S. Department of Labor**
Wage and Hour Division



U.S. Wage and Hour Division
(Revised December 2016)

## Fact Sheet #2: Restaurants and Fast Food Establishments Under the Fair Labor Standards Act (FLSA)

This fact sheet provides general information concerning the application of the FLSA to employees of restaurants and fast food establishments.

### Characteristics

The restaurant/fast food industry includes establishments which are primarily engaged in selling and serving to purchasers prepared food and beverages for consumption on or off the premises.

### Coverage

Restaurants/fast food businesses with annual gross sales from one or more establishments that total at least $500,000 are subject to the FLSA. Also, any person who works on or otherwise handles goods that are moving in interstate commerce is individually subject to the minimum wage and overtime protection of the FLSA. For example, a waitress or cashier who handles a credit card transaction would likely be subject to the Act.

### Requirements

Minimum Wage: Covered non-exempt workers are entitled to a federal minimum wage of not less than $7.25 per hour effective July 24, 2009. Wages are due on the regular payday for the pay period covered. Deductions made from wages for items such as cash shortages, required uniforms, or customer walk-outs are illegal if the deduction reduces the employee's wages below the minimum wage or cuts into overtime pay. Deductions made for items other than board, lodging, or other recognized facilities normally cannot be made in an overtime workweek. Tips may be considered as part of wages, but the employer must pay not less than $2.13 an hour in direct wages and make sure that the amount of tips received is enough to meet the remainder of the minimum wage.

Food Credit: The employer may take credit for food which is provided at cost. This typically is an hourly deduction from an employee's pay. However, the employer cannot take credit for discounts given employees on food (menu) prices.

Tips: Tipped employees are those who customarily and regularly receive more than $30 a month in tips. Employees must be informed of the provisions of FLSA section 3(m) in advance if the employer elects to use the tip credit. Also, employees must retain all of their tips, except to the extent that they participate in a valid tip pooling or sharing arrangement.

Overtime: Overtime must be paid at a rate of at least one and one-half times the employee's regular rate of pay for each hour worked in excess of 40 hours per week. In determining the regular rate for a tipped employee, all components of the employee's wages must be considered (*i.e.*, cash, board, lodging, facilities, and tip credit).

FS 2

Youth Minimum Wage: The 1996 Amendments to the FLSA allow employers to pay a youth minimum wage of not less than $4.25 an hour to employees who are under 20 years of age during the first 90 consecutive calendar days after initial employment by their employer. The law contains certain protections for employees that prohibit employers from displacing any employee in order to hire someone at the youth minimum wage.

## Youth Employment

Youths 14 and 15 years old may work outside school hours in various non-hazardous jobs only under the following conditions: no more than 3 hours on a school day, 18 hours in a school week, 8 hours on a non-school day, or 40 hours in a non-school week. Also, work may not begin before 7 a.m., nor end after 7 p.m., except from June 1 through Labor Day, when evening hours are extended to 9 p.m. Permitted occupations for 14 and 15 year old employees include those such as cashier, office/clerical work, bagging orders, cleanup work, hand-cleaning vegetables, etc. Cooking and baking cannot generally be performed by minors under age 16.

Youths 16 and 17 years old may perform any non-hazardous job, for unlimited hours. Examples of equipment declared hazardous in restaurants include power-driven meat processing machines (saws, patty forming machines, grinding, chopping or slicing machines), commercial mixers, and certain power-driven bakery machines. Employees under 18 are not permitted to operate, feed, set-up, adjust, repair or clean such machines. Generally, no employee under 18 years of age may drive or serve as an outside-helper on a motor vehicle on a public road; but 17-year-olds who meet certain specific requirements may drive automobiles and trucks that do not exceed 6,000 pounds gross vehicle weight for limited amounts of time as part of their job. Such minors are, however, prohibited from making time sensitive deliveries (such as pizza deliveries or other trips where time is of essence) and from driving at night.

## Typical Problems

If uniforms are required by the employer the cost of the uniform is considered to be a business expense of the employer. If the employer requires the employee to bear the cost, such cost may not reduce the employee's wages below the minimum wage or cut into overtime compensation. When an employer claims an FLSA 3(m) tip credit, the tipped employee is considered to have been paid only the minimum wage for all non-overtime hours worked in a tipped occupation and the employer may not take deductions for walkouts, cash register shortages, breakage, cost of uniforms, etc., because any such deduction would reduce the tipped employee's wages below the minimum wage.

Exemptions from Overtime: Section 13(a)(1) of the FLSA provides an exemption from FLSA monetary requirements for an employee employed in a bona fide executive, administrative or professional capacity or as an outside salesperson. An employee will qualify for exemption if all pertinent tests relating to duties, responsibilities and salary, as set forth in Regulations, 29 CFR Part 541, are met. The salary and duties tests for the exemptions are fully described in Regulations Part 541.

## Where to Obtain Additional Information

**For additional information, visit our Wage and Hour Division Website: http://www.wagehour.dol.gov and/or call our toll-free information and helpline, available 8 a.m. to 5 p.m. in your time zone, 1-866-4USWAGE (1-866-487-9243).**

This publication is for general information and is not to be considered in the same light as official statements of position contained in the regulations.

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USWAGE**
TTY: 1-866-487-9243
Contact Us

**U.S. Department of Labor**
Wage and Hour Division



U.S. Wage and Hour Division
(Revised April 2018)

## Fact Sheet #15: Tipped Employees Under the Fair Labor Standards Act (FLSA)

In the Consolidated Appropriations Act, 2018 (Act), Congress vacated the Department's 2011 regulations that barred tip pooling when employers do not claim a tip credit under section 3(m) of the Fair Labor Standards Act. Statements in this document to the contrary are no longer WHD policy. The Act did not impact WHD's enforcement when an employer claims a tip credit. For further information, see FAB 2018-3.

For current guidance on dual jobs and related duties under Section 3(m) of the Fair Labor Standards Act, see FAB 2019-2.

This fact sheet provides general information concerning the application of the FLSA to employees who receive tips.

### Characteristics

Tipped employees are those who customarily and regularly receive more than $30 per month in tips. Tips are the property of the employee. The employer is prohibited from using an employee's tips for any reason other than as a credit against its minimum wage obligation to the employee ("tip credit") or in furtherance of a valid tip pool. Only tips actually received by the employee may be counted in determining whether the employee is a tipped employee and in applying the tip credit.

Tip Credit: Section 3(m) of the FLSA permits an employer to take a tip credit toward its minimum wage obligation for tipped employees equal to the difference between the required cash wage (which must be at least $2.13) and the federal minimum wage. Thus, the maximum tip credit that an employer can currently claim under the FLSA section 3(m) is $5.12 per hour (the minimum wage of $7.25 minus the minimum required cash wage of $2.13). Under certain circumstances, an employer may be able to claim an additional overtime tip credit against its overtime obligations.

Tip Pool: The requirement that an employee must retain all tips does not preclude a valid tip pooling or sharing arrangement among employees who customarily and regularly receive tips, such as waiters, waitresses, bellhops, counter personnel (who serve customers), bussers, and service bartenders. A valid tip pool may not include employees who do not customarily and regularly received tips, such as dishwashers, cooks, chefs, and janitors.

### Requirements

The employer must provide the following information to a tipped employee before the employer may use the FLSA 3(m) tip credit:

    1) the amount of cash wage the employer is paying a tipped employee, which must be at least $2.13 per hour;

    2) the additional amount claimed by the employer as a tip credit, which cannot exceed $5.12 (the difference between the minimum required cash wage of $2.13 and the current minimum wage of $7.25);

    3) that the tip credit claimed by the employer cannot exceed the amount of tips actually received by the tipped employee;

    4) that all tips received by the tipped employee are to be retained by the employee except for a valid tip pooling arrangement limited to employees who customarily and regularly receive tips; and

FS-15

5) that the tip credit will not apply to any tipped employee unless the employee has been informed of these tip credit provisions.

The employer may provide oral or written notice to its tipped employees informing them of items 1-5 above. An employer who fails to provide the required information cannot use the section 3(m) tip credit and therefore must pay the tipped employee at least $7.25 per hour in wages and allow the tipped employee to keep all tips received.

Employers electing to use the tip credit provision must be able to show that tipped employees receive at least the minimum wage when direct (or cash) wages and the tip credit amount are combined. If an employee's tips combined with the employer's direct (or cash) wages of at least $2.13 per hour do not equal the minimum hourly wage of $7.25 per hour, the employer must make up the difference.

Retention of Tips: A tip is the sole property of the tipped employee regardless of whether the employer takes a tip credit. [1] The FLSA prohibits any arrangement between the employer and the tipped employee whereby any part of the tip received becomes the property of the employer. For example, even where a tipped employee receives at least $7.25 per hour in wages directly from the employer, the employee may not be required to turn over his or her tips to the employer.

Tip Pooling: As noted above, the requirement that an employee must retain all tips does not preclude a valid tip pooling or sharing arrangement among employees who customarily and regularly receive tips. The FLSA does not impose a maximum contribution amount or percentage on valid mandatory tip pools. The employer, however, must notify tipped employees of any required tip pool contribution amount, may only take a tip credit for the amount of tips each tipped employee ultimately receives, and may not retain any of the employees' tips for any other purpose.

Dual Jobs: When an employee is employed by one employer in both a tipped and a non-tipped occupation, such as an employee employed both as a maintenance person and a waitperson, the tip credit is available only for the hours spent by the employee in the tipped occupation. The FLSA permits an employer to take the tip credit for some time that the tipped employee spends in duties related to the tipped occupation, even though such duties are not by themselves directed toward producing tips. For example, a waitperson who spends some time cleaning and setting tables, making coffee, and occasionally washing dishes or glasses is considered to be engaged in a tipped occupation even though these duties are not tip producing. However, where a tipped employee spends a substantial amount of time (in excess of 20 percent in the workweek) performing related duties, no tip credit may be taken for the time spent in such duties.

Service Charges: A compulsory charge for service, for example, 15 percent of the bill, is not a tip. Such charges are part of the employer's gross receipts. Sums distributed to employees from service charges cannot be counted as tips received, but may be used to satisfy the employer's minimum wage and overtime obligations under the FLSA. If an employee receives tips in addition to the compulsory service charge, those tips may be considered in determining whether the employee is a tipped employee and in the application of the tip credit.

---

[1] WHD will not enforce the Department's regulations on the retention of employees' tips with respect to any employee who is paid a cash wage of not less than the full Fair Labor Standards Act (FLSA) minimum wage ($7.25) and for whom their employer does not take an FLSA section 3(m) tip credit.

2

TP_DEF001457

<u>Credit Cards</u>: Where tips are charged on a credit card and the employer must pay the credit card company a percentage on each sale, the employer may pay the employee the tip, less that percentage. For example, where a credit card company charges an employer 3 percent on all sales charged to its credit service, the employer may pay the tipped employee 97 percent of the tips without violating the FLSA. However, this charge on the tip may not reduce the employee's wage below the required <u>minimum wage</u>. The amount due the employee must be paid no later than the regular pay day and may not be held while the employer is awaiting reimbursement from the credit card company.

<u>Youth Minimum Wage</u>: The 1996 Amendments to the FLSA allow employers to pay a youth minimum wage of not less than $4.25 per hour to employees who are under 20 years of age during the first 90 consecutive calendar days after initial employment by their employer. The law contains certain protections for employees that prohibit employers from displacing any employee in order to hire someone at the youth minimum wage.

**Typical Problems**

<u>Minimum Wage Problems</u>:

- Where an employee does not receive sufficient tips to make up the difference between the direct (or cash) wage payment (which must be at least $2.13 per hour) and the <u>minimum wage</u>, the employer must make up the difference.
- Where an employee receives tips only and is paid no cash wage, the full <u>minimum wage</u> is owed.
- Where deductions for walk-outs, breakage, or cash register shortages reduce the employee's wages below the minimum wage, such deductions are illegal. <u>When an employer claims an FLSA 3(m) tip credit, the tipped employee is considered to have been paid only the minimum wage for all non-overtime hours worked in a tipped occupation and the employer may not take deductions for walkouts, cash register shortages, breakage, cost of uniforms, etc., because any such deduction would reduce the tipped employee's wages below the minimum wage.</u>
- Where a tipped employee is required to contribute to a tip pool that includes employees who do not customarily and regularly receive tips, the employee is owed the full $7.25 minimum wage and reimbursement of the amount of tips that were improperly utilized by the employer.

<u>Overtime Problems</u>:

- Where the employer takes the tip credit, overtime is calculated on the full minimum wage, **not** the lower direct (or cash) wage payment. The employer may not take a larger FLSA 3(m) tip credit for an  overtime hour than for a straight time hour. Under certain circumstances, an employer may be able to claim an additional overtime tip credit against its overtime obligations.                                                                      3
- Where <u>overtime</u> is not paid based on the regular rate including all service charges, commissions, bonuses, and other remuneration.

**Where to Obtain Additional Information**

**For additional information, visit our Wage and Hour Division Website:**
**http://www.wagehour.dol.gov** **and/or call our toll-free information and helpline, available 8 a.m. to 5 p.m. in your time zone, 1-866-4USWAGE (1-866-487-9243).**

This publication is for general information and is not to be considered in the same light as official statements of position contained in the regulations.

**U.S. Department of Labor**                                          **1-866-4-USWAGE**
Frances Perkins Building                                          TTY: 1-866-487-9243
200 Constitution Avenue, NW                                          **Contact Us**
Washington, DC 20210

4

TP_DEF001459

**U.S. Department of Labor**
Wage and Hour Division



U.S. Wage and Hour Division
(Revised December 2016)

## Fact Sheet #15A: Ownership of Tips Under the Fair Labor Standards Act (FLSA)

In the Consolidated Appropriations Act, 2018 (Act), Congress vacated the Department's 2011 regulations that barred tip pooling when employers do not claim a tip credit under section 3(m) of the Fair Labor Standards Act. Statements in this document to the contrary are no longer WHD policy. The Act did not impact WHD's enforcement when an employer claims a tip credit. For further information, see FAB 2018-3.

This fact sheet addresses ownership of tips by the employee under the FLSA.

Tip Credit: Section 3(m) of the FLSA permits an employer to take a tip credit toward its minimum wage obligation for tipped employees equal to the difference between the required cash wage (which must be at least $2.13) and the federal minimum wage (currently $7.25). Employers must provide oral or written notice to tipped employees of the use of the tip credit in advance. 29 C.F.R. § 531.59(b). Employers using the tip credit must be able to show that tipped employees receive at least the minimum wage when direct wages and the tip credit amount are combined. If the employee's tips combined with the direct wages do not equal the minimum wage, the employer must make up the difference during the pay period. For general information on tipped employees, please see Fact Sheet #15: Tipped Employees Under the FLSA.

2011 Final Rule: The Department's tip credit regulations were updated effective May 5, 2011 to codify the Wage and Hour Division's (WHD) longstanding position that:

Tips are the property of the employee whether or not the employer has taken a tip credit under section 3(m) of the FLSA.[1] The employer is prohibited from using an employee's tips, whether or not it has taken a tip credit, for any reason other than that which is statutorily permitted: As a credit against its wage obligations to the employee, or in furtherance of a valid tip pool.

29 C.F.R. § 531.52.

Under the regulation, an employer that satisfies the requirements to take a tip credit may use an employee's tips only:
1. as a partial credit against its minimum wage obligation to the tipped employee, and/or
2. in furtherance of a valid tip pool.

Even if the employer does not take a tip credit, tips remain the property of the employee that received them and the employee cannot be required to turn over his or her tips to the employer. Similarly, the employer may not take the employee's tips to further an invalid tip pool, such as one that includes employees who do not customarily and regularly receive tips, like cooks, janitors, or dishwashers.

---

[1] WHD will not enforce the Department's regulations on the retention of employees' tips with respect to any employee who is paid a cash wage of not less than the full Fair Labor Standards Act (FLSA) minimum wage ($7.25) and for whom their employer does not take an FLSA section 3(m) tip credit.

**Where to Obtain Additional Information**

**For additional information, visit our Wage and Hour Division Website:**
**http://www.wagehour.dol.gov and/or call our toll-free information and helpline, available 8 a.m. to**
**5 p.m. in your time zone, 1-866-4USWAGE (1-866-487-9243).**

This publication is for general information and is not to be considered in the same light as official statements of position contained in the regulations.

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USWAGE**
TTY: 1-866-487-9243
**Contact Us**

2

TP_DEF001461

**U.S. Department of Labor**
Wage and Hour Division



U.S. Wage and Hour Division
(Revised July 2009)

# Fact Sheet #16: Deductions From Wages for Uniforms and Other Facilities Under the Fair Labor Standards Act (FLSA)

This fact sheet provides general information concerning the application of the FLSA to deductions from employees' wages for uniforms and other facilities.

### Characteristics

The FLSA does not allow uniforms, or other items which are considered to be primarily for the benefit or convenience of the employer, to be included as wages. Thus, an employer may not take credit for such items in meeting his/her obligations toward paying the minimum wage or overtime.

### Requirements

Uniforms: The FLSA does not require that employees wear uniforms. However, if the wearing of a uniform is required by some other law, the nature of a business, or by an employer, the cost and maintenance of the uniform is considered to be a business expense of the employer. If the employer requires the employee to bear the cost, it may not reduce the employee's wage below the minimum wage of $7.25 per hour effective July 24, 2009. Nor may that cost cut into overtime compensation required by the Act.

For example, if an employee who is subject to the statutory minimum wage of $7.25 per hour (effective July 24, 2009) is paid an hourly wage of $7.25, the employer may not make any deduction from the employee's wages for the cost of the uniform nor may the employer require the employee to purchase the uniform on his/her own. However, if the employee were paid $7.75 per hour and worked 30 hours in the workweek, the maximum amount the employer could legally deduct from the employee's wages would be $15.00 ($.50 X 30 hours).

The employer may prorate deductions for the cost of the uniform over a period of paydays provided the prorated deductions do not reduce the employee's wages below the required minimum wage or overtime compensation in any workweek.

Other Items: Employers at times require employees to pay or reimburse the employer for other items. The cost of any items which are considered primarily for the benefit or convenience of the employer would have the same restrictions as apply to reimbursement for uniforms. In other words, no deduction may be made from an employee's wages which would reduce the employee's earnings below the required minimum wage or overtime compensation.

Some examples of items which would be considered to be for the benefit or convenience of the employer are tools used in the employee's work, damages to the employer's property by the employee or any other individuals, financial losses due to clients/customers not paying bills, and theft of the employer's property by

FS 16

the employee or other individuals. Employees may not be required to pay for any of the cost of such items if, by so doing, their wages would be reduced below the required minimum wage or overtime compensation. This is true even if an economic loss suffered by the employer is due to the employee's negligence.

Employers may not avoid FLSA minimum wage and overtime requirements by having the employee reimburse the employer in cash for the cost of such items in lieu of deducting the cost from the employee's wages.

**Typical Problems**

(1) A minimum wage employee working as a cashier is illegally required to reimburse the employer for a cash drawer shortage. (2) An employer improperly requires tipped employees to pay for customers who walk out without paying their bills or for incorrectly totaled bills. (3) An employer furnishes elaborate uniforms to employees and makes them responsible for having the uniforms cleaned. (4) An employee driving the employer's vehicle causes a wreck, and the employer holds the employee responsible for the repairs, thereby reducing the employee's wages below the minimum wage. (5) A security guard is required to purchase a gun for the job, and the cost causes him/her to not earn the minimum wage. (6) The cost of an employer-required physical examination cuts into an employee's minimum wage or overtime compensation.

**Where to Obtain Additional Information**

**For additional information, visit our Wage and Hour Division Website: http://www.wagehour.dol.gov and/or call our toll-free information and helpline, available 8 a.m. to 5 p.m. in your time zone, 1-866-4USWAGE (1-866-487-9243).**

This publication is for general information and is not to be considered in the same light as official statements of position contained in the regulations.

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USWAGE**
TTY: 1-866-487-9243
Contact Us

TP_DEF001464

FOH Job Positions:
- Host
- Busser
- Server
- Barista
- Certified Barista
- FOH Supervisor

FOH Work Conditions
- Standing for the majority of your scheduled shift
- Schedules fluctuate with seasonality and business volume
- Open for all holidays except Thanksgiving & Christmas Day
- Weekends & holidays are the busiest days of the week and may be required work days
- Non slip shoes are required because oil and other types of spills or debris may wind up on the floor
- Ability to carry plateware and drinkware
- Ability to work with people of all different types of backgrounds and comfortable around people who may not speak the same language as you
- Ability to maintain composure during stress
- Ability to be respectful towards all others regardless of any factors

**Breaks:**
- Breaks are based around labor laws age requirments, guests still dining and business volume
- Employees may not leave their station abandoned or unattended to take a break without manager approval and station coverage
- Smoke breaks are ONLY permitted at the end of the shift after every guest has vacated the facility
- Smoke breaks may not exceed 5 minutes
- Nicotine patches are permitted to be worn discreetly covered while on duty
- Vapor smoking is not permitted to be smoked within the facility

**Overview of Job Responsibilities**
**Host**- To acknowledge every guest that enters and leaves the building.  Hosts must always be facing the front entrance which the guests enter through, maintaining eye contact and a smile on their face.  Guests must be greeted graciously making them feel wanted, welcomed, and appreciated.

The host gives the customers the first impression of the restaurant and the type of service they are about to receive; they share the responsibility with the servers and the managers in giving excellent service and creating a pleasant environment/reception and treating them courteously.  It is important to impress upon the guests that their patronage is appreciated and making them feel valued. Every guest that leaves the facility must be thanked and told to have a great day.

**Overview of Duties**
- Smiling
- Exhibiting enthusiasm, friendliness and approachability
- Acknowledging every guest (keep your head up at all times on the floor)
- Greeting guests with energy and enthusiasm
- Logging all relevant guest information into the No Wait Ipad

- Quoting an accurate wait time
- Notifying guests when table is almost ready/ready
- Seating guests
- Assisting with bussing/setting tables and sweeping when necessary
- Answering phone calls
- Taking call aheads & logging the info accurately into No wait App
- Assisting guests-opening doors, helping disabled guests, answering questions, providing guests with requested items, etc
- Rolling silverware
- Cleaning menus
- Tidying wait area/foyer
- Filling Treats for Tots
- Saying goodbye and thanking guests as they leave
- Restocking mints, toothpicks, to go menus, business cards, kids menus, crayons
- Coffee station restock and tidying during shift
- Accepting payments from guests and then bringing those payments to the server to close out their check

**Busser**- Pre-bussing, clearing and cleaning tables (including bar area), floors and chairs/booth seats, and resetting tables in an expeditious and organized manner.  As a support person who is tipped out by servers bussers additionally assist servers with running food, getting guests requested items, running drinks, helping baristas with washing dishes, rolling silverware, restocking napkins, placemats, plateware and drinkware.

**Overview of Duties**
- Smiling
- Exhibiting enthusiasm, friendliness and approachability
- Acknowledging every guest (keep your head up at all times on the floor)
- Greeting guests with energy and enthusiasm
- Pre-bussing, fully bussing, cleaning tables, chairs, booths, floors, condiments
- Alerting host, manager or barista of ready to seat tables
- Running food or drinks when time permits
- Getting guests requested items
- Assist baristas with washing dishes at barista sink
- Rolling silverware
- Restocking

**Server**- Creating and exceptional dining experience for guests by making them feel welcomed, comfortable, and exhibitting the desire to want to take care of them while they are dining with you. Serving food and beverages, bussing and setting tables, acknowledging guests, seating guests. Service is the act of filling the needs, wants, and desires of the guests. Service is what servers provide to meet the expectations of the guests when they come to dine.

TP servers are expected to be polite and behave hospitable towards all guests. Hospitality is the warm, friendly and generous reception and entertainment of guests, which creates a pleasant dining experience for our guests. It is paying attention to details, acknowledging them promptly, making friendly small talk, making them feel comfortable, welcome, valued and appreciated.  Hospitality is a key element to building guest loyalty.

**Overview of Duties**
- Being hospitable to our guests
- Smiling and greeting tables with an introduction
- Exhibiting enthusiasm, friendliness and approachability
- Acknowledging every guest (keep your head up at all times on the floor)

- Greeting guests with energy and enthusiasm
- Entering guests info into No Wait app
- Seat guests
- Restocking condiments on tables
- Maintaining and restocking service areas of the dining room and the kitchen
- Pre-bussing, bussing, cleaning and resetting tables. Cleaning chairs and booths
- Sweeping floors & under tables to keep free of debris
- Writing down all orders, accommodating all modifications, offering alternative modifications when necessary, reading back all orders stating any and all mods, asking guests about additional general mods (ie: with cheese, with butter?)
- Running drinks and food for all tables
- Answer phones, take orders or call aheads
- Being a good TP Buddy- helping your teammates out
- Full knowledge of all items listed in all menus
- Guest recovery
- Reading the communication board to know-soup and coffee of the day, 86'd product, seasonal specials, TP Perk Promotions, Tip out % of the day, Sales goal of the day, NCR Goal, Daily/Weekly focus, Contests, number of silverware roll ups for the day
- Entering all orders accurately and with all modifications included
- Opening, ongoing and closing duties as well as daily end of day cleaning chore
- Tendering guest payments for self and teammates
- Keep a positive attitude and never talk negatively about any guest or tip amount!

**Barista**-The barista primary function is to make all specialty hand crafted drinks on the menu. Additional function is that of a supervisory role. This position will be given promotionally to servers that exhibit leadership qualities, the ability to multi-task, mentor, train, delegate and redirect others.  They are required to delegate, multitask, do table visits and handle guest complaints, do guest recovery.  Some qualifications for the position are consistent reliability, policy compliance, attendance, punctuality, good attitude & behavior, admirable work ethic, aids in helping to achieve company and store goals,  has a great sense of pride in their job and adhering to TP standards.

**Overview of Duties**
- Being hospitable to our guests
- Smiling and greeting tables with an introduction
- Exhibiting enthusiasm, friendliness and approachability
- Acknowledging every guest (keep your head up at all times on the floor)
- Greeting guests with energy and enthusiasm
- Entering guests info into No Wait app
- Seat guests
- Answer phones, take orders or call aheads
- Run drinks when able to or when servers cannot
- Taking/picking up tables when necessary in addition to bar guests
- Assisting FOH staff with bussing, setting, seating, running food
- All server duties as well as drink making and support to servers and managers as needed
- Closing out to go orders
- Accepting payments from guests and then bringing those payments to the server to close out their check
- Maintaining & restocking coffee station

- Checking server sections and closing duties for approval to clock out
- Beverage ordering responsibilities- tea, coffee and/or pepsi

Barista A (Front Barista)
- Stays at the bar and serves the bar guests
- Makes the drinks
- Calls for drink runners
- Rings up take out orders
- Does hostess duties of taking call ahead, writing down guests names on wait list, quoting wait times
- Aids Manager(s) on duty with additional duties as needed, such as collecting servers close outs

Barista B (Back Barista)
- Runs drinks to tables when not busy
- Seats guests
- Helps buss tables when bar is not busy & when restaurant is busy
- Runs food when bar is not busy & when restaurant is busy
- Keeps the staff busy and productive throughout the shift, delegating tasks and duties to them
- Aids Manager(s) on duty with additional duties as needed, such as collecting servers close outs

*Both baristas may not vacate the bar at the same time for any reason, if there are 2 on duty then one must stay on the bar while the other is not on the bar.

**Certified Barista**- This is a promotional position that is given to only one FOH employee who is currently a barista.  This position is for baristas to exhibit exemplary performance and have the interest, desire and ability to grow in our company to a supervisory position.

**Requirements:**
- Full time availability inclusive of holidays (Mothers Day and Fathers Day are required shifts) and at least one weekend shift
- Has a history of being patient with fellow workers
- Accepts feedback, direction and redirection from supervisors with a positive attitude
- Embraces change and evolution of the company
- Exhibits leadership and a desire to mentor fellow workers
- Is respectful, thoughtful and kind to co-workers, supervisors and guests
- Able to work well with various types of personalities
- Consistently compliant to TP standards & policies
- Adheres to and enforces TP standards, policies and expectations
- Maintains composure during times of stress
- Willingness to do tasks outside of specific position when necessary (ie: expo on BOH side)
- Has exhibited and maintained good integrity
- Has maintained good attendance and punctuality
- Possesses the following characteristic: responsible, mature, not emotional, logical & fair
- Must be employed by TP for at least 1 full year
- Must be fully trained on at least one BOH station (egg, lunch or expo)
- Exhibits EGS on a shiftly basis

**Responsibilities/Job Expectations**
- Table visits
- Table/guest recovery
- Authorizing employees clocking in and out (with mag swipe card)
- Appropriate comps, voids, discounts and giving guests bad egg cards or comp cards during regular shifts and during

events (Ladacin/Kortney Rose)
- Enforcement of TP policies, standards, procedures & expectations upon staff members
- Placing Pepsi & Coffee/Tea orders
- Assist with FOH scheduling and floor plans
- Assist with new FOH Hire onboarding
- Assist with new FOH Hire orientations
- Assist in the BOH when necessary (long ticket times or short staffed)
- Collecting server close outs-money & cc slips (money must be 100% accurate, all cc slips must be collected and checked for accuracy and all voids and comps on check out slip must be checked and verified)
- Server check out and approving servers to clock out (any incomplete closing side work not done by a server that has clocked out and left must be completed by yourself before leaving)
- Giving EGS to all guests & 100% guest attentive
- Support your team as needed-bussing tables, seating guests, assisting hosts, bussers, servers, BOH staff and managers

**Retaining the position-** In order to retain the certified barista position you must be:
- Maintain a good attendance & punctuality record
- Exhibit exemplary behavior and attitude
- Follow TP standards
- Possess a positive attitude
- Be fair and impartial towards all staff members
- Always in proper uniform
- Consistently compliant to all TP standards, policies and expectations
- Performs all duties of the Certified Barista position effectively & efficient

**OH Supervisor-** This is a promotional position offered to FOH employees who fulfill barista duties, exhibit exemplary performance and have the interest, desire and ability to grow in our company into a full-time management position. In addition to needing to meet the same requirements and expectations as the Certified Barista Position it is additionally required that the supervisor be trained on at least one station on the line, preferably lunch/expo and be able to manage solo management shifts which requires administrative duties training.  Supervisors on duty must adhere to the Manager Dress Code and Appearance Policy as listed in the employee handbook.  These employees will be the acting manager on duty and will be responsible for performing all basic daily management responsibilities.  These employees will be first consideration for management opportunities that become available within their specific location placement(s) of choice. Supervisors must retain the position by:
- Maintaining a good attendance & punctuality record
- Exhibit exemplary behavior and attitude
- Follow & enforce TP standards, policies and expectations
- Possess a positive and respectful attitude
- Be a company advocate
- Champion and adapt to implemented changes
- Is a good support to the management team
- Be fair and impartial towards all staff members
- Performs all duties of the Certified Barista position effectively & efficient
- Exhibit leadership, mentorship & patience

TP_DEF001470

**New Host & Busser Orientation Packet**

- Welcome Introduction to the Company
    - History of the company
    - Overview of the company and our brand
    - Mission Statement
    - Store manager names (GM, AM, KM) and RRM Members
- Training Date, Employee Code, Info, Mandatory Work Days and Availability Form
- Daily Shift Requirements
- Overview of Training Manual
- TP Guest Service Policy
- Overview of Primary Turning Point Policies
- VIP Members
- Perk Card Members, NCR feedback & scores,
- Phone Calls-proper way to answer calls, call for manager, call ahead, putting guests on hold, take-out orders
- Call Aheads, Large Parties, Private Parties, Caterings
- Tip Out
- Reporting Tips
- Tipped Duties
- Donations
- Discounts
- Zero Tolerance Theft- Restaurant guard, Cameras
- Calling out or Tardy (texting is not an option)
- Steps of Accountability- verbal, written, loss of shifts, suspension or termination
- Scheduling- Restaurant 365, Availability, Requesting off, Shift, Putting up/Picking up Shifts.  Manager will give you a brief training of the program
- Welcome bag
- Tour of facility, introduction to team members, show labor law posters

**Welcome to the Company**

On behalf of your colleagues, I welcome you to The Turning Point and wish you every success here. We believe that each employee contributes directly to The Turning Point growth and success, and we hope you will take pride in being a member of our team. We hope that your experience here will be challenging, enjoyable, and rewarding. Again, welcome!

*Pam & Kirk Ruoff*

**Overview of Company & Brand**

The Turning Point restaurants are family-owned and operated by Kirk Ruoff, who launched the first restaurant in Little Silver, New Jersey in 1998. There are currently 19 restaurants, 12 in New Jersey, 6 in Pennsylvania and 1 in Delaware

- Awarded the Golden Plate Award by NJRA 2017
- Voted #1 in the Breakfast category in *New Jersey Monthly's* "Jersey Choice Restaurant Poll for Breakfast, Brunch & Lunch for South Central and North Jersey for 2018.
- Voted #1 for Breakfast by Best of Philly.
- Voted #1 For Breakfast By Main Line, PA

The atmosphere at our restaurants is warm and welcoming. We apply the same principles of a nighttime restaurant to our daytime breakfast and lunch establishments. Our restaurant's interiors are decorated tastefully with natural wood floors, bright traditional colors and plants, creating a pleasant dining room. The staff is committed to providing a 100% satisfied dining experience. We hire friendly people first and then train them to be servers, baristas, supervisors and managers. We are fully committed to giving all our employee's opportunities to grow within our company. Every employee with the desire and ambition to grow forward can achieve that in our company. If you have an interest in growing forward with us please let us know!

Customers often ask us why we are not open in the evening. Our answer is always the same; we serve the best breakfast and lunch meals we know how from 7:30 am to 3:00 pm. Then we go home to our families. "Work to live, don't live to work"

If you are looking for a unique breakfast or lunch restaurant come give The Turning Point a try. You will be glad you did!

**The Turning Point Mission Statement**

Turning Point's company culture is warm, considerate, inviting, grateful and hospitable. We appreciate our guests for choosing us as their breakfast and lunch restaurant of choice. In return we shall provide them with service and food that are equally exceptional creating a perfect balance to an extraordinary dining experience well worth their time and money. We value and appreciate our guests for giving us the opportunity to thrive.

**Store Information:**

Phone Number: _____

Address: _____

GM: _____   Cell: _____

AM: _____   Cell: _____

KM: _____   Cell: _____

District Manager: _____   email_____

RRM Members: Bonnie Iavaroni (COO), Meggan McCarthy (Financial and Technology Director), Donna Kleiner (Human Resources) Evan Weissman (Culinary Ops), Jesus Lucas (BOH trainer) Matt Alkon (Facilities Director) Matt G, Mike & Nick (R&M Facilities Team) JoAnn Salayi (Comptroller), Lorraine Vogel (Payroll), Carla Romano (Corporate Office Coordinator

TP_DEF001472

# Training Date  (For Hosts)
*Manager make a copy of this sheet for employees file*

Training Date:                Scheduled shift hours:

Employee 4 digit Code:_____

# Personal Info, Mandatory Work Days and Availability Form

- Name :_____
- Cell number :_____Home:_____
- Email Address:_____
- Emergency Contact:_____Number:_____
- Planned Vacation   yes ___   no ___ Dates_____
- Extra-Curricular Activities:  yes ___  no ___ Days_____

| Mandatory Work Dates: | Please initial | Parent/Guardian (if under age) |
|---|---|---|
| New Year's Day | _____ | _____ |
| Mother's Day | _____ | _____ |
| Memorial Weekend | _____ | _____ |
| Father's Day | _____ | _____ |
| July 4th Weekend | _____ | _____ |
| Labor Day Weekend | _____ | _____ |
| Black Friday | _____ | _____ |
| Christmas Eve | _____ | _____ |
| New Year's Day | _____ | _____ |
| Easter | _____ | _____ |

## Please check the days you are available

| Mon | Tues | Weds | Thur | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | | | | | |

*If your availability changes you need to alert your managers at least 4 weeks or more prior to the change*

**Employee Signature**_____**Date**_____

You will have three options on how you would like to get paid.

1. Direct Deposit
2. Pay Card
3. Paper Check

For a paper check please click here

For direct deposit, please check here and fill out the additional sheet

For a pay card please check here

Employee Name: _____

Store: _____

Date: _____

# Direct Deposit Authorization Form

Please print and complete ALL the information below.

Name: _____

Address: _____

City, State, Zip: _____

Store Located In: _____



**9 digit Routing Number**

**Account Number (1-17 digits)**

**Check Number (do not include)**

Name of Bank: _____

Account #: _____

9-Digit Routing #: _____

Amount:  ☐ $ _____   ☐ _____ %   or   ☐ Entire Paycheck

Type of Account:   Checking      Savings      (Circle One)

*Please attach a voided check for each bank account to which funds should be deposited.*

The Turning Point is hereby authorized to directly deposit my pay to the account listed above. This authorization will remain in effect until I modify or cancel it in writing.

Employee Signature: _____
Date: _____

## *BUSSERS* Daily Shift Requirements (Required starting first shift on duty)

- Khaki pants (jeggings, cargos and leggings are not permissible)
- Non-slip shoes
- TP t-shirt (not wrinkled)
- Must be in full uniform on every shift (not being in full uniform will result in being sent home to get remaining articles of uniform required for wearing on duty)
- Must park in designated employee parking area, ask Manager for specific location
- Hair neatly pulled back or neatly styled, conservative hair colors & styles
- Neatly groomed facial hair

## *HOSTS* Daily Shift Requirements (Required starting first shift on duty)

- Khaki pants (jeggings, cargos and leggings are not permissible)
- Non-slip shoes
- White Shirt, blouse, sweater (not wrinkled). Cardigans are permissible with an appropriate fitting white shirt underneath, tank tops may be worn if covered with a shirt or cardigan. See through tops are not permissible unless there is another white shirt or tank top underneath
- Must be in full uniform on every shift (not being in full uniform will result in being sent home to get remaining articles of uniform required for wearing on duty)
- Must park in designated employee parking area, ask Manager for specific location
- Hair neatly pulled back or neatly styled, conservative hair colors & styles
- Neatly groomed facial hair

# The Turning Point Guest Service Policy

**Our mission**

We have created a unique daytime restaurant that serves creative breakfast and lunch meals using the freshest ingredients available. We strive to provide service to our customer that exceeds their expectations and maintain an atmosphere that is clean, comfortable and relaxing.

**Our commitment**

In fulfilling our mission, The Turning Point strives to provide 100% exceptional customer service to each and every guest. Customer service affects all levels of the restaurants, and everyone involved needs to have the same mindset and follow the same policies. All guests should be treated in a courteous manner at all times. We will go above and beyond to accommodate all guests.

- We provide 100% exceptional customer service
- We offer an acceptable alternative to accommodate the guests. We never say no to our guests
- We convey empathy for our guest when we have not met their expectations
- We provide immediate service recovery
- We say "I will be right back with your change." Never ask, "Do you need change?"
- We say "Absolutely, sure thing and my pleasure. "Never respond in negative connotations, such as "no problem, or no worries."
- We are empowered to create a memorable dining experience for our guests
- When allergies are a concern we make it a priority to ensure our product is safe for our guest and it is handled with the proper policy and procedure
- We are open for business 7 days a week unless there is a State of Emergency. Once the State of Emergency is lifted well will open our restaurants the same day if possible in order to accommodate our guest
- We greet, seat and treat every guest like they a guest in our home and don't forget the thank you and come back and see us

## Brief Overview of Primary Turning Point Policies

**Non-Disclosure/Confidentiality**
Employees who improperly use or disclose trade secrets or confidential business information will be subject to disciplinary action, up to and including termination of employment, even if they do not actually benefit from the disclosed information.

**Turning Point Guest Service Policy**
We will make any accommodation for our guests within our abilities and will go out of our way to satisfy any request they have, in the goal to give all guests an exceptional experience.

**Smoking**
Smoke breaks are limited to once per shift only at the end of the shift when there are no more guests.  If you smoke before the start of your shift it may not be done directly in front of the building or in visible uniform.  If employee cannot work the full shift without a smoke break the employee is allowed to wear a nicotine patch (FOH or BOH) or chew nicotine gum (only BOH employees) to help get them through till allowed to smoke at the end of the shift according to the policy. Employees **MAY NOT SMOKE VAPOR CIGARETTES** inside the facility. Only 1 employee at a time is permitted to outside and smoke.  Managers are not permitted to smoke with team members or with other co-managers.  Smoke breaks may not exceed 5 minutes.

**Cell Phone Usage**
All employees are prohibited from using their cellphones while clocked in and performing work duties.

**Vacation Benefits**
Vacation time off with pay is available to eligible employees who work all year round working an average of 40 hours or more per week or per state law.

**Back of House Employees**
Full time BOH employees are eligible to 5 paid vacation days per year for the first 3 years. 8 vacation days per year after 3 years and 10 vacation days per year after 5 years or per state law.

**Server & Barista Employees working an average of 30 hours per week are eligible to** 50% of an average weeks' pay after 1 year, 75% of an average weeks' pay after 2 years & 100% of an average weeks' pay after 3 years or per state law.

**Holidays**
The Turning Point is closed on Thanksgiving and Christmas Day

**FOH Meal Benefits**
All FOH Employees (bussers, hosts, servers & baristas) may only eat at the end of the shift while clocked in, as long as your tables are all vacant of guests with a 40% discount applied.  A 20% discount is available for any meals purchased when not on duty.

**BOH Employee Deduction and Benefits**
BOH employees have a $3 daily deduction per shift worked to cover one meal per day and drinks. Additional food may be purchased with a 20% discount. If a BOH employee chooses not to participate in this benefit they should notify the manager.

**Paydays**
All employees are paid biweekly on Fridays.  You have the option of getting paid through a physical check, a pay card or direct deposit.  If you prefer a paper check it may ONLY be picked up after 3pm on payday.

**Server Tip Credit**

TP_DEF001477

Under federal law and in most states, employers may pay tipped employees less than the minimum wage, as long as employees earn enough in tips to make up the difference. This is called a "tip credit." The credit is the amount the employer doesn't have to pay, so the applicable minimum wage (federal or state) less the tip credit is the least the employer can pay tipped employees per hour. If an employee doesn't make enough in tips during a given workweek ⁺ earn at least the applicable minimum wage for each hour worked, the employer has to pay the difference.

This means that, with the maximum tip credit taken, tipped employees must be paid a cash wage of:

**NJ**- $3.13 an hour. If an employee doesn't earn enough in tips to bring their total compensation up to at least the full state minimum wage rate of $11.00 an hour, the employer must make up the difference

**PA**- $2.83 an hour. If an employee doesn't earn enough in tips to bring his or her total compensation up to at least the full minimum wage of $7.25 an hour, the employer must make up the difference. Employers must inform employees if they plan to take a tip credit

**DE**-$2.23 an hour. However, if this lower minimum wage plus the tips the employee actually earns don't add up to at least the full minimum wage, the employer must make up the difference

**Tip Out**- Servers tip out a percentage of their daily sales to members that support them throughout the shift, Baristas & Bussers. The percentage varies based on circumstances, such as the number of support people on the shift or the location that you work in. Each location has a document listing all tip out amounts per location and per circumstance. If your location does not have this document hung someplace visible please notify your Managers and/or DM so they can get this hung immediately. Additionally, the MOD will write the percentage tip out for the day each shift on the FOH communication board each morning, tip out generally ranges between 2-5% depending on support personnel. These employees support and assist every server throughout the shift so that you can maximize your tips.

**Reporting Tips**-By law and for tax purposes, employees receiving tips must report 100% of the amount of tips you have received, after tip out.

**Time punch & tip adjustments:** Any employee that requires a time punch or tip amount adjustment made must fill out and sign the "Time punch & tip adjustment form" to give management permission to make these alterations. This for will be located in the managers office. If any adjustment is made without being presented this form you must immediately alert your manager on duty you need to fill out this form for verification.

**Tipped Employee Duties**- In accordance with the US Department of Labor the following duties are considered tipped duties:
- Take orders from patrons for food or beverages.
- Check with customers to ensure that they are enjoying their meals and act to correct any problems.
- Collect payments from customers.
- Write patrons' food orders on order slips, memorize orders, or enter orders into computers for transmittal to kitchen staff.
- Prepare checks that itemize and total meal costs and sales taxes.
- Present menus to patrons and answer questions about menu items, making recommendations upon request.
- Remove dishes and glasses from tables or counters and take them to kitchen for cleaning.
- Serve food or beverages to patrons and prepare or serve specialty drinks.
- Clean tables or counters after patrons have finished dining.
- Prepare tables for meals, including setting up items such as silverware and glassware.
- Explain how various menu items are prepared, describing ingredients and cooking methods.
- Assist host or hostess by answering phones to take reservations or to-go orders, and by greeting, seating, and thanking guests.
- Escort customers to their tables.
- Perform cleaning duties, such as sweeping and mopping floors, vacuuming carpet, tidying up server station, taking out trash, or checking and cleaning bathroom.
- Roll silverware, set up food stations, or set up dining areas to prepare for the next shift or for large parties.
- Stock service areas with supplies such as coffee, food, tableware, and linens.
- Fill salt, pepper, sugar, cream, condiment, and napkin containers.
- Describe and recommend seasonal specials to customers.
- Perform food preparation duties such as preparing salads, appetizers, and cold dishes, portioning desserts, and brewing coffee.
- Provide guests with information about local areas, including giving directions.
- Garnish and decorate dishes in preparation for serving.
- Occasionally washing dishes or glasses. (per DOL letter)
- Receive and process customer payments.

- Prepare or serve hot or cold beverages, such as coffee, espresso drinks, blended coffees, or teas.
- Clean or sanitize work areas, utensils, or equipment.
- Clean service or seating areas.
- Set up or restock product displays.
- Weigh, grind, or pack coffee beans for customers.
- Stock customer service stations with paper products or beverage preparation items.
- Wrap, label, or date food items for sale.
- Provide customers with product details, such as coffee blend or preparation descriptions.
- Slice fruits, vegetables, desserts, for use in food service.
- Check temperatures of freezers, refrigerators, or heating equipment to ensure proper functioning.
- Demonstrate the use of retail equipment, such as espresso machines.

**Employment Termination**

Since employment with The Turning Point is based on mutual consent, both the employee and The Turning Point have the right to terminate employment at will, with or without cause, at any time.

**Meal Periods**

All employees are provided with one meal period.  FOH employees will be at the end of each workday after their tables have been vacated.  BOH employee meal periods will be permitted either before or after typical high volume hours, please see your MOD prior to taking leave from your station for a meal period.  All meals must be consumed away from all food production areas such as on the line or in areas of prepped product.  FOH employees must eat in the designated area as per MOD or DM.  Employees eating in areas in view of guests must have their TP logo'd uniform covered during the meal break.  Any employee that would like to eat before their shift starts must arrive early enough to order, eat and complete the meal before their scheduled shift and the meal must be completed before clocking in.  Employees are allowed bread, chips and salsa, drink urn coffee and fountain drinks at no charge when time permits and when permitted by MOD or DM.

**Use of Equipment**

 he improper, careless, negligent, destructive, or unsafe use or operation of equipment can result in disciplinary action, up to and including termination of employment

**Zero Theft Tolerance-** Along with video surveillance cameras located throughout the restaurant, The Turning Point also has an Anti-theft reporting system called Restaurant Guard that monitors transactions in real time to identify fraudulent activity occurring at the terminals.  This program recognizes common scam, theft patterns and provides detailed reports showing the steps made by an employee during theft scam processes.  All reports are checked and investigated weekly.  Any employee found guilty of theft will be reported to the authorities and prosecuted to the furthest extent of the law.

**Emergency Closings**

When operations are officially closed the time off from scheduled work will be unpaid.

**Attendance and Punctuality**

Poor attendance and excessive tardiness will lead to disciplinary action, up to and including verbal warnings, write ups, shift loss and eventual termination of employment. Employees must call the restaurant to speak to the Manager on Duty, not text or call a manager's personal cell phone unless the call out is being made after or prior business hours (7am-5pm), in which case the employee may send an email to their managers business email or cell phone if the manager allows it.

**Calling out or tardy-** Employees are required to CALL the restaurant to speak to the Manager on Duty when trying to call out of work or call in tardy, texting is not an appropriate method.  Texting "out" of work or late to work will result in a write up.  Employees are responsible for making every effort to get their shifts covered if they cannot work their scheduled shift.  Call outs for 3 days or more require a doctor's note.

**Steps of Accountability-** The steps of accountability for consequences of tardiness, poor attendance, poor attitude, bad behavior, poor work performance will result in the following: last section pick, verbal warning, written warning, loss of shift(s), suspension or termination

**Visitors in the Workplace**
All visitors should enter The Turning Point at the main entrance and do not have access to enter unauthorized areas of the restaurant, such as the Back of house, office, etc.

**Computer, Internet and Email Usage**
Abuse of the Internet access provided by The Turning Point in violation of law or The Turning Point policies will result in disciplinary action, up to and including termination of employment.

**Workplace Violence Prevention**
Conduct that threatens, intimidates, or coerces another employee, a customer, or a member of the public at any time, including off-duty periods, will not be tolerated.

**Employee Conduct and Work Rules**
Behavior that is considered unacceptable in the workplace will result in disciplinary action, up to and including termination of employment.

**Drug and Alcohol Use**
No employee may use, possess, distribute, sell, or be under the influence of alcohol or illegal drugs. Violations of this policy will lead to disciplinary action, up to and including immediate termination of employment. Employees that appear to be compromised while on duty where it is affecting professional appearance, behavior, performance or attitude will be required to clock out and leave the facility.  If the MOD does not feel the employee can transport themselves safely they will assist in finding a safe transportation alternative.   The employee may receive a written warning or immediate termination depending on the severity of situation.

**Sexual and Other Unlawful Harassment**
Actions, words, jokes, or comments based on an individual's sex, race, color, national origin, age, religion, disability, sexu orientation, or any other legally protected characteristic will not be tolerated.

**Personal Appearance**
Turning Point employees must dress and groom themselves according to the requirements of their position and acceptable Turning Point standards.  Transgender and gender non-conforming employees must comply with dress codes in a manner consistent with their gender identity or gender expression

**Return of Property**
All Turning Point property must be returned by employees on or before their last day of work.

**Guests with Allergies**
Employees that have been notified by a guest regarding any food allergy must immediately bring this to the managers' attention. The kitchen must also be alerted of the allergen and the table number

**Donations-** The Turning Point is a big advocate of making donations.  Anyone coming in looking for a donation needs to speak with the MOD.  Turning Point requires a copy of their form with their information on it and the company will donate a couple complimentary entrée cards.

**Discounts to Guests-** TP has a few discounts that we offer to guests.  We offer a 10% discount to officers in uniform (police, emt, firefighters) & military.  Some locations offer discounts to employees that work in the shopping center that they are in, please ask your manager for specific discount amount.

**VIP Loyalty Card Holders**
When presented with a VIP card you must immediately bring it to the managers' attention. It is imperative that the investor receive preferred seating which will shorten their wait time.

## About the Perk Card

**What is a PERK CARD**
- A PERK CARD is a GIFT CARD that has been registered on line at www.theturningpoint.biz.
- When a guest purchases a Perk Card for $10, they are purchasing a $10 TP GIFT CARD. The $10 can be redeemed on the next visit.  A guest can also get a Perk card at no cost by taking a photo of the QR code on the placemats. A Perk Card will then be mailed to them at no cost.
- It does not become a PERK CARD until it has been registered. (Guests cannot use it for their current visit. The card must be registered first.)
- To ring in a Perk Card you would use the "Sell E-Card" button.

**Registering**
- After guests purchase their cards they need to register them by logging into the TP website(which is located on the back of all cards)
  - Select "Perk Card" tab at top of page
  - Enter card number
  - Prompt for renter of card number
  - Enter pin (on the right side of the back of the card)
  - Personal information (these fields have  to be entered in order for the  card to be registered)

**Using their new Perk Card**
- Every server should be asking all their tables if they have a Perk Card.
  - To assign Perk Card to check
    - Open the check
    - Go to "close"
    - Then "assign member"
- An **active member** visits any Turning Point restaurant and presents their card at least 1 time within every three month time period. The more they visit and have their Perk Card swiped the better their chances are for receiving giveaways and random rewards.
- If a guest forgets their Perk Card it can be located by
  - Phone number (exactly as registered)
  - First and last name (exactly as registered)
- To add their "Visit" without having their Perk Card
  - Open the check
  - Go to "close"
  - Then "assign member"
  - To the right of screen it will say "First Name, Last Name"
  - Then input Name or Telephone number
  - If multiple names come up verify with guest by email address

**Birthday Entree**
- Guests will register their birthday when registering Perk Card.
- They will receive a complimentary entrée ($15 in value) during their birth month
- In order for the guest to receive their birthday Perk they must be an **active member**
- On the 1st day of their birth month is when the credit will be placed on their cards and expire when month ends
- The entrée will be automatically deducted when the member is assigned to the check
- Deduction will be used on the first visit to a TP within their birth month.

**\ctive Member Giveaways**
- The more often guests have their Perk Card's swiped the better chance at receiving a giveaway.
- Each visit, their name, is added to a "hat" and at the end of each quarter (three months) three names will be

randomly drawn and will win a prize ($100 in value added to their Perk Card).

**Perk Members Surveys, Feedback & Scores**
- When a guest's perk card is swiped, they will receive an email inviting them to take a customer satisfaction survey
  - These surveys give your store a daily guest feedback store performance "score"-the goal is always 100%!!!
- Guest will be rewarded with a coupon worth $2 off their next visit for giving us their feedback
  - All feedback is shared with employees during pre & post shift meetings
- The coupon MUST be presented, either printed out or on their phone, to the server to be redeemed

**The VIP Card** The VIP card is held exclusively by our investors. When you are presented with a VIP card you must immediately bring it to the managers' attention. The manager will process the card for the VIP card holder and visit the guest, even if it is a takeout order or in the cafe.  It is imperative that the investor receive preferred seating: yes they will be bumped up on the list; however it's equally important that the surrounding guests that are waiting are not made aware that we are doing so. This should be closely monitored by the manager on duty.

**Answering Phones**
Personal use of telephones for outgoing calls, including local calls, is not permitted.  Every employee is responsible for answering the phones. Phones must be answered by the 2nd ring
- **Proper Greeting**
  - The phone must be answered as follows
    - Good morning/afternoon, thank you for calling the Turning Point of _____, how may I help you.
- **To Go Orders**
  - Answer phone
  - Write down order
  - Take name & call back number
  - Ring order in under a Take-out Table
  - Double check the order for accuracy
  - Hit "Togo"
  - Print the Check
- **Questions you Can't Answer**
  - "I have a party of 20 coming in. Can you accommodate that?"
    - Any party larger than **8**, you should put the guest on hold and ask the manager to speak with them. They may be able to accommodate them or there may be other large parties that you do not know about.
  - "I want to have a business meeting during the week. Can I reserve a room?"
    - Take their name, date, time, and headcount and put them on hold. We typically accept private parties from 8:00am-11:00 am during the week only. However, the manager may already have a private party scheduled for the day and time the guest is inquiring about. Inform the manager of the details and they will make the decision.
  - "I came in last week and had an issue. What can you do for me?"
    - Anytime a guest has an issue, listen to their situation, assure them you will have the manager speak with them, and put them on hold. You should inform the manager immediately of the issue, give them a brief synopsis, and they will take it from there.

**Yelp No Wait App and Call Ahead Seating Policy** (as stated on our website):
Turning Point uses the Yelp Waitlist for our guests to be able to put their names onto our active waiting lists.  We do offer a call ahead seating, where guests may call in to have us put their name onto our active Wait list in advance for a specific arrival time or to be placed on the list with our current wait time.

Always first recommend the guest go into the Yelp app and put themselves on the Waitlist so that they can track where they are in line and know when is the best time to come in to be seated shortly thereafter. Guests that are on the Yelp

"call ahead" list will be put in the que of seating based on if we have gone past their name on the list, otherwise they will be seated in the order their name was placed on the list.
*Exceptions: We do not accept call aheads on the following days: Mother's Day & Father's Day

Call aheads may have a little bit of a wait when they arrive based on the time their name was put on the list and the length of the wait time at that time or any extension made to the wait time.

Call heads may be taken hours (and even days) in advance but when entered into the No Wait App it must be entered in as a "reservation" so that the true wait time does not get compromised by call aheads not due for hours. NEVER make guests call back later in the day to put their name on the call ahead list, accept all call aheads upon their first call. Do not make it complicated for our guests to dine with us.

Guests calling to put their name on the call ahead list that plan on being there in less time than the wait time must be alerted of the actual wait time to make them aware that they will not be seated upon arrival.

Guest calling to put their name on the wait list while there is no current wait must always have their names added to the call ahead list regardless, every single time.

**Protocol for taking Call Aheads**
- Ask how many are in their party and tell them the current wait time according to the No wait App
- Enter their name, number of people in the party and any notes (i.e.: highchair), take their cell number so we can text them when their table is "almost ready" or "ready"
- Some examples of what we **DO NOT** tell the guests:
    - Call back at a closer time to the average wait
    - If they do not show up within the amount of quoted wait time, they will be removed and bumped down the list
    - We are not on a wait right now so we cannot take your name
    - You need to be on your way to get your name on the list
    - You shouldn't have to wait once you arrive
    - I will have a table reserved for you when you walk in the door

***NOTE:*** The call ahead is viewed in the same way as a guest that walks in. Do not set up their table and call their name before they check in. Once they arrive, if they were passed on the list, we will put them in que to be seated next. Our guests who call ahead should not wait more than 15 minutes.


## Restaurant 365
You can access restaurant 365 by downloading the R365 red and white app. Your manager will get you set up and walk you through logging in during orientation.

**Trading Shifts-** You can trade a shift to any employee that works at the same restaurant as you, has the same job, and is available.  However, all shift trades must be approved by a manager.  You can trade shifts on the dashboard or calendar.

### Dashboard
1. Tap on the shift you would like to trade.
2. Tap 'Trade Shift' to start the trade process.

### Calendar
1. Select either 'My Schedule', to view your upcoming shifts, or 'All' to view all upcoming shifts.
2. Tap on a shift to view the shift details. Tap 'Trade Shift' to start the trade process.

3. Select the shift you want to trade with by tapping it (the dot will turn blue).

TP_DEF001483

4.  Tap 'Request Trade' at the bottom of the screen.  A confirmation will appear, and the trade request will be sent to the employee who's shift you are trying to trade.

Before your manager can approve a shift trade, the employee you are trading with must first approve the trade request. They'll receive the trade request in the request list as an 'Incoming Request'. It will appear as an 'Outgoing Request' on your request list. You can open the trade request and view the status at any time.

If the other employee approves the trade request, then it will be sent to your Restaurant Manager for final approval.

If the other employee denies the trade request, it will not be sent to your Manager, the trade request will show that it has been denied by the employee, and you will still be responsible for your original shift.


**Offering Shifts**- You can Offer a Shift in two different places in the R365 App:  The Dashboard and Calendar.

**Dashboard**
1.  Tap the shift you would like to offer to open the shift details.
2.  Tap 'Offer Shift', then tap the Confirmation to start the Offer process

**Calendar**
1.  Select 'My Schedule' to view your upcoming shifts.
2.  Tap on a Shift to view the Shift Details.
3.  Tap 'Offer Shift' then tap the Confirmation to start the Offer process.

**Note:** Even though you have offered the shift, you are still responsible for that shift until it has been claimed by another employee and approved by a manager.

**Picking up a shift**
1.  Offered Shifts can be Claimed by other Employees by viewing 'All' in the Calendar.  Offered Shift will appear as 'Open' Shifts.
2.  Tap 'Claim Shift' to submit your claim.  All claim requests for the offered shift will be reviewed by your Manager.  Managers can select which claims to approve or deny.

If approved the shift will be transferred to the employee that submitted the approved claim and the shift becomes their responsibility.  If denied the shift offer will be canceled and the shift will no longer appear as an open shift for others to claim and remains the responsibility of the originally scheduled employee.

**Time off requests**
1.  Open the profile screen on the R365 App.  Click the "Request Time Off" button located directly above the "Log Out" button.
2.  Tap on the 'To' or 'From' at the top of the screen to select Date you want to take time off. **Note\*\*** If a date is black on the Calendar, that is a Blackout Day that cannot be requested off.
3.  Tap 'Confirm' to return to the request screen.
4.  Finally, tap one of the time off request reasons.  If you select 'Personal', a text area will appear where you can describe your request to your Manager.
5.  Tap the 'Send Request' button to submit your time off request to your Manager for approval.  You'll be able to track your time off request in the request list: Outgoing tab.

**Manager Approval**- Managers will receive all time off requests and can approve or deny them. If approved, the time off request will show that it has been approved by a Manager and the date you requested will show 'Approved Time Off' on the Manager view of the calendar.  If denied, the time off request will show that it has been denied by a Manager.  You will still be considered available for shifts during the dates you had requested off.

TP_DEF001484

**New Server Orientation Packet**

- Welcome Introduction to the Company
  - History of the company
  - Overview of the company and our brand
  - Mission Statement
  - Store manager names (GM, AM, KM) and RRM Members
- Training Dates, Employee Code, Info, Mandatory Work Days and Availability Form
- Daily Shift Requirements
- Overview of Server Training Manual-Days 1-5 Breakdown (training pay during training period)
- Regular Menu, Kids Menu, Catering- 1 copy of each
- TP Guest Service Policy
- Server Commandments
- Overview of Primary Turning Point Policies
- VIP Members
- Perk Card Members, NCR feedback & scores,
- Phone Calls-proper way to answer calls, call for manager, call ahead, putting guests on hold, take-out orders
- Call Aheads, Large Parties, Private Parties, Caterings
- Tip Out
- Reporting Tips
- Tipped Duties
- Donations
- Discounts
- Zero Tolerance Theft- Restaurant guard, Cameras
- Calling out or Tardy (texting is not an option)
- Steps of Accountability- verbal, written, loss of shifts, suspension or termination
- Scheduling- Restaurant 365, Availability, Requesting off, Shift, Putting up/Picking up Shifts.  Manager will give you a brief training of the program
- Welcome bag
- Tour of facility, introduction to team members, show labor law posters

**Welcome to the Company**

On behalf of your colleagues, I welcome you to The Turning Point and wish you every success here. We believe that each employee contributes directly to The Turning Point growth and success, and we hope you will take pride in being a member of our team. We hope that your experience here will be challenging, enjoyable, and rewarding. Again, welcome!

*Pam & Kirk Ruoff*

**Overview of Company & Brand**

The Turning Point restaurants are family-owned and operated by Kirk Ruoff, who launched the first restaurant in Little Silver, New Jersey in 1998. There are currently 19 restaurants, 12 in New Jersey, 6 in Pennsylvania and 1 in Delaware

- Awarded the Golden Plate Award by NJRA 2017
- Voted #1 in the Breakfast category in *New Jersey Monthly's* "Jersey Choice Restaurant Poll for Breakfast, Brunch & Lunch for South Central and North Jersey for 2018.
- Voted #1 for Breakfast by Best of Philly.
- Voted #1 For Breakfast By Main Line, PA

The atmosphere at our restaurants is warm and welcoming. We apply the same principles of a nighttime restaurant to our daytime breakfast and lunch establishments. Our restaurant's interiors are decorated tastefully with natural wood floors, bright traditional colors and plants, creating a pleasant dining room. The staff is committed to providing a 100% satisfied dining experience. We hire friendly people first and then train them to be servers, baristas, supervisors and managers. We are fully committed to giving all our employee's opportunities to grow within our company. Every employee with the desire and ambition to grow forward can achieve that in our company. If you have an interest in growing forward with us please let us know!

Customers often ask us why we are not open in the evening. Our answer is always the same; we serve the best breakfast and lunch meals we know how from 7:30 am to 3:00 pm. Then we go home to our families. "Work to live, don't live to work"

If you are looking for a unique breakfast or lunch restaurant come give The Turning Point a try. You will be glad you did!

**The Turning Point Mission Statement**

Turning Point's company culture is warm, considerate, inviting, grateful and hospitable. We appreciate our guests for choosing us as their breakfast and lunch restaurant of choice. In return we shall provide them with service and food that are equally exceptional creating a perfect balance to an extraordinary dining experience well worth their time and money. We value and appreciate our guests for giving us the opportunity to thrive.

**Store Information:**

Phone Number: _____

Address: _____

GM: _____ Cell: _____

AM: _____ Cell: _____

KM: _____ Cell: _____

District Manager: _____ email_____

RRM Members: Bonnie Iavaroni (COO), Meggan McCarthy (Financial and Technology Director), Donna Kleiner (Human Resources) Evan Weissman (Culinary Ops), Jesus Lucas (BOH trainer) Matt Alkon (Facilities Director) Matt G, Mike & Nick (R&M Facilities Team) JoAnn Salayi (Comptroller), Lorraine Vogel (Payroll), Carla Romano (Corporate Office Coordinator

## Training Dates (all shifts are from 7:30am-4:30pm)
### *Training on weekends or holidays is only permitted for certain exceptions
*Manager make a copy of this sheet for employees file*

Day 1:                    Trainer Name:
Day 2:                    Trainer Name:
Day 3:                    Trainer Name:
Day 4:                    Trainer Name:
Day 5:                    Trainer Name:
*Training is a non-negotiable 5 day training period

Employee 4 digit Code:_____

## Personal Info, Mandatory Work Days and Availability Form

- Name :_____
- Cell number :_____Home:_____
- Email Address:_____
- Emergency Contact: _____Number:_____
- Planned Vacation   yes  ___    no ___  Dates_____
- Extra-Curricular Activities:  yes ___  no ___  Days_____

**Mandatory Work Dates:**     Please initial     Parent/Guardian (if under age)
- New Year's Day               _____          _____
- Mother's Day                 _____          _____
- Memorial Weekend             _____          _____
- Father's Day                 _____          _____
- July 4th Weekend             _____          _____
- Labor Day Weekend            _____          _____
- Black Friday                 _____          _____
- Christmas Eve                _____          _____
- New Year's Day               _____          _____
- Easter                       _____          _____

### Please check the days you are available

| Mon | Tues | Weds | Thur | Fri | Sat | Sun |
|-----|------|------|------|-----|-----|-----|
|     |      |      |      |     |     |     |

*If your availability changes you need to alert your managers at least 4 weeks or more prior to the change*

**Employee Signature_____Date_____**

TP_DEF001487

You will have three options on how you would like to get paid.

1. Direct Deposit
2. Pay Card
3. Paper Check

For a paper check please click here

For direct deposit, please check here and fill out the additional sheet

For a pay card please check here

Employee Name: _____

Store: _____

Date: _____

TP_DEF001488

# Direct Deposit Authorization Form

Please print and complete ALL the information below.

Name: _____

Address: _____

City, State, Zip: _____

Store Located In: _____



Name of Bank: _____

Account #: _____

9-Digit Routing #: _____

Amount:   ☐ $ _____   ☐ _____ %   or   ☐ Entire Paycheck

Type of Account:   Checking   Savings   (Circle One)

*Please attach a voided check for each bank account to which funds should be deposited.*

The Turning Point is hereby authorized to directly deposit my pay to the account listed above. This authorization will remain in effect until I modify or cancel it in writing.

Employee Signature: _____
Date: _____

## Daily Shift Requirements (Required starting first shift on duty)

- Must wear Khaki pants (jeggings, leggings & cargo pants are not permissible. *Shorts & skirts may be no shorter than 1 inch above the knee* )
- Non-slip shoes
- Server black apron (provided)
- TP t-shirt (unwrinkled)
- Must be in full uniform on every shift (not being in full uniform will result in being sent home to get remaining articles of uniform required for wearing on duty)
- Must park in designated employee parking area, ask Manager for specific location
- A side towel for holding hot plates (provided to you per shift), a black billfold (provided to you) & a pen (provided to you if necessary)
- A staff bank of small bills totaling $25-$50 to make change for your guests
- Hair neatly pulled back or neatly styled, conservative hair colors & styles
- Neatly groomed facial hair

# The Turning Point Guest Service Policy

**Our mission**

We have created a unique daytime restaurant that serves creative breakfast and lunch meals using the freshest ingredients available. We strive to provide service to our customer that exceeds their expectations and maintain an atmosphere that is clean, comfortable and relaxing.

**Our commitment**

In fulfilling our mission, The Turning Point strives to provide 100% exceptional customer service to each and every guest. Customer service affects all levels of the restaurants, and everyone involved needs to have the same mindset and follow the same policies.  All guests should be treated in a courteous manner at all times. We will go above and beyond to accommodate all guests.

- We provide 100% exceptional customer service
- We offer an acceptable alternative to accommodate the guests. We never say no to our guests
- We convey empathy for our guest when we have not met their expectations
- We provide immediate service recovery
- We say "I will be right back with your change."  Never ask, "Do you need change?"
- We say "Absolutely, sure thing and my pleasure.  "Never respond in negative connotations, such as "no problem, or no worries."
- We are empowered to create a memorable dining experience for our guests
- When allergies are a concern we make it a priority to ensure our product is safe for our guest and it is handled with the proper policy and procedure
- We are open for business 7 days a week unless there is a State of Emergency. Once the State of Emergency is lifted well will open our restaurants the same day if possible in order to accommodate our guest
- We greet, seat and treat every guest like they a guest in our home and don't forget the thank you and come back and see us

**Server Commandments**

- Say hello, smile and make eye contact with every guest you see
- Treat guests as you would a guest in your home
- All tables should be greeted in 2 minutes with a fresh pitcher of water with a lemon slice
- Every table should be asked if it is their first time visiting a Turning Point and if they are a Perk Card Member
- Recommend specific menu items as suggestions to guests
- Make conversation with your guests, go above and beyond
- All orders must be written down and repeated back
- Drinks should hit the table within 5 minutes
- Apps must be complete within 5 minutes, entrees 10 minutes with a 15-minute max

- Check back after 2 minute, 2 sips, 2 bites
- Automatic drink refills, anticipate guests needs, be a step ahead and blow their minds
- Treat every guest and table as if they were your own
- Upon leaving, offer a complimentary refill to take with them
- Process payment quickly. Never ask if they need change-assume they do and bring it automatically
- Thank every guest for visiting us
- Say goodbye and Thank you to every guest as they leave

## Brief Overview of Primary Turning Point Policies

**Non-Disclosure/Confidentiality**

Employees who improperly use or disclose trade secrets or confidential business information will be subject to disciplinary action, up to and including termination of employment, even if they do not actually benefit from the disclosed information.

**Turning Point Guest Service Policy**

We will make any accommodation for our guests within our abilities and will go out of our way to satisfy any request they have, in the goal to give all guests an exceptional experience.

**Smoking**

Smoke breaks are limited to once per shift only at the end of the shift when there are no more guests. If you smoke before the start of your shift it may not be done directly in front of the building or in visible uniform. If employee cannot work the full shift without a smoke break the employee is allowed to wear a nicotine patch (FOH or BOH) or chew nicotine gum (only BOH employees) to help get them through till allowed to smoke at the end of the shift according to the policy. Employees **MAY NOT SMOKE VAPOR CIGARETTES** inside the facility. Only 1 employee at a time is permitted to outside and smoke. Managers are not permitted to smoke with team members or with other co-managers. Smoke breaks may not exceed 5 minutes.

**Cell Phone Usage**

All employees are prohibited from using their cellphones while clocked in and performing work duties.

**Vacation Benefits**

Vacation time off with pay is available to eligible employees who work all year round working an average of 40 hours or more per week or per state law.

**Back of House Employees**

Full time BOH employees are eligible to 5 paid vacation days per year for the first 3 years. 8 vacation days per year after 3 years and 10 vacation days per year after 5 years or per state law.

**Server & Barista Employees working an average of 30 hours per week are eligible to** 50% of an average weeks' pay after 1 year, 75% of an average weeks' pay after 2 years & 100% of an average weeks' pay after 3 years or per state law.

**Holidays**

The Turning Point is closed on Thanksgiving and Christmas Day

**FOH Meal Benefits**

All FOH Employees (bussers, hosts, servers & baristas) may only eat at the end of the shift while clocked in, as long as your tables are all vacant of guests with a 40% discount applied. A 20% discount is available for any meals purchased when not on duty.

**BOH Employee Deduction and Benefits**

BOH employees have a $3 daily deduction per shift worked to cover one meal per day and drinks. Additional food may be purchased with a 20% discount. If a BOH employee chooses not to participate in this benefit they should notify the

manager.

**Paydays**
All employees are paid biweekly on Fridays. You have the option of getting paid through a physical check, a pay card or direct deposit. If you prefer a paper check it may ONLY be picked up after 3pm on payday.

**Server Tip Credit**
Under federal law and in most states, employers may pay tipped employees less than the minimum wage, as long as employees earn enough in tips to make up the difference. This is called a "tip credit." The credit is the amount the employer doesn't have to pay, so the applicable minimum wage (federal or state) less the tip credit is the least the employer can pay tipped employees per hour. If an employee doesn't earn enough in tips during a given workweek to earn at least the applicable minimum wage for each hour worked, the employer has to pay the difference.
This means that, with the maximum tip credit taken, tipped employees must be paid a cash wage of:
**NJ**- $3.13 an hour. If an employee doesn't earn enough in tips to bring their total compensation up to at least the full state minimum wage rate of $11.00 an hour, the employer must make up the difference
**PA**- $2.83 an hour. If an employee doesn't earn enough in tips to bring his or her total compensation up to at least the full minimum wage of $7.25 an hour, the employer must make up the difference. Employers must inform employees if they plan to take a tip credit
**DE**-$2.23 an hour. However, if this lower minimum wage plus the tips the employee actually earns don't add up to at least the full minimum wage, the employer must make up the difference

**Tip Out**- Servers tip out a percentage of their daily sales to members that support them throughout the shift, Baristas & Bussers. The percentage varies based on circumstances, such as the number of support people on the shift or the location that you work in. Each location has a document listing all tip out amounts per location and per circumstance. If your location does not have this document hung someplace visible please notify your Managers and/or DM so they can get this hung immediately. Additionally, the MOD will write the percentage tip out for the day each shift on the FOH communication board each morning, tip out generally ranges between 2-5% depending on support personnel. These employees support and assist every server throughout the shift so that you can maximize your tips.

**Reporting Tips**-By law and for tax purposes, employees receiving tips must report 100% of the amount of tips you have received, after tip out.

**Time punch & tip adjustments:** Any employee that requires a time punch or tip amount adjustment made must fill out and sign the "Time punch & tip adjustment form" to give management permission to make these alterations. This form will be located in the managers office. If any adjustment is made without being presented this form you must immediately alert your manager on duty you need to fill out this form for verification.

**Tipped Employee Duties**- In accordance to the US Department of Labor the following duties are considered tipped duties:

- Take orders from patrons for food or beverages.
- Check with customers to ensure that they are enjoying their meals and act to correct any problems.
- Collect payments from customers.
- Write patrons' food orders on order slips, memorize orders, or enter orders into computers for transmittal to kitchen staff.
- Prepare checks that itemize and total meal costs and sales taxes.
- Present menus to patrons and answer questions about menu items, making recommendations upon request.
- Remove dishes and glasses from tables or counters and take them to kitchen for cleaning.
- Serve food or beverages to patrons and prepare or serve specialty drinks.
- Clean tables or counters after patrons have finished dining.
- Prepare tables for meals, including setting up items such as silverware and glassware.
- Explain how various menu items are prepared, describing ingredients and cooking methods.
- Assist host or hostess by answering phones to take reservations or to-go orders, and by greeting, seating, and thanking guests.
- Escort customers to their tables.
- Perform cleaning duties, such as sweeping and mopping floors, vacuuming carpet, tidying up server station, taking out trash, or checking and cleaning bathroom.
- Roll silverware, set up food stations, or set up dining areas to prepare for the next shift or for large parties.
- Stock service areas with supplies such as coffee, food, tableware, and linens.

- Fill salt, pepper, sugar, cream, condiment, and napkin containers.
- Describe and recommend seasonal specials to customers.
- Perform food preparation duties such as preparing salads, appetizers, and cold dishes, portioning desserts, and brewing coffee.
- Provide guests with information about local areas, including giving directions.
- Garnish and decorate dishes in preparation for serving.
- Occasionally washing dishes or glasses. (per DOL letter)
- Receive and process customer payments.
- Prepare or serve hot or cold beverages, such as coffee, espresso drinks, blended coffees, or teas.
- Clean or sanitize work areas, utensils, or equipment.
- Clean service or seating areas.
- Set up or restock product displays.
- Weigh, grind, or pack coffee beans for customers.
- Stock customer service stations with paper products or beverage preparation items.
- Wrap, label, or date food items for sale.
- Provide customers with product details, such as coffee blend or preparation descriptions.
- Slice fruits, vegetables, desserts, for use in food service.
- Check temperatures of freezers, refrigerators, or heating equipment to ensure proper functioning.
- Demonstrate the use of retail equipment, such as espresso machines.

**Employment Termination**
Since employment with The Turning Point is based on mutual consent, both the employee and The Turning Point have the right to terminate employment at will, with or without cause, at any time.

**Meal Periods**
All employees are provided with one meal period.  FOH employees will be at the end of each workday after their tables have been vacated.  BOH employee meal periods will be permitted either before or after typical high volume hours, please see your MOD prior to taking leave from your station for a meal period.  All meals must be consumed away from all food production areas such as on the line or in areas of prepped product.  FOH employees must eat in the designated area as per MOD or DM.  Employees eating in areas in view of guests must have their TP logo'd uniform covered during the meal break.  Any employee that would like to eat before their shift starts must arrive early enough to order, eat and complete the meal before their scheduled shift and the meal must be completed before clocking in.  Employees are allowed bread, chips and salsa, drink urn coffee and fountain drinks at no charge when time permits and when permitted by MOD or DM.

**Use of Equipment**
The improper, careless, negligent, destructive, or unsafe use or operation of equipment can result in disciplinary action, up to and including termination of employment

**Zero Theft Tolerance-** Along with video surveillance cameras located throughout the restaurant, The Turning Point also has an Anti-theft reporting system called Restaurant Guard that monitors transactions in real time to identify fraudulent activity occurring at the terminals.  This program recognizes common scam, theft patterns and provides detailed reports showing the steps made by an employee during theft scam processes.  All reports are checked and investigated weekly.  Any employee found guilty of theft will be reported to the authorities and prosecuted to the furthest extent of the law.

**Emergency Closings**
When operations are officially closed the time off from scheduled work will be unpaid.

**Attendance and Punctuality**
Poor attendance and excessive tardiness will lead to disciplinary action, up to and including verbal warnings, write ups, shift loss and eventual termination of employment. Employees must call the restaurant to speak to the Manager on Duty, not text or call a manager's personal cell phone unless the call out is being made after or prior business hours (7am-5pm), in which case the employee may send an email to their managers business email or cell phone if the manager allows it.

**Calling out or tardy-** Employees are required to CALL the restaurant to speak to the Manager on Duty when trying to call out of work or call in tardy, texting is not an appropriate method.  Texting "out" of work or late to work will result in a

write up.  Employees are responsible for making every effort to get their shifts covered if they cannot work their scheduled shift.  Call outs for 3 days or more require a doctor's note.

**Steps of Accountability**- The steps of accountability for consequences of tardiness, poor attendance, poor attitude, bad behavior, poor work performance will result in the following: last section pick, verbal warning, written warning, loss of shift(s), suspension or termination

**Visitors in the Workplace**
All visitors should enter The Turning Point at the main entrance and do not have access to enter unauthorized areas of the restaurant, such as the Back of house, office, etc.

**Computer, Internet and Email Usage**
Abuse of the Internet access provided by The Turning Point in violation of law or The Turning Point policies will result in disciplinary action, up to and including termination of employment.

**Workplace Violence Prevention**
Conduct that threatens, intimidates, or coerces another employee, a customer, or a member of the public at any time, including off-duty periods, will not be tolerated.

**Employee Conduct and Work Rules**
Behavior that is considered unacceptable in the workplace will result in disciplinary action, up to and including termination of employment.

**Drug and Alcohol Use**
No employee may use, possess, distribute, sell, or be under the influence of alcohol or illegal drugs. Violations of this policy will lead to disciplinary action, up to and including immediate termination of employment. Employees that appear to be compromised while on duty where it is affecting professional appearance, behavior, performance or attitude will be required to clock out and leave the facility.  If the MOD does not feel the employee can transport themselves safely they will assist in finding a safe transportation alternative.  The employee may receive a written warning or immediate termination depending on the severity of situation.

**Sexual and Other Unlawful Harassment**
Actions, words, jokes, or comments based on an individual's sex, race, color, national origin, age, religion, disability, sexual orientation, or any other legally protected characteristic will not be tolerated.

**Personal Appearance**
Turning Point employees must dress and groom themselves according to the requirements of their position and acceptable Turning Point standards.  Transgender and gender non-conforming employees must comply with dress codes in a manner consistent with their gender identity or gender expression

**Return of Property**
All Turning Point property must be returned by employees on or before their last day of work.

**Guests with Allergies**
Employees that have been notified by a guest regarding any food allergy must immediately bring this to the managers' attention. The kitchen must also be alerted of the allergen and the table number

**Donations**- The Turning Point is a big advocate of making donations.  Anyone coming in looking for a donation needs to speak with the MOD.  Turning Point requires a copy of their form with their information on it and the company will donate a couple complimentary entrée cards.

TP_DEF001494

**Discounts to Guests-** TP has a few discounts that we offer to guests.  We offer a 10% discount to officers in uniform (police, emt, firefighters) & military.  Some locations offer discounts to employees that work in the shopping center that they are in, please ask your manager for specific discount amount.

**VIP Loyalty Card Holders**
When presented with a VIP card you must immediately bring it to the managers' attention. It is imperative that the investor receive preferred seating which will shorten their wait time.

## About the Perk Card

**What is a PERK CARD**
- A PERK CARD is a GIFT CARD that has been registered on line at www.theturningpoint.biz.
- When a guest purchases a Perk Card for $10, they are purchasing a $10 TP GIFT CARD. The $10 can be redeemed on the next visit.  A guest can also get a Perk card at no cost by taking a photo of the QR code on the placemats. A Perk Card will then be mailed to them at no cost.
- It does not become a PERK CARD until it has been registered. (Guests cannot use it for their current visit. The card must be registered first.)
- To ring in a Perk Card you would use the "Sell E-Card" button.

**Registering**
- After guests purchase their cards they need to register them by logging into the TP website(which is located on the back of all cards)
  - Select "Perk Card" tab at top of page
  - Enter card number
  - Prompt for renter of card number
  - Enter pin (on the right side of the back of the card)
  - Personal information (these fields have  to be entered in order for the  card to be registered)

**Using their new Perk Card**
- Every server should be asking all their tables if they have a Perk Card.
  - To assign Perk Card to check
    - Open the check
    - Go to "close"
    - Then "assign member"
- An **active member** visits any Turning Point restaurant and presents their card at least 1 time within every three month time period. The more they visit and have their Perk Card swiped the better their chances are for receiving giveaways and random rewards.
- If a guest forgets their Perk Card it can be located by
  - Phone number (exactly as registered)
  - First and last name (exactly as registered)
- To add their "Visit" without having their Perk Card
  - Open the check
  - Go to "close"
  - Then "assign member"
  - To the right of screen it will say "First Name, Last Name"
  - Then input Name or Telephone number
  - If multiple names come up verify with guest by email address

**Birthday Entree**
- Guests will register their birthday when registering Perk Card.
- They will receive a complimentary entrée ($15 in value) during their birth month
- In order for the guest to receive their birthday Perk they must be an **active member**

- On the 1st day of their birth month is when the credit will be placed on their cards and expire when month ends
- The entrée will be automatically deducted when the member is assigned to the check
- Deduction will be used on the first visit to a TP within their birth month.

**Active Member Giveaways**
- The more often guests have their Perk Card's swiped the better chance at receiving a giveaway.
- Each visit, their name, is added to a "hat" and at the end of each quarter (three months) three names will be randomly drawn and will win a prize ($100 in value added to their Perk Card).

**Perk Members Surveys, Feedback & Scores**
- When a guest's perk card is swiped, they will receive an email inviting them to take a customer satisfaction survey
  - These surveys give your store a daily guest feedback store performance "score"-the goal is always 100%!!!
- Guest will be rewarded with a coupon worth $2 off their next visit for giving us their feedback
  - All feedback is shared with employees during pre & post shift meetings
- The coupon MUST be presented, either printed out or on their phone, to the server to be redeemed

**The VIP Card** The VIP card is held exclusively by our investors. When you are presented with a VIP card you must immediately bring it to the managers' attention. The manager will process the card for the VIP card holder and visit the guest, even if it is a takeout order or in the cafe.  It is imperative that the investor receive preferred seating: yes they will be bumped up on the list; however it's equally important that the surrounding guests that are waiting are not made aware that we are doing so. This should be closely monitored by the manager on duty.

**Answering Phones**
Personal use of telephones for outgoing calls, including local calls, is not permitted.  Every employee is responsible for answering the phones. Phones must be answered by the 2nd ring
- **Proper Greeting**
  - The phone must be answered as follows
    - Good morning/afternoon, thank you for calling the Turning Point of _____, how may I help you.
- **To Go Orders**
  - Answer phone
  - Write down order
  - Take name & call back number
  - Ring order in under a Take-out Table
  - Double check the order for accuracy
  - Hit "Togo"
  - Print the Check
- **Questions you Can't Answer**
  - "I have a party of 20 coming in. Can you accommodate that?"
    - Any party larger than **8**, you should put the guest on hold and ask the manager to speak with them. They may be able to accommodate them or there may be other large parties that you do not know about.
  - "I want to have a business meeting during the week. Can I reserve a room?"
    - Take their name, date, time, and headcount and put them on hold. We typically accept private parties from 8:00am-11:00 am during the week only. However, the manager may already have a private party scheduled for the day and time the guest is inquiring about. Inform the manager of the details and they will make the decision.
  - "I came in last week and had an issue. What can you do for me?"
    - Anytime a guest has an issue, listen to their situation, assure them you will have the manager speak with them, and put them on hold. You should inform the manager immediately of the issue, give them a brief synopsis, and they will take it from there.

**Yelp No Wait App and Call Ahead Seating Policy** (as stated on our website):
Turning Point uses the Yelp Waitlist for our guests to be able to put their names onto our active waiting lists. We do offer a call ahead seating, where guests may call in to have us put their name onto our active Wait list in advance for a specific arrival time or to be placed on the list with our current wait time.

Always first recommend the guest go into the Yelp app and put themselves on the Waitlist so that they can track where they are in line and know when is the best time to come in to be seated shortly thereafter. Guests that are on the Yelp "call ahead" list will be put in the que of seating based on if we have gone past their name on the list, otherwise they will be seated in the order their name was placed on the list.
*Exceptions: We do not accept call aheads on the following days: Mother's Day & Father's Day

Call aheads may have a little bit of a wait when they arrive based on the time their name was put on the list and the length of the wait time at that time or any extension made to the wait time.

Call heads may be taken hours (and even days) in advance but when entered into the No Wait App it must be entered in as a "reservation" so that the true wait time does not get compromised by call aheads not due for hours. NEVER make guests call back later in the day to put their name on the call ahead list, accept all call aheads upon their first call. Do not make it complicated for our guests to dine with us.

Guests calling to put their name on the call ahead list that plan on being there in less time than the wait time must be alerted of the actual wait time to make them aware that they will not be seated upon arrival.

Guest calling to put their name on the wait list while there is no current wait must always have their names added to the call ahead list regardless, every single time.

**Protocol for taking Call Aheads**
- Ask how many are in their party and tell them the current wait time according to the No wait App
- Enter their name, number of people in the party and any notes (i.e.: highchair), take their cell number so we can text them when their table is "almost ready" or "ready"
- Some examples of what we **DO NOT** tell the guests:
    - Call back at a closer time to the average wait
    - If they do not show up within the amount of quoted wait time, they will be removed and bumped down the list
    - We are not on a wait right now so we cannot take your name
    - You need to be on your way to get your name on the list
    - You shouldn't have to wait once you arrive
    - I will have a table reserved for you when you walk in the door

*NOTE:* The call ahead is viewed in the same way as a guest that walks in. Do not set up their table and call their name before they check in. Once they arrive, if they were passed on the list, we will put them in que to be seated next. Our guests who call ahead should not wait more than 15 minutes.


# Restaurant 365
You can access restaurant 365 by downloading the R365 red and white app. Your manager will get you set up and walk you through logging in during orientation.

**Trading Shifts-** You can trade a shift to any employee that works at the same restaurant as you, has the same job, and is available. However, all shift trades must be approved by a manager. You can trade shifts on the dashboard or calendar.

**Dashboard**

1. Tap on the shift you would like to trade.
2. Tap 'Trade Shift' to start the trade process.

**Calendar**
1. Select either 'My Schedule', to view your upcoming shifts, or 'All' to view all upcoming shifts.
2. Tap on a shift to view the shift details.  Tap 'Trade Shift' to start the trade process.

3. Select the shift you want to trade with by tapping it (the dot will turn blue).
4. Tap 'Request Trade' at the bottom of the screen.  A confirmation will appear, and the trade request will be sent to the employee who's shift you are trying to trade.

Before your manager can approve a shift trade, the employee you are trading with must first approve the trade request. They'll receive the trade request in the request list as an 'Incoming Request'. It will appear as an 'Outgoing Request' on your request list. You can open the trade request and view the status at any time.

If the other employee approves the trade request, then it will be sent to your Restaurant Manager for final approval.

If the other employee denies the trade request, it will not be sent to your Manager, the trade request will show that it has been denied by the employee, and you will still be responsible for your original shift.


**Offering Shifts**- You can Offer a Shift in two different places in the R365 App:  The Dashboard and Calendar.

**Dashboard**
1. Tap the shift you would like to offer to open the shift details.
2. Tap 'Offer Shift', then tap the Confirmation to start the Offer process

**Calendar**
1. Select 'My Schedule' to view your upcoming shifts.
2. Tap on a Shift to view the Shift Details.
3. Tap 'Offer Shift' then tap the Confirmation to start the Offer process.

**Note:** Even though you have offered the shift, you are still responsible for that shift until it has been claimed by another employee and approved by a manager.

**Picking up a shift**
1. Offered Shifts can be Claimed by other Employees by viewing 'All' in the Calendar.  Offered Shift will appear as 'Open' Shifts.
2. Tap 'Claim Shift' to submit your claim.  All claim requests for the offered shift will be reviewed by your Manager. Managers can select which claims to approve or deny.

If approved the shift will be transferred to the employee that submitted the approved claim and the shift becomes their responsibility.  If denied the shift offer will be canceled and the shift will no longer appear as an open shift for others to claim and remains the responsibility of the originally scheduled employee.

**Time off requests**
1. Open the profile screen on the R365 App.  Click the "Request Time Off" button located directly above the "Log Out" button.
2. Tap on the 'To' or 'From' at the top of the screen to select Date you want to take time off. **Note\*\*** If a date is black on the Calendar, that is a Blackout Day that cannot be requested off.
3. Tap 'Confirm' to return to the request screen.
4. Finally, tap one of the time off request reasons.  If you select 'Personal', a text area will appear where you can describe your request to your Manager.
5. Tap the 'Send Request' button to submit your time off request to your Manager for approval.  You'll be able to track your time off request in the request list: Outgoing tab.

**Manager Approval**- Managers will receive all time off requests and can approve or deny them. If approved, the time off request will show that it has been approved by a Manager and the date you requested will show 'Approved Time Off' on

TP_DEF001498

the Manager view of the calendar.  If denied, the time off request will show that it has been denied by a Manager.  You will still be considered available for shifts during the dates you had requested off.

TP_DEF001499

Service

TP_DEF001500

FOH

TP_DEF001501

## MIT Performance Assessment

| Leadership Qualities | Exceeds Expectations | Meets Expectations | Needs Improvement | *Brief examples are required for "Needs Improvement"* |
|---|---|---|---|---|
| | Put "1" in box | | | |
| Attendance (minimal call outs, no excessive time off, willingness to fill shifts in or out of location) | | | | |
| Punctuality (shows up to work at least 5 minutes early) | | | | |
| Professional on duty appearance (TP uniform/appearance policy compliant) | | | | |
| Self compliant of company policies | | | | |
| Self Awareness (knows strengths, knows weakness, knows impact on others) | | | | |
| Self Regulation (ability to control impulses, behaviors, reactions, responses) | | | | |
| Self Motivated (enthusiastic drive for achieving goals) | | | | |
| Understanding, empathetic & compassionate | | | | |
| Effective Social Skills (builds rapport with others to move them in desired directions) | | | | |
| Big picture thinking and long term vision | | | | |
| Exhibits a positive opinion of the company | | | | |
| Appreciates subordinates, supervisors and executive members | | | | |
| Is solution focused and able to appropriately problem solve issues in a timely manner | | | | |
| Considerate, thoughtful, mindful & respectful towards others | | | | |
| Accepts responsibility and does not blame others or gives excuses when relevant | | | | |
| Exhibits Enthusiasm,  confidence and is able to rally their team | | | | |
| Open to change and learn new processes, procedures, policies and products | | | | |
| Models leadership personality, behavior, body language, speaking style & physical appearance | | | | |
| Is truthful, honest, sincere and exhibits integrity | | | | |
| Communicates tasks with clear direction, expectations & with attainable timelines | | | | |
| Is able to adjust conversations and tailor delivery to each recipient | | | | |
| Keeps conversations of conflict & other sensitive nature fact based | | | | |
| Uses appropriate methods of communication (text, email, teams, call, in person, privately) | | | | |
| Approachable, accessible, responsive & personable | | | | |
| Communicates effectively ensuring understanding & proper interpretation | | | | |
| Encourages others to speak & actively listens to others without cutting them off | | | | |
| Speaks/writes coherently, professionally & intelligently  (brief, to the point, grammatically correct) | | | | |
| **Leadership Qualities Score** | 0 | 0 | 0 | |
| **Operational & Team Leadership Skills** | | | | |
| Focuses on opportunities rather than problems, looks for ways to make improvements | | | | |
| Runs productive shifts as well as pre and post shift meetings | | | | |
| Holds self all employees accountable and does not exhibit favoritism | | | | |
| Has good awareness (of guests, team members, facility) | | | | |
| Delegates appropriate tasks at appropriate times to appropriate members | | | | |
| Follows up on communications & tasks of self and team members in a timely manner | | | | |
| Follow's TP training programs (FOH, BOH, MIT's where applicable) | | | | |

TP_DEF001502

| | | | | |
|---|---|---|---|---|
| Able to determine training & development needs of individual team members | | | | |
| Integrates coaching & development throughout shifts (in the moment and by end of shift) | | | | |
| Measures the progress of performance before, during and after training for proficiency | | | | |
| Advocates, encourages, teaches for continuous development, learning & practice for self and team | | | | |
| Coaches, counsels & mentors employees with performance issues to aid in progress | | | | |
| Encourages employee insight and perspective when discussing performance issues | | | | |
| Offers suggestions &/or collaborates with employees on a plan of action for improvement | | | | |
| Plans, prioritizes and accomplishes daily "to do" lists | | | | |
| Eliminates unessential tasks & distractions to self & team members to ensure optimal shifts | | | | |
| Establishes & presents goals that are realistic, achievable & time specific (self & team) | | | | |
| Teaches & reinforces good team attitude & maintains a TP Buddy Culture | | | | |
| Reiterates and enforces team & company standards, policies, guidelines & procedures | | | | |
| Acquires the teams commitment & able to get employees buy in | | | | |
| Maintains a team culture of belonging and inclusion | | | | |
| Appreciates, acknowledges & rewards team members for all levels of progress | | | | |
| Knows what motivates their team and implements it | | | | |
| Acknowledges and rewards desired behaviors & performance | | | | |
| Disciplines undesirable behaviors & performance | | | | |
| Eliminates distractors of the store (negative, toxic, melodramatic employees) | | | | |
| Eliminates misunderstandings and assumptions from conflict | | | | |
| Remains impartial with team members and stays problem focused for resolution | | | | |
| Defuses conflicts immediately and appropriately | | | | |
| Resolves issues in a way that is mutually beneficial and acceptable for all parties | | | | |
| Stays focused on peoples needs rather than peoples demands | | | | |
| Maintains a positive, receptive and calm disposition | | | | |
| **Operational & Team Leadership Skills Score** | 0 | 0 | 0 | |

**Overall:**

**Areas of Focus:**

TP_DEF001503

TP_DEF001504

| | Trainee | Notes |
|---|---|---|
| **Aloha** | | |
|   Back Office Features | | |
|      New employee entries | | |
|      Payroll | | |
|      Credit Card features | | |
|   POS Features | | |
|      Order entries | | |
|      Mod features | | |
|      Voids and Deletes | | |
|      Transfers | | |
|      To Go | | |
|      Applying Discounts | | |
|      Closing out checks | | |
|      Server Close out reports | | |
|      Reopen Closed checks | | |
| **NCR- Customer Voice** | | |
| **Perk Cards** | | |
| **Talentreef Hire/Onboarding** | | |
|   View applications | | |
|   Set up interviews | | |
|   Offer job | | |
|   Complete paperwork | | |
| **R365-Scheduling** | | |
|   Schedules | | |
|   Black Out days | | |
|   Create Events | | |
|   Add a Job | | |
|   Print Schedule | | |
|   Print Crib Sheet | | |
| **R365-Accounting** | | |
|   Entering bills | | |
|   Entering credits | | |
|   Waste/Transfers | | |
|   Forecasting sales | | |
|   Prior Year Data | | |
|   Food Cost | | |
|   Labor reports | | |
|   P&L Report | | |
| **Operations-Inventory** | | |
| **TEAMS** | | |

TP_DEF001505

| **Shift Meetings** | | |
|---|---|---|
| Wall of Recognition | | |
| Pre shift meetings | | |
| Post shift meetings | | |
| Contests | | |
| Weekly manager meetings (Fridays) | | |
| **Weekly Restaurant Reports** | | |
| Retrieving sales information | | |
| Retrieving labor information | | |
| Retrieving expense information | | |
| Building the full report | | |
| **Prep Sheets** | | |
| Logging on hands properly | | |
| Logging amounts needed | | |
| Par adjustments "how to" | | |
| Prep amounts weekdays/weekends | | |
| Recipe adherence | | |
| **Orders** | | |
| Pepsi | | |
| Clover Hill Coffe | | |
| Smallwares (Johnsons) | | |
| Janitorials | | |
| GFS | | |
| Carbon | | |
| Produce | | |

**Job Skills Development Certification Date**_____

**Training Manager Signature**_____

**Training Coordinator Signature**_____

**Trainee Manager Signature**_____

Week 1 FOH Manager Training 7:00 start time, shifts end anywhere from 4:30 to 5:30 or later when necessary.
During Week 1 of FOH Manager Training you should be by your trainers side throughout each daily shift, you should not be working independently during this week

**Basic Daily Opening Duties (check off boxes as completed)**

| | |
|---|---|
| ☐ | Unlock doors |
| ☐ | Disarm alarm |
| ☐ | Turn on all lights and fans |
| ☐ | Any deliveries that are outside are immediately brought in and put away where the items belong |
| ☐ | Newspapers are put out on the bar properly Sports page replaced daily in men's room |
| ☐ | Make sure POS is up and running properly |
| ☐ | Make sure all opening employees are in and on time and doing their opening responsibilities and are in proper uniform |
| ☐ | Turn on music |
| ☐ | Turn on all line equipment and dish machine when necessary |
| ☐ | Check prep lists and be sure all BOH staff is getting started on their individual prep sheets in order of priority and make sure extra cleaning are broken up and included on each employees prep sheets |
| ☐ | Check all restrooms, stalls and sinks |

| | |
|---|---|
| ☐ | Clean |
| ☐ | Smells good |
| ☐ | Floors are clean and free of debris |
| ☐ | Mats are clean and debris free |
| ☐ | Garbage is emptied from previous shift and has proper size bag tucked in |
| ☐ | Mirror is centered, clean and streak free |
| ☐ | Fixtures and Wall Decorations are dust free |
| ☐ | Lights are all working |
| ☐ | Toilets are clean (flusher, tank, chrome, base, seat and inside of bowl) |
| ☐ | Stall doors and walls are clean |
| ☐ | Dispensers are all filled and working (hand towel, deoderizer, toilet paper, soap) |
| ☐ | Mens urinal is functioning properly |
| ☐ | Current days sports page is hung up and old one removed in men's room |

| | |
|---|---|
| ☐ | Make sure all mats are unrolled and in the right spots |
| ☐ | Print out the crib sheet if not done already & check it over so you are familiar with who's on duty and what time they are each due in |
| ☐ | Print out rotation sheet and wait lists if necessary |
| ☐ | Have trainer enter you into Aloha |
| ☐ | Check emails and NCR |
| ☐ | Discuss pre shift meeting notes, the days to do list and contest for the day, cleaning projects to be handed out- get info on the communication board |
| ☐ | Do line check (make sure all stations have sanitation buckets & gloves on), including the soups, dressing, yogurts, fruits, etc on server side expo |
| ☐ | Check freezer, walk in and all storage areas to ensure they are all organized and clean |
| ☐ | Check with BOH staff to find out if they are low on any items that may be needed for the shift- arrange for getting product in house asap |
| ☐ | Help with any morning prep items that are needed asap |
| ☐ | Help with checking in any deliveries and help putting them away immediately |

**Week 1 will also consist of Skill Development (Aloha, R365, Payroll, Ordering, Cost controls, Weekly Reports, P&L)**

☐ Policy adherence/enforcement
☐ Guest interaction
☐ Guest recovery
☐ Shift support
☐ TEAMS
☐ Employee coaching and development
☐ BOH awareness and suppport
☐ Overall leadership skills
  ☐ Problem solving & Decision making (technical/analytical skills)
  ☐ Time management/Prioritizing (technical/analytical skills)
  ☐ Project management (technical/analytical skills)
  ☐ Monitoring -observing and then being proactive (technical/analytical skills)
  ☐ Training & Development (technical/analytical skills)
  ☐ Communication (relationship skills)
  ☐ Teamwork (relationship skills)
  ☐ Motivation (relationship skills)
  ☐ Diversity (relationship skills)
  ☐ Conflict resolution (relationship skills)
  ☐ Coaching (relationship skills)

Manager Shadow Training Certification Date_____

Training Manager Signature_____

Training Coordinator Signature_____

Trainee Manager Signature_____

Week 2 FOH Manager Training 7:00 start time, shifts end anywhere from 4:30 to 5:30 or later when necessary.
[    ; Week 2 of FOH Manager Training your training manager should be by your side throughout each daily shift, you be working more independently during this week while the training manager shadows you throught each shift giving you direction, feedback and guidance as they feel necessary

**Basic Daily Opening Duties (check off boxes as completed)**

| | |
|---|---|
| ☐ | Unlock doors |
| ☐ | Disarm alarm |
| ☐ | Turn on all lights and fans |
| ☐ | Any deliveries that are outside are immediately brought in and put away where the items belong |
| ☐ | Newspapers are put out on the bar properly |
| ☐ | Make sure POS is up and running properly |
| ☐ | Make sure all opening employees are in and on time and doing their opening responsibilities and are in proper uniform |
| ☐ | Turn on Music |
| ☐ | Turn on all line equipment and dish machine when necessary |
| ☐ | Check prep lists and be sure all BOH staff is getting started on their individual prep sheets in order of priority and make sure extra cleaning are broken up and included on each employees prep sheets |
| ☐ | Check all restrooms, stalls and sinks |
| | ☐ Clean |
| | ☐ Smells good |
| | ☐ Floors are clean and free of debris |
| | ☐ Mats are clean and debris free |
| | ☐ Garbage is emptied from previous shift and has proper size bag tucked in |
| | ☐ Mirror is centered, clean and streak free |
| | ☐ Fixtures and Wall Decorations are dust free |
| | ☐ Lights are all working |
| | ☐ Toilets are clean (flusher, tank, chrome, base, seat and inside of bowl) |
| | ☐ Stall doors and walls are clean |
| | ☐ Dispensers are all filled and working (hand towel, deoderizer, toilet paper, soap) |
| | ☐ Mens urinal is functioning properly |
| | ☐ Current days sports page is hung up and old one removed |
| ☐ | Make sure all mats are unrolled and in the right spots |
| ☐ | Print out the crib sheet if not done already & check it over so you are familiar with who's on duty and what time they are each due in |
| ☐ | Print out rotation sheet and wait lists if necessary |
| ☐ | Have trainer enter you into Aloha and Schedulefly |
| ☐ | Check emails and NCR |
| ☐ | Discuss pre shift meeting notes, the days to do list and contest for the day, cleaning projects to be handed out- get info on the communication board |
| ☐ | Do line check (make sure all stations have sanitation buckets & gloves on), including the soups, dressing, yogurts, fruits, etc on server side expo |
| ☐ | Check freezer, walk in and all storage areas to ensure they are all organized and clean |
| ☐ | Check with BOH staff to find out if they are low on any items that may be needed for the shift- arrange for getting product in house asap |
| ☐ | Help with any morning prep items that are needed asap |
| ☐ | Help with checking in any deliveries and help putting them away immediately |

**Week 2 will also consist of Skill Development (Aloha, R365, Payroll, Ordering, Cost controls, Weekly Reports, P&L)**

**T.** ght each shift during the second week you are to be shadowed by the training manager to observe basic shift management- inclusive of but **not exclusive to**

| | Policy adherence/enforcement |
| | Guest interaction |
| | Guest recovery |
| | Shift support |
| | Schedulefly usage |
| | Employee coaching and development |
| | BOH awareness and suppport |
| | Overall leadership skills |

|  |  | Problem solving & Decision making (technical/analytical skills) |
|  |  | Time management/Prioritizing (technical/analytical skills) |
|  |  | Project management (technical/analytical skills) |
|  |  | Monitoring -observing and then being proactive (technical/analytical skills) |
|  |  | Training & Development (technical/analytical skills) |
|  |  | Communication (relationship skills) |
|  |  | Teamwork (relationship skills) |
|  |  | Motivation (relationship skills) |
|  |  | Diversity (relationship skills) |
|  |  | Conflict resolution (relationship skills) |
|  |  | Coaching (relationship skills) |

Manager Shadow Training Certification Date_____

Training Manager Signature_____

Training Coordinator Signature_____

Trainee Manager Signature_____

TP_DEF001511

## Overview of Job Duties

**Kitchen Manager**– Our kitchen managers are a part of the line cooks and will spend the greater majority of their shifts ·king a station on the line.  Typically during the weekdays you may be the support person for the line cooks doing p, organizing storage areas, consolidating food storage containers, updating pars, placing orders.  On the weekends you will spend most of your time working the line on a specific station, generally in the Expo position.  Additional responsibilities are:

- Labor, food, janitorials and small wares cost controls
- Adequate staffing/scheduling
- Effective time management & prioritization skills
- Compliance & adherence with recipes, plate presentations, food quality, modified food orders & company wide consistency
- Effective, respectful  & professional communication with all employees, managers & guests
- Leadership, employee morale, problem solving & conflict resolution
- Hiring, proper training, performance, certifications
- Employee accountability & performance review (verbal warnings, coaching forms, write ups, annual reviews)
- Organization, cleanliness, safety and sanitation throughout all BOH areas inclusive of out outside back entrance and garbage bin area
- Shift support (on the line, in prep, on dish)
- Adequate supplies (food, janitorials & small wares)
- Compliance and adherence to company policies
- Training employees on proper use and cleaning of all equipment, ensuring proper working conditions and following preventative maintenance

**Line Cook Responsibilities**: Our line cooks are hired with the expectation that they will train and learn all 3 cooking stations.  Line cooks are also expected to do prep throughout the shifts during down time.  Our busiest shifts are on the weekends and holidays so cooks need to have availability to work those busy shifts.  Cooks are expected to clean their station and also help with the clean up in the remaining kitchen areas including helping the dishwasher throughout and at the end of each shift. All BOH employees are to clock out together at the same time at the end of the shift, unless they have left or been sent home earlier in the shift.

- Proper station set up & end of shift break down according to training manual & restaurant guidelines
- Order execution
- Food prep
- Adherence of recipes, presentation,  portions, technique, safety, sanitation, station/area cleanliness & organization
- Proper use, handling, maintenance and cleaning of all tools & equipment while practicing safety, sanitation and organizational skills
- Overall cleanliness and organization of the kitchen (stations and storage areas)
- Support to all coworkers & all stations as needed or requested by management
- All line cooks are to be trained on all 3 stations
- Respectful & professional communication skills
- Ability to take direction
- Ability to work in a team environment
- Ability to work calmly and effectively, maintaining composure under pressure
- Commitment to quality service and product

**When making prep lists it is most effective to do them as such:**

- On Sunday do a prep list for Monday, Tuesday and Wednesday- listed in order of priority
- On Wednesday do a prep list for both Thursday & Friday, in order of priority (should be enough prep to get you through till Monday mid-morning, this is so that if ever your Monday truck is late you have enough to get you through breakfast business)

*This format is beneficial because it frees you up and establishes a prep routine that you will recycle every week.

**Prep Routine:**

- Mondays-Weds should be Oven, Dressings, Sauces, Dry Mix Prep days (product with longer shelf life)
  - o Any raw produce needed to be prepped Mon-Weds should only be prepped enough for 2 days because it has a shorter shelf life
- Thursdays should be Slicer, Salads & Mixes Prep Days
- Friday's should ALWAYS be Produce Prep Days

Prep lists for Monday-Wednesday:

*Order in on Mondays delivery most or all that will be needed to last till the following Monday morning
*Monday prep should start with baking all oven product
*All product listed below has a 7 day (or longer) shelf life after being prepped

- Sliced Bacon
  - o Include ½ cs -1cs for lollipops-store dependent
- Chorizo
  - o Include 1 case for chorizo gravy (for gravy too if need to make gravy)
- Flour for dry mixes for the week
  Chicken chunk
- Potatoes- get in most or all needed to last till the following Monday morning
- Mascarpone
- Include for any seasonal mascarpone
- Turkey breasts-*only cut 1 breast as needed during the slower part of the weekday, later in the week on Thursday or Friday you can cut all that you will need to get through the weekend
- Mayo -for dressing, aioli, salads, coleslaw
  - o 1x Cran chix salad =1/2 gallon mayo & 1 bag chicken chunk, 2x=1 gallon mayo & 2 bags chicken chunk
  - o 1x Tuna salad = ½ gallon mayo & 2 cans tuna, 2x = 1 gallon mayo & 4 cans tuna
  - o 1x Honey mustard = 1 gallon
  - o 1 x Ranch = ½ gallon
  - o 2x Chipotle mayo = 1gallon
  - o 1x Coleslaw = ½ gallon
- Balsamic for vinaigrette
  - o 1x recipe= 1 bottle balsamic vinegar & 1 bottle canola oil
- Mustard for dressings if needed
  - o BV= ½ cup mustard
  - o Honey mustard 1x recipe = 1/2 gallon mustard
- Chipotle for paste and mayo
- Frozen sliced strawberries for reduction- thaw all and puree when thawed
- Spanish Onions for caramelized onions
- Brown Sugar for Crumble & Cran chix salad
- Shrimp for portioned shrimp (freeze all, pull out portions as needed, on a daily basis)
- Seasonings for making Special Seasoning

Prep lists for Thursday:

- (Milk) French toast mix
  - 1x recipe=1 gallon (high volume needs 3-4x recipes for Thurs-Sun)
- (Milk) Pancake mix
  - 1x wet pancake mix = 1 quart (high volume needs 7-9x recipes Thurs-Sun)
- (Liquid eggs) French toast mix, and waffle mix
  - 1x French Toast mix= 4 quarts (approx 1/3 bag)  (high volume store needs 3-4x recipes Thurs-Sun)
- (Liquid eggs) Wet Pancake Mix
  - 1x wet pancake mix = 6 cups (high volumes store needs 7-9x recipes Thurs-Sun)
- (Liquid eggs) Waffle Mix
  - 1x waffle mix = 3 cups (high volume store needs 4-5x waffle recipes Thurs-Sun)
- 2-3x Cran Chicken Salad recipe
  - 2x recipe =1 gallon mayo & 2 bags chicken chunk.  3x recipe = 1 ½ gallon mayo & 3 bags chicken chunk
- Coleslaw
  - 1x recipe= ½ gallon mayo, 5lb bag shredded white cabbage, 4 quarts shredded apple
- Slice and portion ham, turkey & pastrami

Prep lists for Friday:
- Quinoa
- Power Pancake Mix
- ALL produce prep, except Fruit Bruschetta, *only slice tomatoes and strawberries needed per shift*
- Huevos Rancheros mix- in pint containers, completely filled, *exclude chorizo* (quantity is store dependent)
- Short cuts made at end of shift for following day- Pesto Infusion mix, Western Mix, Nachos Mix, Big Easy Saute
- Salsa

Prep list for Saturday & Sunday
  - Whipped eggs
  - Complete pancake mix
  - Fruit Bruschetta (Saturday)
  - Sliced strawberries for the shift
  - Sautéed mushrooms and spinach, made each morning per shift (popeye's)
  - El Fresco mix for the shift, made each morning per shift

A "How To" Guide for Placing Orders

**Step 1: Organize all storage areas (Most important step!)**
- Have a "home" for every product and label all areas of their homes
- Enforce that all staff members keep all items stored in their homes DAILY!
- Remove everything from the boxes or containers that they were delivered in & put them into clear food storage containers or on sheet pans (including produce)
- Keep all "like" products together in the areas they are stored in (ie: dairy section, meat section, produce section), neatly in a row or in a column
- Make sure product is in dated order (FIFO), oldest to be used first
- Consolidate product and prep daily
- Do not keep any 1 item stored in more than 2 places (ie: yogurt stored in walk in and barista frige)

**Step 2: Do your Prep List for the next day BEFORE you start logging on hands for the order!**
- By doing your prep list done logging your on hands will be faster and more accurate bc you will know how much prepped product you have in house, product on stations and how much you will need to be making.

**Step 3: Log on hands exactly as you do when taking inventory  (VERY IMPORTANT!!!)**
- Log everything including prepped and unprepped product
  - If you have 2 cans of tuna plus 3- 1/6 pans of prepared tuna salad log all of that because that plays a factor in whether you do or do not need to order in more tuna in
  - The only way for you to now exactly how much product you go through from one order to the next is by logging very specifically what you have (or had) available
  - To be most accurate you must remember to include/note:
    - Waste (ie: a case of potatoes got burnt during prep and was not used)
    - Store purchased product
    - Product borrowed from another location
    - Holidays/School Closings (will increase your par needs)
- Do not forget to include product stored in FOH and Cafe areas such as yogurt, milks, juices, sour cream, ice cream

**Step 4: Use Recipes for reference**
- No one can memorize every recipe, which is why we have recipes.  Since you've already done the prep list for the next day you need to make sure you order in just enough product to make all the recipes you will be making till the next delivery day.  *See Recipe Reference Cheat Sheet*
  - If you know how many cups of mayo you will need in total for prep to get you through till your next delivery than you can figure out if you have enough mayo in house to prep what you need or if you need to order in more

**Step 5: Check the weather for the next few days**
- Weather will impact your sales, most especially in winter and in summer seasons
  - Bad weather will make you slow
  - Good weather will make your sales go up EXCEPT if its summer.  Unless you are LB, your store will not be crazy busy, especially on a Saturday, if it is gorgeous outside!

**Step 6:  Determining Daily Usage Amounts (the other most important step!!!)**

- You need to know or learn how much of each product is needed per shift in your store. Go to *Reference Section for General Usage Quantities*

p 7: Analyzing your ordering needs

- Know your stores specific weekly P-Mix (report found in Aloha Manager) so you have factual amounts of usage
- Keep at least the 4 previous orders with your logged on hands and purchase quantities available for reference
  - Step 1: Review the order placed 2 weeks prior checking:
    - **On hand amounts**
    - **Ordered amounts**
    - Add both the **On Hand + Ordered amounts** to find the **Total Amount of Product** you ran with
  - Step 2: Review the orders placed following that first one and start tracking On Hand Amount + Ordered in Amount and the following On Hand Amount (which would be the left over amount, aka excess amount)
    - 2/1/18 Potatoes On Hand Amount was 2 cs, Order In Amount was 10 cases. Following order on 2/4/18 On Hand Potato amount 2 cs shows you that your actual usage/need was 8cs. Back track previous orders to identify a common amount of excess on hand amounts for potatoes to determine a final "Par" amount and go update your order guide with the newly adjusted par, save over the old document so that you do not have 2 different pars for the same order guide

This guide is applicable for placing all orders and with making prep lists bc the same analytical process applies when doing the prep list.

The only way to establish true ordering needs (pars) and prep needs (pars) is by accounting for all product on hand .usive of prepped items.

Working in the kitchen on Fridays helps you learn important data such as what recipes yield and how much or how many containers of product you go through on the shift.

The only way to be able to achieve good cost controls is by determining your stores true usage amounts and then adjusting prep amounts based off the actual needs.

How over ordering really hurts your profitability:
1. When you order in more than your store needs you prep more than you need
2. Once product has been prepped it is now compromised and will expire within the next 7 days, shortening it's shelf life
3. Excess prep will spoil before you get use it, resulting in wasted purchasing dollars
4. Wasted product and prep means that you also wasted labor dollars, resulting in the 2 most expensive controllables being impacted hurting your stores profitability

TP_DEF001516

<u>Reference Section</u>

Recipe Reference Cheat Sheet

| Recipe | Recipe Size | Main Ingredients | Amount | Yield |
|---|---|---|---|---|
| Tuna Salad | 1x | Tuna<br>Mayo | 2 cans<br>2 quarts | 4 1/6 pans |
| Cran Chix Salad | 1x | Chicken<br>Mayo<br>Cranberries<br>Pecans | 1 bag<br>2 quarts<br>1 quart<br>1 quart | 3.5 1/6 pans |
| Mascarpone | 1x | Mascarpone | 1 tub | 1.5 1/6 pan |
| Salsa | 1x | Can tomato<br>Cilantro | 5 cans<br>1 bag | 22 quarts |
| Portobellos | | Portobellos | 1 case raw | 1/6 pan |
| Balsamic Viniagrette | 1x | Balsamic Vinegar<br>Canola Oil | 1 bottle<br>1 bottle | 18 qts |
| Honey Mustard | 1x | Mayo<br>Cilantro<br>Mustard | 1 gallon<br>1/2 bag<br>2 quarts | 7 quarts |
| Ranch | 1x | Mayo<br>1/2 & 1/2<br>Sour Cream | 2 quarts<br>1 quart<br>2 quarts | 6 quarts |
| Dry Pancake Mix | 1x | Flour | 5 quarts | |
| Wet Pancake Mix | 1x | Liquid Egg<br>Milk<br>1/2 & 1/2 | 6 cups<br>4 cups<br>6 cups | |
| Whipped Butter | 1x | Butter<br>Margarine | 5 pounds<br>5 pounds | 4 1/6 pans |
| Quinoa | 1x | Quinoa | 2 quarts | 4 pans (8qts) |
| French Toast | 1x | Liquid Eggs<br>Milk | 4 quarts<br>1 gallon | 8 Quarts |
| Sliced Swiss | 1 pan | Swiss | | 1 1/2 packets |
| Sliced Mozzarella | 1 loaf | Mozzarella | | 1.5 1/6 pans |
| Strawberries Sliced | 1 cs | strawberries | | 3 pans (6qts) |
| Mango | 1 cs | mango | | 2 pans (4qts) |
| Blueberries | 1 cs | blueberries | | 2 pans (4qts) |
| Pineapples | 1 cs | pineapples | | 8 quarts |
| Honeydew | 1 cs | honeydew | | 12 quarts |
| Grapes | 1 cs | grapes | | 6 pans (12qts) |
| Tomatoes diced | 1 cs | tomatoes | | 6 pans (12qts) |
| Tomatoes sliced | 1 cs | tomatoes | | 6 pans (12qts) |
| Pork Sausage | 1 cs | pork sausage | | 4 quarts |
| Chicken Sausage | 1 cs | chicken sausage | | 6 quarts |
| Chorizo Sausage | 1 cs | chorizo sausage | | 4 pans diced |

TP_DEF001517

| Sliced Bacon | 1 cs | sliced bacon | | 1/2 hotel pan |
| Chopped bacon | 1 bag | chopped bacon | | 1/3 pan |
| Portioned Turkey (4 1/2 oz) | 1 piece | sliced turkey | | approx 30 portions |
| Portioned Ham (2 1/2 oz) | 1 piece | sliced ham | | approx 60 portions |

Pack size breakdown

| Flour | 1 bag | 48 quarts |
|---|---|---|
| White Sugar | 1 bag | 48 quarts |
| Brown Sugar | 1 bag | 13 quarts |
| Walnuts | 1 cs | 8 qts |
| Coconut | 1 cs | 6 pans (12 qts) |
| Dried Cranberries | 1 cs | 12 qts |
| Granola | 1cs (4 bags) | 16 qts (4 qts/bag) |
| Mixed greens | 1 bag | 3 pans (12 qts) |
| Baby Spinach | 1 bag | 3 pans (12 qts) |
| Button Mushrooms | 1 box | 3 pans (12 qts) |
| Frozen Soups | 1 bag | 1/2 of a 1/3 pan |
| Hollandaise | 1 tub | 1/3 pan |
| Egg whites | 1 cs | 14 qts |
| Liquid Eggs | 1 cs | 24 qts Prepped |
| Potatoes | 1 cs | 22 qts |
| Sliced English Muffins | 1 cs | 22 qts |
| Ciabatta Bread | 1 cs | 44 qts |

## How to forecast your sales & Budget your spending dollars (This can be done monthly or weekly)

d last years NET  Food & Bev sales during the same week in Ctuit (Tuesday to Monday dates).  Be sure to note the bev sales and food sales separately, not as combined total sales

2. Take an average of the last 3 months of sales % increases and multiply both food and bev sales by that % amount

3. Check the weather from last year and the anticipated weather for the upcoming week (good weather=good sales, bad weather=bad sales)

4. Now that you have last years sales and the % increase dollar amount add them together to find out what your anticapted food sales and bev sales will be.  Now adjust that number, sensibly, based on the weahter info

## Example

Last years Food Sales: $20,013

Last years Bev Sales: $5,323

Avg Sales increase over last year: 6%

Last years weather: 1 snow day on a Tuesday, sales were down $500, otherwise normal

This years expected weather: unusually warm

Budgeted Food Purchase Dollars: $20,013x6%=$1200 increase= $21,213 anticipated sales

Budgeted Bev Purchase Dollars: $5,232x6%=$319 increase= $5,642 anticipated sales

Food Purchase Budget: $5727  27% food cost goal

Purchase Budget: $1241  22% bev cost goal

## Your turn to practice!

Last years Food Sales:

Last years Bev Sales:

Avg Sales increase over last year:

Last years weather:

This years expected weather:

Budgeted Food Purchase Dollars:

Budgeted Bev Purchase Dollars:

Food Purchase Budget:

Bev Purchase Budget:

TP_DEF001519

How to Track     Set Actual Pars

**Include prepped product (such as chicken salads and vanilla yogurt)**

| Fridge | pack size | Par | storage | line | total | order | Par | storage | line | total | order | Par | storage | line | total | order | Sun Usage | Weds Usage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sunday (Mon-Weds Shifts) 1/3 | | | | | Wednesday (Thurs-Sun Shifts) 1/6 | | | | | Sunday (Mon-Weds Shifts) 1/10 | | | | | |
| Liquid eggs | 15/? Lb | 36 qts | | | | | 7 cs | | 1 pan | 1 pan | 7 cs | 36 qts | 16s+22qts | 2 pans | 3 cs | | 1.75 cs | 4 cs |
| Egg Shell | 30dz/cs | 18 flts | | | | 1 cs | 2 cs | 1/2 cs | 6 flts | 3/4 cs | 2 cs | 18 flts | 1/2 cs | 8 flts | 1 cs | | 7.5 cs | |
| Egg Whites | 15/2 Lb | 18 qts | | | | | 3 cs | | 1/2 pan | 1/2 pan | | 18 qts | 1 cs | 2 pans | 2 cs | | 1 cs | |
| Potato | 6/6 lb | 66 qts | | | 4 cs | | 10 cs | 1 cs | | 1 cs | 10 cs | 66 qts | 1 cs | 44 cs | 3 cs | | 3 cs | |
| Margarine | 30/1 Lb | 15 Lb | | | | | 1.5 cs | 3 | 6 | 9 lbs | 2 cs | 15 Lb | 13 | 12 | 25 | | 12 lts | |
| Butter | 36/1 Lb | 10 Lb | | | | | 1 cs | 1 cs | | 1 cs | | 10 Lb | 10 | 4 | 14 | | 5 lts | |
| Tuna | 6/66.5oz | 2 pans | | | | | 5 pans | | 2 cs | 2 cans | 1 cs | 2 pans | 1 cs | | | | | |
| Heavy Cream | 12/1qt | 4 qts | | | | | 12 qts | 2qts+3qts rum | | | 1 cs | 4 qts | | | | | | |
| Yogurt, Strawberry | 12/6oz | 8 ea | | | | | 15 ea | 1 cs | 5+2 | 19 | | 8 ea | | 5+3 | 11 | | | |
| Yogurt, Greek | 6/32oz | 1 pan | | | | | 2 pans | 1 cs | 1/4 pan | 3 ea | 1 cs | 1 pan | | | 5 cs | | | |
| Mascarpone | 6/16oz | 2 pans | | | | | 3 pans | | 5 + 5 | 5 ea | 2 cs | 2 pans | | | 11 ea | | 4 ea | |
| Sausage, Pork | 6 Lb | 4 qts | | | | | 12 qts | | 6 qts | 6 qts | | 4 qts | | | | | | |
| Sausage, Turkey | 10 Lb | 2 qts | | | | | 6 qts | | 4 qts | 4 qts | 1 cs | 2 qts | | 1 qt | 1 qt | | 2 qts | |
| Chopped Bacon | 2/5 Lb | 1.5 pan | | | | | 4 pans | 1 cs | 1/4 pan | 1 cs | 1 cs | 1.5 pan | | .5 pan | 1 bg + | | | |
| Bacon, sliced | 15 Lb | 1.5 pan | | | | | 3 pans | | 1/2 pan | 1.5 cs | 2 cs | 1.5 pan | | .5 pan | .5 pan | | | |
| Turkey, Breast | 2/10 Lb | 1.5 pc | | | | | 5 pcs | 2 pcs | 1 pan | 2.5 pcs | 1 cs | 1.5 pc | | .5 pan | 1 cs + | | | |
| Sausage, Chorizo | 10 Lb | 1 pan | | | | | 4 pans | | 1 pan | 1 pan | 1 cs | 1 pan | | .5 pan | .5 pan | | | |
| Chicken Breast | 2/5 Lb | 11 bgs | | | | | 15 bgs | 1 bag | 3 pans | 4 bags | 7 cs | 11 bgs | borrowed 1 | 1.5 pans | 1 bag | | | |
| Ham, Boneless | 2/14 Lb | 30 prtn | | | | 1 | 2 cs | 1 pc | 1 pan | 1/2 cs + | | 30 prtn | | 2 pans | 1 cs | | 1 cs | |
| Onion, Red | 25 Lb | 1/4 bg | | | | | 2 bgs | | 2 pans | 1 bg | 1 bg | 1/4 bg | | 2 pans | 2 pans | | | |
| Honeydew | 6 ea | 8 qts | | | | | 5 cs | | 1 pan | 1 pan | 5 cs | 8 qts | 1 cs | 8qt+1pan | 2 cs | | | |
| Strawberry | 8/1 Lb | 6 pans | | | | | 6 flts | | 3 pans | 1 pan | 6 flts | 6 pans | 1.5 flt | 4 pans | 2 flts | | | |
| Blueberry | 12/pints | 1 pan | | | | | 3 flts | | 1.5 pans | 1.5 pans | 2 flts | 1 pan | ran out @ 1:00 | | | 1 cs | | |
| Portabella | 5 lb | 2 pans | | | | | 6 cs | | 1 pan | 3 cs | 1 cs | 2 pans | | 1 + 1 pan | 2 pans | | | |
| Button Mushroom | 10 lb | 1 pan | | | | | 2 cs | | 1.5 pans | 1.5 pans | 2 cs | 1 pan | 1 pan bad | 1 pan | 1 pan | 1 cs | | |
| Ground Turkey | 2/10 Lb | 24 qts | | | | | 38 qts | | 44 qts | 44 qts | | 24 qts | 12 qts | | 12 qts | | | |
| Lobster | 6/2 Lb | 15 prtn | | | | 1 cs | 36 prtn | 5 bags | 1/2 prtn | 3/4 cs + | | 15 prtn | 3 bgs | 7 prtn | 3 bgs + | | | |
| Pita | 12/10ea | 3 pks | | | 4 pks | | 6 pks | 1 pk | 1 pk | 2 pk | | 3 pks | 6 bgs | 1 | 7 bgs | | | |
| Italian Panini | 6 pks | 5 pks | | | 4 pks | 1 | 10 pks | 2 pks | | 2 pk | | 5 pks | 2 | 2 | 4 pks | 1 | | |
| English Muffin | 96/2oz | 2 cs | | | | | 6 cs | 12 qt | 2 qt | 14 qts | 6 | 2 cs | 2 cs | | 2 cs | | | |
| Bread, Cuban | 22/16 oz | 1/4 cs | | | | | 3/4 cs | | | | 1 | 1/4 cs | 1/2 cs | 6 qts | 1/2 cs + | | | |
| Sugar, Brown | 25 Lb | 8 qts | | | | | 12 qts | | 3 qts rum | | 1 bg | 8 qts | 8 qts | 8qts run | 10 qts + | | | |
| Cranberry, Dried | 25 Lb | 2 qts | | | | | 6 qts | 17 qts | 2 qts | 19 qts | | 2 qts | 13 qts | 1 qt | 14 qts | | | |
| Pecan, Piece | 30 Lb | 2 qts | | | | | 6 qts | 3 qts | 8 qts | 11 qts | | 2 qts | 5 qts | 1 qt | 6 qts | | | |
| Tomato, canned | 6/#10 can | 5 cans | | | | | 20 cns | | 1 pan | 1 pan | 3 cs | 5 cans | | 13 qts | 18 qts | | | |
| Granola | 4/50oz | 4 qts | | | | 1 | 8 qts | | 3 qts | 3/4 cs + | | 4 qts | 2 bgs | 2 qts | 3.5 bgs | | | |
| Cheese | 10 lb | 3 pans | | | | | 8 pans | | 2 pans | 2 pans | 1 | 3 pans | 1 cs | | 1 cs | | | |

| Item | Size | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wheat wraps | 12ea | 6 bgs | | | | | 3 cs | | | 3 pks | 3 cs | 6 bgs | | | | | | |
| Caramel | 2/20oz | 6 btls | | | | | 10 btls | | 1/2 btl | 1/2 btl | 1 | 6 btls | | | 8 btls | | | |
| Hershey Syrup | 24/24oz | 8 btls | | | | | 15 btls | 15 | 1 | 16 btls | | 8 btls | | | | | | |
| Powergrain Pancake | 6/5 Lb | 8 qts | | | | | 4 bgs | | 1 qt | 5 qts | | 8 qts | | | | | | |
| Corn Bread Mix | 6/5 Lb | 12 pcs | | | | | 60 pcs | | 1 pc | 1 bx | 1 | 12 pcs | | | | | | |
| Napkin | 30/100ea | 20 pks | | | | | 2 cs | | 1+2 | 11 pks | 1 | 20 pks | | | 8 packs | | | |
| Table Turners | 12/90ea | 6 pks | | | | | 10 pks | | 1.5 | 1.5pks | 1 | 6 pks | | | 6 pks | | | |
| ToGo 9x9 container | 200ea | 1 slv | | | | | 1 cs | | 1/2 cs | 1 | 1 slv | | | 1 cs | | | | |
| Wheat Bread | each | 12 | | | | | 50 | | 1 | 1 | 50 | 12 | 13 | | 15 | | | |
| Focaccia Rolls | each | 2 dz | | | | | 4 dz | | 3 pc | 3 pc | 4 dz | 2 dz | | | | | | |
| Egg bread | each | 7 | | | 3 | 4 | 15 | 2 | / | 2 | 13 | 7 | | 0.5 | 0.5 | | | |

TP_DEF001521

Practice Track Usage to Set Actual Pars

**Include prepped product (such as chicken salads and vanilla yogurt)**

| Fridge | pack size | Sunday (Mon-Weds Shifts) 1/3 | | | | | Wednesday (Thurs-Sun Shifts) 1/6 | | | | | Sunday (Mon-Weds Shifts) 1/10 | | | | | Sun Usage | Weds Usage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Par | storage | line | total | order | Par | storage | line | total | order | Par | storage | line | total | order | | |
| Liquid eggs | 15/2 Lb | 36 qts | | | 2cs | | 7 cs | | 1 pan | 1 pan | 7 cs | 36 qts | 1cs+22qts | 2 pans | 3 cs | | | |
| Egg Shell | 30dz/cs | 18 flts | | | 3 flat | 1 cs | 2 cs | 1/2 cs | 6 flts | 3/4 cs | 2 cs | 18 flts | 1/2 cs | 8 flts | 1 cs | | | |
| Egg Whites | 15/2 Lb | 18 qts | | 3 pans | 3 pans | | 3 cs | | 1/2pan | 1/2pan | 3 cs | 18 qts | 1 cs | 2 pans | 2 cs | | | |
| Potato | 6/6 Lb | 66 qts | | 1 cs | 4 cs | | 10 cs | 1 cs | 1 | 1 cs | 10 cs | 66 qts | 1 cs | 44 qts | 3 cs | | | |
| Margarine | 30/1 Lb | 15 Lb | | 13 | | | 1.5cs | 3 | 6 | 9 lbs | 2 cs | 15 Lb | 13 | 12 | 25 | | | |
| Butter | 36/1 Lb | 10 Lb | | | 3 cs | 1 cs | 1 cs | 1 cs | 1 | 1 cs | | 10 Lb | 10 | 4 | 14 | | | |
| Tuna | 6/66.5oz | 2 pans | | | 4cas+ | | 5pans | 2 ca | 1/2 pan | 2 cans | 1 cs | 2 pans | 1 cs | 1 pan | 1 cs+ | | | |
| Yogurt, Strawberry | 12/5oz | 8 ea | | | 25 | | 15 ea | 1 cs | 5+2 | 19 | | 8 ea | | 3+? | 11 | | | |
| Yogurt, Greek | 6/32oz | 1 pan | | | | | 2 pans | 3 ea | 1/4pan | 3 ea | 1 cs | 1 pan | 2 ea | 1.5pans | .5 ea | | | |
| Mascarpone | 6/16oz | 2 pans | | | 6 ea | | 3 pans | 3 ea | .5Y+.5P | 5 ea | 2 cs | 2 pans | 3ea | 1Y+1P | 11 ea | | | |
| Sausage, Pork | 6 Lb | 4 qts | | | 2 cs | 1 | 12 qts | | 6 qts | 6 qts | 1 cs | 4 qts | 1 | 3 qts | 3 qts | 1 | | |
| Chopped Bacon | 2/5 Lb | 1.5pan | | | | | 4 pans | 1 cs | 1/4 pan | 1 cs | 1 cs | 1.5pan | 1 bg | .5 pan | 1 bg+ | 1 | | |
| Bacon, sliced | 1½ lb | 1.5pan | | | 1 cs | 1 cs | 3 pans | 1 pan | 1/2 pan | 1.5 cs | 2 cs | 1.5pan | | .5 pan | .5 pan | 1 | | |
| Chicken, Breast | 2/10 lb | 1.5pc | | | | 1 | 5 pcs | 2 pc | 1 pan | 2.5 pcs | 1 cs | 1.5pc | 1 cs | .5 pan | 1 cs+ | | | |
| Sausage, Chorizo | 10 Lb | 4 qts | | | | | 4 pans | | 1 pan | 1 pan | 1 cs | 1 pan | | .5 pan | .5 pan | 1 | | |
| Chicken Breast | 2/5 lb | 11bgs | | | | 1 | 15 bgs | 1 bg | 3 pans | 4 bgs | 7 cs | 11bgs | 1 screwed? | 1.5 bags | 1 bag | 8 cs | | |
| Ground Turkey | 2/10 Lb | 24qts | | | | | 38 qts | | 44 qts | 44 qts | | 24qts | 12 qts | 1 | 12 qts | 1 | | |
| Lobster | 6/2 Lb | 15prtn | | | | 1 cs | 36prtn | | 12 prtn | 3/4cs+ | | 15prtn | 3 bgs | 7 prtn | 3 bgs+ | | | |
| Italian Panini | 6pks | | | | | | 10 pks | 2 pks | | 2 pk | 2 | 5 pks | 2 | 2 | 4 pks | 1 | | |
| English Muffin | 96/2oz | 2 cs | | | 2 cs+ | | 6 cs | 12 qt | 2 qt | 14 qts | 6 | 2 cs | 2 cs | 1 | 2 cs | | | |
| Sugar, Brown | 25 Lb | 8 qts | | | | | 12 qts | | 3 qts new | | 1 bg | 8 qts | 8 qts | 8qts+new | 16qts+ | | | |
| Cranberry, Dried | 25 Lb | 2 qts | | | | | 6 qts | 1½ qts | 2 qts | 19 qts | | 2 qts | 13 qts | 1 qt | 14 qts | | | |
| Pecan, Piece | 30 Lb | 2 qts | | | | | 6 qts | 3 qts | 8 qts | 11 qts | | 2 qts | .5 qts | 1 qt | 6 qts | | | |
| Tomato, canned | 6/#10 can | 5 cans | | | 3 cs | | 20 cns | | 1 pan | 1 pan | 3 cs | 5 cans | | 18 qts | 18 qts | 1 | | |
| Powergrain Pancake | 6/5 Lb | 8 qts | | | 12 qts | | 4 bgs | 4 qts | 1 qt | 5qts | 1 | 8 qts | 4 bgs | 2 qts | 4 bgs+ | 1 | | |
| Corn Bread Mix | 6/5 Lb | 12 pcs | | | 1.5 bx | | 60 pcs | 1 bx | 1 bx | 1.5 bx | | 12 pcs | 5 boxes | 9 pcs | 1 cs+ | | | |
| Napkin | 30/100ea | 20 pks | | | 8 pks | 1 | 2 cs | 1½ cs | 1+2 | 11 pks | 1 | 20 pks | | 8 packs | 8 packs | 1 cs | | |
| Table Turners | 12/90ea | 6 pks | | | | | 10 pks | | 1.5 | 1.5pks | 1 | 6 pks | 3 | 1+.5+2 | 6 pks | | | |
| Wheat Bread | each | 12 | | | | | 50 | 1 | 1 | 1 | 50 | 12 | 13 | 2 | 15 | | | |
| Egg bread | each | 7 | | | | 4 | 15 | 2 | 1 | 2 | | 7 | 1 | 0.5 | 0.5 | 7 | | |

TP_DEF001522

TP_DEF001523

| *Items contain DAIRY* | *Items contain EGGS* |
|---|---|
| • Powergrain Mix<br>• Pancake Batter<br>• Waffle mix<br>• French Toast Mix<br>• Cornbread<br>• Pita<br>• Whipped Butter<br>• Peppercorn Ranch<br>• Caesar dressing<br>• Whipped cream<br>• Chorizo gravy<br>• Hollandaise<br>• Mascarpone<br>• Caramel Sauce<br>• Bourbon Caramel Sauce<br>• Pesto sauce<br>• Strawberry yogurt<br>• English muffin<br>• Ice Cream<br>• Cookies | • Powergrain Mix<br>• Pancake Batter<br>• Waffle Mix<br>• French Toast Mix<br>• Cornbread<br>• Brioche Bread<br>• Udi's Gluten Free Bread<br>• Mayo<br>• Caesar dressing<br>• Honey Mustard<br>• Peppercorn Ranch<br>• Chipotle mayo<br>• Hollandaise<br>• Tuna salad<br>• Chicken salad<br>• Cole slaw<br>• Cookies |

TP_DEF001524

| *Items contain **WHEAT*** | *Items contain **SOY*** |
|---|---|
| • Powergrain mix<br>• Pancake Batter<br>• Vegan Pancake Batter<br>• Waffle Mix<br>• Cornbread<br>• Pita<br>• Multigrain Bread<br>• Brioche Bread<br>• English Muffins<br>• Sourdough Bread<br>• Rye Bread<br>• Ciabatta Bread<br>• Bagels<br>• 12" Tortillas<br>• Chicken Tenders<br>• Cookies | • Powergrain Mix<br>• Pancake Mix<br>• Vegan Pancake Mix<br>• Waffle Mix<br>• Cornbread<br>• Pita<br>• Multigrain Bread<br>• Brioche Bread<br>• Sourdough Bread<br>• Udi's Gluten Free Bread<br>• Reese's peanut butter<br>• Butter Blend<br>• Margarine<br>• Mayo<br>• Canola Oil<br>• Chicken salad<br>• Cole slaw<br>• Tuna salad<br>• Honey mustard<br>• Peppercorn ranch<br>• Caesar Dressing<br>• Balsamic Vinaigrette<br>• Lemon Vinaigrette<br>• Chipotle mayo<br>• Chicken Tenders<br>• Cookies |

## *Gluten Sensitive Menu Items*

*We do not have Gluten Free cooking surfaces*

## *Items that can be made w/ Udi's Gluten Free Bread to become Gluten Sensitive*

Appetizers

- Bacon Lollipops
- Turkey Chili

Salads/Dressings

- Martha's Vineyard Salad
- Santa Fe Salad
- Cosmopolitan Salad
- Grilled Chicken Feta Salad
- Cilantro Honey Dijon Dressing
- Peppercorn Ranch Dressing
- Caesar Dressing
- Balsamic Vinaigrette
- Lemon Vinaigrette

Bowls of Deliciousness

- El Fresco Quinoa Bowl
- Pesto Zucchini Bowl
- Honey Sriracha Chicken Bowl
- Cilantro Lime Rice Bowl

Appetizers

- Avocado Toast
- Fruit Bruschetta

French Toast

- Grand French Toast
- OMG French Toast

Omelets

- All Omelets

Eggs-tra-ordinary Dishes

- All Skillets
- All Benedict's
- Traditional Eggs
- Huevos Rancheros (over chips instead of tortilla)
- Low Country Shrimp Hash Bowl

Good & Good For You Dishes

- No Yolks Omelet
- Pesto Infusion Skillet
- Garden Frittata

Sandwiches/Wraps/Melts

- All Sandwiches
- All Wraps
- All Melts

TP_DEF001526

# Soups for the year 2019-2020

*You will choose 1-2 soups each week to run from the choices listed for each date range and rotate through the choices each week.  It is fine if you have an extra bag that runs into the next week, just use what is on hand up and then switch to the next one.  You must rotate weekly.  Turkey Chili will be served all year round as always. GFS will have all choices for each period available on the order guides.  Dates might be off by a day or two based on order days.

8/7-9/30 (Serve 1 soup daily)
Chicken Kale & Quinoa
Fire Roasted Veg
Roasted Pepper & Gouda

10/1-11/30 (2 soups daily)
Butternut Squash Soup
Pumpkin & Bacon Soup
Coastal Clam Chowder

12/1 - 1/31 (2 soups daily)
Black Bean Vegetarian
Italian Wedding Soup
Corn Chowder
Tuscan Bean & Sausage

2/1 - 3/31 (2 soups daily)
Homestyle Tomato *(running the entire period, chose 1 other soup each week)*
Chicken Kale & Quinoa
Shrimp & Corn Chowder
Garden Vegetable

4/1 - 5/31 (1 soup daily)
Butternut Squash Soup
Tuscan Bean & Sausage
Corn Chowder

6/1- 7/31 (1 soup daily)
Italian Wedding Soup
Coastal Clam Chowder
Black Bean Vegetarian

8/1 - 9/30 (1 soup daily)
Chicken Kale & Quinoa Soup
Garden Vegetable Soup
Shrimp & Corn Chowder

# **Catering Specs**

All orders need 24 hours advanced notice.  All entrée Items, appetizers, and sides are based on 12 people.

**Appetizers:**
- Fruit Bruschetta $60
  (Comes w/ 18ea cinnamon/sugar pitas cut into eighths and 2 quarts of Fruit Bruschetta)

- Bacon Lollipops $60
  (Comes w/ 45ea bacon lollipops, 1 pint of caramel, 1 pint of brown sugar crumble, and 4 apples halved)

- Avocado Toast $60
  (Comes w/ 18 pieces of avocado toast cut into halves, ½ pint of Olive Oil)
  *Let the guest know that this item can't sit too long, or the avocado will turn brown and bread becomes soggy.  Should be picked up and served within an hour or less.

**Sides:**
- Breakfast Meats $30 (Bacon, Ham, Chicken Sausage, Pork Sausage, Pork Roll)
  (24 pieces of bacon/pork roll, or 18 pieces of chicken sausage/pork sausage in a half aluminum pan w/lid)

- Breakfast Potatoes $30
  (3 quarts of breakfast potatoes in a half aluminum pan w/lid)

**Breakfast Entrees:**
- Pancakes $80 (Plain, Power Grain, Lemon Blueberry, Berry Chocolaty, Cinnamon Bun, Bourbon Banana Walnut, Vegan)
  (36ea 2oz blue handled scoop pancakes, 1 pint each of appropriate toppings, 1 quart of syrup)

- French Toast $80 (Grand, OMG)
  (18 pieces of French toast cut in half diagonally, 1 pint each of appropriate toppings, 1 quart of syrup)

- Skillets $80 (*Basic Skillets can add 2 ingredients, Wilbur, Popeye, Pesto Infusion)
  (2 quarts of potatoes in an aluminum half pan topped with appropriate fixings and 40 oz (1 qt and 1 cup) of scrambled eggs, 12ea toasted English muffins in an aluminum half pan, ½ pint of whipped butter)

- Traditional Eggs $80 (Scrambled Only)
  (48 oz (1 qt and 1 pint) of scrambled eggs in an aluminum half pan, 2 quarts of breakfast potatoes or mixed fruit in an aluminum half pan, 12ea toasted English muffins in an aluminum half pan, ½ pint of whipped butter)

- Omelets $80 (Tuscany, Western, No Yolks, *Basic can add 2 ingredients
  (12ea 2 egg *(4oz)* omelets *(made in small egg pan)* 12ea toasted English Muffins in an aluminum half pan, 2 quarts of breakfast potatoes or mixed fruit in an aluminum half pan, ½ pint of whipped butter)

**Lunch Entrees:**
- Sensational Salads $110 (Choice of Cosmopolitan, Feta Chicken, Santa Fe, Martha's Vineyard, or Chop Chop. 24 oz *(1/2 of a bag)* of mixed greens or romaine, 10 pieces of sliced grilled chicken or 24 chicken tenders, 1 pint of all other ingredients)

- Savory Sandwiches $110 (TP Sandwich, Club, Caesar Wrap, Cranberry Chicken Wrap. 12 sandwiches cut in half on a large catering tray w/lid lined with doilies, 1 bag of white corn tortilla chips, and 1 pint of salsa) *(suggest all sandwiches as wraps, they will hold up better)*

- Bowls of Deliciousness $120 (El Fresco Quinoa Bowl, Pesto Zucchini Bowl, Cilantro Lime Shrimp Bowl, Honey Sriracha Chicken Bowl. 12 portions of the bowl choice. Served with 12oz of Mixed greens and ½ pint of Lemon vinaigrette dressing.)

**Extras:**
- Salsa $8pt
  (Pint container)
- Fruit Bruschetta $8pt
  (Pint container)
- Dressings $8pt
  (Pint container)
- Dressings $8pt
  (Pint container)
- TP Tuna Salad $9pt
  (Pint container)
- TP Cranberry Chicken Salad $9pt
  (Pint container)

TP_DEF001529

TP_DEF001530



## Manager Training Manual

## Invoice Entry

## Scheduling

TP_DEF001531

To Enter Your Invoices → There are no batches (like in Compeat) you will enter the invoices individually.

**Option 1:** Vendor → Invoice → A New Window will open for the invoice entry



Location – Auto fills with your location. If you have access to more than one location, pay attention to which one you choose.

Vendor – You can type in or use the arrow to pull down all vendors

Invoice #: From the invoice

Document Date: Date on the Invoice

GL Date: This is the same as Apply Date in Compeat, it can match the document date. If the document date is from a few weeks ago, it should be today's date. If have questions on date, you can always reach out to Meggan

Document Amount: Total Invoice $

Now you fill in the details of the invoice

Select Item – this should have all the items that the vendor sells and you inventory. If an item is missing, reach out to Meggan and Donna



Once you have item in, make sure the price matches. The cost can be edited.

TP_DEF001532



Once you are done entering the invoice, click Upload File at the bottom left of the screen.  You will attach the scanned copy of the invoice in here.

## Option 2 for entering invoices:

Scan in all your invoices to your desktop

Go to Operations → Click Vendor in the top blue bar → then click Upload File → choose your scanned in invoices



Your invoices will then show under Operations → Purchases → Documents to Process



When ready to create your invoices or credit memos, click on the box INV or CM.  Once you click on INV:



You will get a split screen showing invoice on right and invoice entry on your left.   Fill out the invoice just as you learned prior.

Make sure to check the invoice from the right side screen that you want attached to the invoice entry



Click Save and New to move onto the next invoice you have scanned in.

## Scheduling

**Once onboarding is completed in TalentReef and the employee has been added to Aloha, the employee will be pulled into 365.**

Scheduling

▼ **Scheduling**
  My Reports
  ·Schedule
  Scheduled Now
  Requests
  Announcements
  Employees
  Jobs
  Job Responsibilities
  Events
  Blackout Days
  Sites
  Departments

**My Reports:** Top Print your Crib Sheet Click Labor top left→Daily Roster→ Select Date

**Schedule:** To Write or Adjust your Schedule

**Requests:** The Bell on the Top of the page

**Employees:** To give them app access, availability, new jobs and ensure their info is correct.

TP_DEF001535

**The Employees Tab:** will give you access to the employee's info, jobs & availability.  The highlighted areas need to be filled in and corrected if necessary.



**Availability:**  Clicking the Unavailable days will block the employee from being scheduled.  If they are not available certain times of the day, you can just choose by hours.



**Jobs:** **To create a new job, these jobs and pay rate must match what is in Aloha**



**Schedule:**



**To Create a Schedule:** To Use a Template:



Arrow the Date

A Template Option pops up

Select FOH, BOH or BOTH

To build a schedule from scratch, Option 1: Click on Cogs click All employees and the list will populate



Employee View

○ All Employees

○ Scheduled Employees

TP_DEF001538

**To Write a Schedule:**

Right click, copy and paste the shift on the employee and day you want

Double click on the shift to open it and change the time





TP_DEF001539

## To build a schedule without a template:

**Option 1:** Click **new shift** and a row will open with employee options for the position and time



TP_DEF001540

**To Print:** Choose what department you want and then Click Printer Button



You can print all Employees, by Department or Job.

By Clicking Events, this will also show on your printed schedule

**To Publish the Schedule:** Click on Publish



You can Publish,
Publish & Alert
to an Employee or Department

**Requested time Off**: The **Bell** will have a number indicating employees that have submitted requests



TP_DEF001542



## Schedule an Event: Click on Scheduling and drop down to Create Event



### Fill in Necessary Areas and click SAVE



**Refresh and it will Show on your schedule**

TP_DEF001543

**Schedule a Black Out Day:** Click on Scheduling and drop down to New Blackout Date



Fill in **N**ecessary Areas, **c**lick Save and refresh
and it will Show on your schedule



# Inventory Training Manual

TP_DEF001545

## Entering Stock Counts Entered
## Stock Count in Restaurant 365 = Valuation Count in Compeat



You will be able to take counts on your phone as well as laptop.

You need to start your inventory on the laptop.  You then can use your mobile device to continue to enter or complete it.

This screen will come up.  It will have your location only on it.



Click on Turning Point Stock Count Template

Select Stock Count Template Record

Click 'Edit Selected'

Select "Use"

## To Print Taking Sheets



This will generate a Count Sheet that can then be saved as PDF and physically printed for performing inventory counts.

TP_DEF001548

**Name:** Store Name and Inventiory Date          **Frequency:** Monthly

**In Use:**   If the square is highlighted, this is open and being used by someone else, and your changes will not be saved.

**Moblie Qty Entry:**   Must be set to **"Add to Current Quanity"** so that 2 managers can be working at the same time on the mobile app

**Storage Location:** The areas of the restauarnt

**Item:** The item stored in the stiorage location

**Garbage Can:**  Do not click the Garbage Can it will **Delete** the Storage are or Item



**Action:** To Open the Stock Template:   Click Action and Use



TP_DEF001549

**Date:** The Sunday of Inventory

**Mobile Qty Entry:** "Add to Current Qty" So the other manager can be entering as well

**When entering counts:** the "Quantity" is to the right of the pack size



**Waste Log:** Click on Item->Transactions->Waste Log



The Number will auto generate.  Select your item from the drop down as well as unit of measurement.  Save & Close

The number will appear negative because it is pulling out of your inventory.



You are able to pick the Unit of Measure.          Save & Close

**Transfer:** Click on Item->Transactions->Transfer



Choose the item from the drop down, pack size & quantity and click add.          Save & Close



**Manager Training Manual**

TP_DEF001553

**Click on Jump to ⇨   Show All to view applicants**



**Choose an applicant.  Across the top is their position, Posi-Fit, Access, Rank, Appliy Date & Status**



| Applicant name | Location | Position | Posi-Fit | Assess | Rank | Applied | Status |
|---|---|---|---|---|---|---|---|
| Donna English | Turning Point of Sea... | Server | ★★★★ | ★★★★ | N/A | Sep. 23, 2019 | Viewed |

TP_DEF001554

**Click on the applicant's name, their information the opens**

**By clicking on the green <u>Assessment</u> square, the applicant's assessment can be viewed**



Donna English
209 Old Corlies Ave
Neptune, NJ 07753

Primary: (732) 299-8886
Secondary: N/A

info@tpbbl.com

Req. #3469646

Web

Turning Point of Sea Girt

Restaurant Staff

Server / PT / 1st,2nd / Mo,Tu,We,Th,Fr,Sa,Su,Holiday

Choose rank

Attachments

Transfer

Schedule Interview

Notes

ewed: Manager Viewed

**By clicking on the green <u>Application</u> square, the application can be viewed**

**The tabs across the top of the application show the interview questions and answers.**



secure.jobappnetwork.com/manage/include/Get_APP_PDA.cfm

| Pre-Q 1 | Pre-Q 2 | Posi-Fit 1 | Posi-Fit 2 | Posi-Fit 3 | Posi-Fit 4 |

| Last Name | First Name | Middle Name | Last Updated |
|---|---|---|---|
| Bob | Sponge | | September 18, 2019 |

| Street Address | | Apartment Box Number Etc | Req # |
|---|---|---|---|
| 5201 Laguna Oaks Dr | | | 3459575 |

| City | State Province | Zip Postal Code | Country |
|---|---|---|---|
| Elk Grove | California | 49946 | United States |

| Primary Telephone Number | Secondary Telephone Number |
|---|---|
| 999-999-9999 | |

| E-mail Address | SSN |
|---|---|
| none@none.com | XXX XX 2222 |

As an equal opportunity employer, Turning Point Test Location considers applicants for all positions without regard to race, color, sex, religion, national origin, disability, age, height, weight, marital status, sexual orientation, familial status, genetic information or any other characteristic or protected classes as defined by federal, state, or local law.

**PERSONAL INFORMATION**

| Are You 18 Years or Older? (YES/NO) | If NO --> Can you provide a Work Permit? (YES/NO) | Are you legally eligible to work in the country where you wish to work? (YES/NO) | Do You Have Reliable Transportation? (YES/NO) |
|---|---|---|---|
| YES | | YES | YES |

Tell Us About Yourself

TP_DEF001555

**To schedule an interview, click on schedule interview on right side.**




**Fill out necessary areas to schedule the interview.**



**Click on the <u>Blue Square</u>:  Manager Viewed and you can change the status of the applicant to interviewed.**



**To Send an Offer or Employment Click on Jump to ⇨ Source ⇨ Active.  Click the applicant you would like to hire**



**Click on Offer Letter on the right**



**Select the Position the applicant is applying for and hit NEXT**



TP_DEF001558

**Confirm the Applicant's Information and click <u>NEXT</u>**



**Review the letter and click <u>SEND</u>**



TP_DEF001559

**Your applicant will be notified of the offer via email or text, depending on their preferences. When your applicant accepts or declines THE offer via the applicant portal, their status will change in your account.  You will see whether they accepted or declined.**



| | | | |
|---|---|---|---|
| Newtest Compliance | 000076-Matthews, NC | Mar. 27, 20... | Offer |
| NJuJpfJ CIOaMXYc | 31-Austin, TX | Mar. 26, 20... | Offer |
| HXCGjQCo CIRSfRAA | 31-Austin, TX | Mar. 26, 20... | Offer Accepted |
| Jimmy Dean | 000076-Matthews, NC | Mar. 26, 20... | Viewed |
| Jane Smith | 40-Fort Worth-South... | Mar. 26, 20... | Offer Declined |

**Click on the bottom portion of the square and change the status of the applicant to hired.**

Assessment

4 ★

Hired: New Hire

Applicants status ✕

Current status

Applicant's current status is ▨▨▨▨▨▨▨▨▨▨

Change applicant's status

New status

Hired

New stage

New Hire

Notes

✕ Remove current status      ✔ Save

**The New Hire will receive a welcome email asking them to complete their paperwork.  There is an example of this on the next page.**

TP_DEF001560

Welcome to the team, Donna!                                                                                    <u>GO TO MY ACCOUNT</u>

Congratulations on your new opportunity with Turning Point as a Server! Next steps for you are to complete onboarding tasks for your new position. To access your onboarding tasks, sign in to <u>My Application Profile</u> with your username **732-299-8886** and the password you created when you originally applied.

## Onboarding Details

| | |
|---|---|
| Position | Server |
| Location | 2157 Route 35 - Turning Point of Sea Girt, Sea Girt, NJ 08750 |
| Manager | Donna Kleiner |

If you do not remember your password, please use the **Forgot your password?** link on your application profile login page under **Sign In**.

If the **My Profile** link above does not work, please copy and paste the following link into your web browser to access your onboarding tasks.
<u>https://secure.jobappnetwork.com/apply/c_turn/l_en/hourly.go</u>

*This email was automatically generated by talentReef on behalf of Turning Point.*



TP_DEF001561

**Once logged in the New Hire has the following tasks to complete:**

ONBOARDING TASKS

Welcome, Donna!

**PERCENTAGE DONE** 0% **STEPS** 0 / 9

**JOB TITLE:** Server

**LOCATION:** Turning Point of Sea Girt

**DATE HIRED:** Oct 1, 2019

Please click on the **List of tasks** link(s) to view and complete tasks

| NO. | LIST OF TASKS | HELP | STATUS |
|---|---|---|---|
| 1 | EEO-1 Voluntary Self-Identification Form | | |
| 2 | Emergency Contact | | |
| 3 | Employee Handbook | | |
| 4 | Form I-9 (Employment Eligibility Verification - Section 1) | | |
| 5 | Form W-4 (Employee's Withholding Allowance Certificate) | | |
| 6 | New Jersey Tipped Employees | | |
| 7 | Pay Selection Authorization Agreement | | |
| 8 | Requirements and Overview of Policies | | |
| 9 | State W4 [Click to update status] | | |

CLOSE

**Click on Jump to ⇨ Green Hire ⇨ Onboarding ⇨ To view the New Hire Paperwork, the progress and what is outstanding**

**This is an example of what you will see, the status of the employees onboarding is shown to the right of the screen:**

| Applicant name | Location | Position | Manager | Decision | E | I-9 | W-4 | WOTC | Forms |
|---|---|---|---|---|---|---|---|---|---|
| Donna English | Turning Point of Sea... | Server | Donna Kleiner | 10/01/2019 | ☐ | ☐ | ☐ | ☑ | 5% |
| Patrick Starr | Turning Point of War... | Host | Turning Point Ma... | 09/03/2019 | ☑ | ☑ | ☑ | ☐ | 58% |
| Sponge Bob | Turning Point of Hob... | Barista | Turning Point Ma... | 08/13/2019 | ☑ | ☑ | ☑ | ☑ | 33% |

**Once they have completed their paperwork including their part of the i9, you will go in and complete the manager part of the i9**



**Click on Jump to ⇨ Hire ⇨ Completed and chose the employee to Complete the Onboarding Process:**



**Before you complete the onboarding process:  you must have check marks under the "E" (Edit Details), I-9, W-4, WOTC; must have been submitted and the forms box must be green and at 100%**



**THIS NEXT STEP MUST BE COMPLETED IN ORDER FOR THEM TO PULL INTO THE PAYROLL EXPORT**

**Click on the bottom box and change the status to Completed, then click SAVE**



**If you have applicants that you don't need right now, you can transfer them to other locations near you that may need employees.  Always check with the Manager of the location!**



TP_DEF001565

## **Employee Portal**

Turning Point Employee Portal URL: **https://employee.jobappnetwork.com/turningpoint/login**

Employees in the Hire > Completed section will be able to log into the employee portal to update personal information, complete employee self-reviews, and acknowledge evaluations/corrective action items submitted by the manager. Employees will need to select New User? Click Here to Register (see screenshot below). They will then be prompted to set up their username and password.

## **Support**

- Always reach out to Donna, **dkleiner@tpbbl.com** and Meggan, **mmccarthy@tpbbl.com** for any issues
- There are webinars you can watch, go to **www.talentreefsupport.com**
- You can reach talentreef support at **customerservice@talentreef.com** or 866-562-2774

TP_DEF001566



**GL Codes to Use**

**When Entering Invoices**

6001  Coffee/Tea/Hot Drinks

6002  Dairy Liquid

6003  Soda/Cold Drink

6004  Juice

6101  Meat

6102  Dairy/Cheese

6103  Produce

6104  Bread

6105  Eggs

6106  Potatoes

6107  Dry & Canned

6108  Table Condiments

TP_DEF001567



| Kirk Ruoff | CEO | |
|---|---|---|
| Bonnie Iavaroni | COO | |
| Donna Kleiner | Human Resource Director | |
| Kerri Dwyer | District Manager | |
| Jill Levinson | District Manager | |
| Dennis Mansfield | District Manager | |
| Evan Weissman | Director of Culinary Operations | |
| Meggan McCarthy | Financial Technology Director | |
| Joann Salayi | Comptroller | |
| Lorraine Vogel | Accounting / Payroll | |
| Carla Romano | Corporate Office Coordinator | |
| Matt Alkon | Facilities Director | |
| Corporate Office | | |

TP_DEF001568

| Joann & Lorraine | Payroll, New Hire, Vacation Eligibility, Termonation, Raises, Borrowed Help, Employee Verification, Banking/Issues, Accounts Payable |

| Meggan | Aloha, Talentreef, R365, NCR, Computer Terminals Laptops, Printers, Bill Pay & Issues |

| Donna | Aloha, Talentreef, NCR, Employee Documentation, Unemployment Workman's Comp, Guest Injuries, Perk Cards |

| Carla | Socila Media, Advertising, Marketing, Perk Cards, Office Supply List |

| Matt | Power Issues, Equipment Issues & other Facility Issues |

TP_DEF001569