# EXHIBIT 8



# Server Training



TP_DEF000096

## Server Training Day 1

**7:30am-8:00am** (Trainer & Trainee) **Restaurant Tour**                         **Both Initial_____**
- Trainer uniform approval (non-slip shoes, khaki pants, tp shirt, neat appearance)
- Clock in
- Tour of the restaurant (BOH area first-office, storage areas, walk in, freezer, employee bathroom, café/bunga)
- Introduce to all employees throughout the shift

**8:00am-8:30am Part 1   Trainer review info pages with Trainee**           **Both Initial_____**
- Opening sidework, bathroom check list, communication board (soups and coffee of the day, sales goal, NCR score)-5 minutes
- Table numbers/floor plan-5 minutes-Trainer review the floor chart, rooms and table numbers with Trainee
- Sideworks-Opening, Ongoing & Closing
- Communication Board
- No Wait-Rotation guidelines
- Bathroom checklist
- Picking sections policy
- Outside seating policy
- Server consequences
- Tip Outs

**8:30am-9:45am  Part 2   TP Breakfast Menu & Hot Beverages Knowledge**      **Both Initial_____**
Trainer will review Hot Drinks, Breakfast Menu and Kids Menu with Trainee then review flash cards of those items

**9:45am-10:30  Part 3     Bussing, Dish Station, Hosting/Seating, TP Steps of Service**      **Both Initial_____**
Trainer will go over Bussing, Dish Station, Hosting and Seating print out with Trainee

**10:30am-2:30pm   Part 4   Observe, Assist & Practice**                     **Both Initial_____**
- Trainee and Trainer must stay with each other all day
- Trainee will observe and assist Trainer in steps of service
    - o   Trainee may assist with helping to bring drinks or carrying plates but may not be left independent at any point in time as they are unfamiliar with our food or drinks just yet.
    - o   Trainee may not enter any orders into POS on this day
- Practice plate carrying-3 plate carry minimum!
- Practice carrying drink tray
- Practice pre-bussing, bussing, dish station stacking/racking, setting tables, hosting and seating tables

**2:30pm-3:00pm   Part 5  Writing Tickets/POS Order Entry**                  **Both Initial_____**
- Manager put Trainee in "Training Mode" in the POS to practice order entries.
- Trainer will make mock written tickets for trainee to practice entering.
- Trainee print outs of tickets to be reviewed by Trainer and Manager

**3:00pm-3:30pm   Part 6    Day 1 Test**                                     **Both Initial_____**
- While Trainer is finishing up end of day duties the Trainee will take the Day 1 Memory Build Test which will be reviewed and graded by Trainer at 3:30. Menu, flash cards and print outs may be used.
- Trainer will fill out a Day 1 Evaluation. Trainee hands in graded test and evaluation to MOD

**3:30-3:45 Eat Lunch   Part 7**

**3:45-4:00pm   Part 8  Overview of shift with MOD**                         **Both Initial_____**

TP_DEF000097

- Sit with MOD to review the day
- MOD will review entered POS tickets & Memory Build Test

## Day 1/Part 1- Side work, Picking Sections, Rotation Guidelines, Tip Out- 30 minutes

**Opening Sidework**- Every server has no more than 15 minutes of opening sidework to do after arrival. If you are scheduled for 8:30am you will be doing opening sidework up until 8:45. If you are late you still have opening sidework responsibilities.

**Ongoing Sidework**- every server has ongoing sidework that they will be responsible for doing throughout the entire shift. The sidework is not only bussing & running food but additional tasks that are in conjunction with the section you are in and also aligns with your closing side work, such as brewing coffee for the shift. DO NOT HANG OUT IN THE KITCHEN UNLESS YOU ARE DOING A TASK IN THE KITCHEN be on the floor engaging and taking care of the guests, they are always our #1 priority!

**Closing Sidework**- Along with your section/table closing duties such as restocking condiments at your tables & rolling silverware, you will have other closing side work duties such as cleaning the highchairs at the end of the shift. Your closing sidework will be checked over by the barista or the MOD. You will not be approved to clock out and leave until all duties are completed correctly. Any server that leaves without approval may receive a write up. These closing duties should take no longer than 15 minutes. If for any reason you are unable to complete these closing duties within 15 minutes, please notify your manager.

**Rolling silverware** is a part of every FOH employees closing responsibilities, including baristas, bussers and hosts. Each server is given a specific roll amount determined by the MOD to be completed before clocking out. Rolling silverware should take no longer than 15 minutes. If for any reason you are unable to complete this task within 15 minutes please notify your manager.

All end of day sidework duties should be complete within 30 minutes. All servers should be clocking out no later than 30 minutes from the time the last customer leaves. If you are unable to clock out within the 30 minutes, please notify your manager. This time allotment excludes the time you spend eating and taking a break at the end of the day.

**Communication Board**-Every store has a communication board where the managers and baristas will post information important for you to read each day and make note of. The following items should be noted on your communication board:

- Sales goal of the day
- Current NCR score (guest feedback)
- Focus of the day/week
- Soup(s) of the Day
- Flavored coffee of the day
- Tip out for the day
- 86'd item(s)
- Cleaning chore(s) of the day
- # of silverware rollups for the day
- Quote of the day

**TP Section Picking Policy:**

- The latest scheduled server(s) pick their sections first. The latest scheduled that arrives first picks first, 2nd to arrive picks 2nd, etc. Then go backwards from there, the 2nd latest server scheduled in picks next, 3rd latest picks next, etc. The first to clock in does not pick a section, they get the last remaining section available.
- Any server that is more than 10 minutes late instead gets the last remaining section, allowing the first server in to pick second to last.

- On shifts that all servers are in at the same time all servers pick their own sections. 1st server to arrive has 1st choice, last server to arrive gets the last unpicked section
- TP Seating Policy is that we seat up until 3:10 every day and sometimes later if we are on a wait.

**Rotation Policy & Guidelines:**
- On slower, non-holiday weekday mornings, managers may have servers go into rotation of taking tables, until all servers have arrived and then all servers go into sections **no later** than 11am.
- Servers add themselves into the No Wait Rotation after clocking in
- The person to seat a table is the person to log them into the No Wait app
- The newest server to be added into Rotation will receive the next table UNLESS the server(s) prior in rotation still has not gotten a table yet
- Rotation is generally not in effect on busy weekends and holidays and if it is servers must go into sections no later than 9am

**Bathroom Checklist**-To ensure our bathrooms are presentable and accommodating for our guests we do hourly bathroom checks throughout each shift
- Every hour, from 8am-3pm, there will be a server responsible to check the restrooms
- Servers are responsible for checking:
  - Mats are laid out
  - Garbage can is not overflowing & bag is in receptacle correctly
  - Clean counters
  - All light bulbs are working
  - Music can be heard at normal volume
  - Deodorizers are functioning and bathrooms smell good
  - Soap dispensers have soap in them
  - Main bathroom is free of debris on the counters, mirrors and floors
  - Floors are dry
  - Each stall is free of debris on the floor
  - Each toilet is clean and free of debris or splatters inside the bowl, on the seat or on the base
  - Garbage cans in stalls have proper sized bags in them and are not over flowing, stinky diapers need to be removed and put in a kitchen trash can
  - Toilet paper dispensers are full
- Please notify the MOD if the bathrooms require a substantial amount of attention.

**Outside Seating Policy:**
- Outside seating must be fully set up by 7:30am daily
- All chairs must placed around tables every day, chairs are never allowed to be stacked up past 7:30am
- Tables must be set up every day, starting April 1st-Oct 31st. If it is raining or there are extreme winds do not put out umbrellas or table setting, always put chairs around the tables regardless unless there is a hurricane
- Anytime rain stops mid shift, outside seating must be fully set up unless it is after 1:30pm
- If outside seating is put into rotation as opposed to having servers specifically stationed outside, only the servers in sections closest to outside seating may take those tables. A rotation sheet must be used
- If there are 2 baristas on shift and outside seating is short 1 or more servers than 1 barista should be taken off the bar and put into an outside section and run the bar with one barista

**Consequences for Punctuality, Attendance, Behavior/Attitude, Performance, etc-** Servers may be put into a smaller section as a consequence for repeated issues. Multiple infractions will result in a write up.

**Tip Out-** Servers tip out a percentage of their daily sales to Baristas & Bussers, these are members that support them throughout the shift. The percentage varies based on circumstances, such as the number of support people on the shift or the individual location that you work in. Your MOD will let you know what the percentage tip out for the day is

(written on the communication board daily). Tip out generally ranges between 2-5%. These employees support every server throughout the shift since there are only a fraction of support employees per shift these employees cannot solely support just one server, they are not allowed to fully take over any servers duty (pre-bussing/bussing).

## Day 1/Part 2   Menu Knowledge- 1hour 15 minutes

*TP Guest Accommodation Policy-If we have it, if we can do it, if we can get it, if we can make we will!  At TP we are extraordinarily accommodating to our guests requests or needs. Our guests are everything to us!!!*
*This is to be adhered to by every employee of the company, no exceptions!*

### Menu Page 1
***\*TP POLICY- ANY MORE THAN 2 DRINKS OR 2 DRINK COMPONENTS MUST BE CARRIED ON A TRAY, NO EXCEPTIONS!***
**Gourmet Hot Drinks-20 minutes**
- Unlimited Coffee (from the urn) is served in a carafe pot, on a tray with the creamer of choice & number of mugs needed for the table.  Non-flavored unlimited coffee is always poured table side
  - Flavored coffee is served in a coffee mug, filled before bringing to the table
    - Half and Half is put into the ceramic milk carton
    - All other milks and alternative milk/creamers are put into the clear mini vase
- French Press is a non-filtered brewing process brewed with purified water leading to a fuller bodied more flavorful coffee.
  - The French Presentation Policy is: French Press pot served on a round tray with 6 components: 1 coffee mug upside down on a doily lined saucer with 1 sugar stick per guest, creamer of choice, coffee specific description card & sand timer attached to the "push pole" on the French press
  - Sand timers are 4 minutes, French presses must be presented to the table before the 4 minutes expires
  - Once the timer is done the timer needs to be removed and guest instructed to push the plunger slowly down all the way
    - Servers MUST retrieve the timers once the coffee has been pressed and return them the bar immediately (if you leave the timer on the table guests will take them!)
    - Timers must be removed in order to push the plunger down all the way to the bottom to stop the brewing process and eliminate the coffee from over brewing leading to a bitter coffee
- Espresso Drinks & Hot Chocolates
  - Cappuccino=1/3 espresso, 1/3 foam & 1/3 steamed milk. Topped with cinnamon (available in decaf) served in a large mug on a doily lined saucer and 1 sugar stick
  - Latte=1/3 espresso and 2/3 steamed milk. Served with a sugar stick
  - All specialty espresso drinks & Hot Chocolates are served in a large mug, on a doily lined saucer, topped with whipped cream and garnish (**no sugar stick**!)
- Hot Tea Selection (Tea Categories: black, flavored, green, white, herbed and fruited).  Decaf options: All Herbed and Fruited, Organic Breakfast & Earl Grey.
  - Hot Tea Presentation Policy: Drink tray with a tea pot filled with hot water, a small mug & tea bag served on a doily lined saucer with 1 sugar stick
  - A fresh to go cup of tea MUST be offered to guests to take with them at the end of their meal
- Free Refillable Drinks are Fountain Drinks, Iced Teas (excluding Chai), Unlimited (urn) Coffee & Iced Coffee
  - All guests drinking free refillable drinks MUST be offered a to go cup freshly filled to take with them at the end of their meal
- Unlimited Coffee is charged per person, not by the pot
  - All guests drinking coffee MUST be offered a to go cup to take with them at end of meal
  - Any guests that had French press coffee with no left overs MUST be offered a cup of urn coffee to take with them at the end of their meal
- Drink Specials/Drink Promos-varies by season
- Flash Cards review

**Menu Page 3**
**Breakfast Menu Review-45 minutes**
- *All Modified dishes must have a toothpick in it (that needs to be removed before serving it to the guest) to indicate that the dish has been altered-done by the cooks
- Servers need to verify that the modified dish matches the order on the ticket before taking it to a table
- If modified dishes do not have toothpicks in them servers must notify the MOD and KM

**When not to charge/When to charge-TP Policy**
- DO NOT CHARGE FOR:
  - o Extra of any ingredient that already comes in the dish (ie: Wilbur extra bacon- do not charge for additional bacon, just note "extra bacon" when entering the order)
  - o For condiment type items-ie: dressings. If a guest wants a cup of BV instead of a ramekin do not charge them
  - o Swapping ingredients (86/Sub)- sub mozzarella for mixed cheese or sub avocado for onion
- DO CHARGE FOR:
  - o Each additional ingredient added into a dish that does not already come in that dish (ie: Pesto Infusion add Feta)
  - o Any extra full portion of meat- extra chicken breast, chicken salad, tuna salad, side of meat
- *Our policy of not charging guests for extra ingredients in a dish that already comes with that ingredient in it is due to the fact that often guests eliminate (86) ingredients in dishes without subbing it for another ingredient yet we do not reduce the price of the dish when we do this.

**Appetizers**
- MUST be rung in separately, WITHOUT any entrees on the order
- MUST be sent at least 5 minutes prior to sending any entrees to the kitchen, never back to back
- MUST be called out to the kitchen "Kitchen, I have an out first on table 1".  This is the only way to ensure apps get out in a timely manner
- MUST be ready to serve within 5 minutes by Kitchen and Server
- Some Apps are made by the kitchen and some by the servers, varies by location-review with Trainee
- Review Seasonal Specials Apps

**Breakfast Meat Sides**
- Pork Sausage
- Chicken Sausage
- Ham
- Bacon
- Pork Roll

**Breads**
- English Muffin
- Thick sliced Multigrain
- Sourdough
- Rye
- Bagels
- Ciabatta
- Brioche Bread
- Wheat Pita

TP_DEF000101

- Wheat Wrap
- Udi's Gluten Free Bread

**Syrup & Reduction/Sauce** options for pancakes, waffles & French toast (regular syrup, maple syrup, sugar free syrup, strawberry reduction, caramel sauce, Hershey's chocolate syrup)

**Pancakes**-Trainer describe each one, identifying toppers on each (look for), sides served with

**Waffles**- Trainer describe each one, identifying toppers on each (look for), sides served with

**French Toasts**- Trainer describe each one, identifying toppers on each (look for), sides served with
**Eggstraordinary Dishes**- Trainer describe each one, identifying toppers on each (look for), sides served with
- All dishes made with whole eggs are cooked in margarine but can be made in oil or veg spray at guests request
- All dishes with egg whites are cooked in veg spray unless otherwise requested by the guest
- Adding meats & or vegetables to egg dishes upcharge amount and options
- Egg Choices- Whole eggs or Egg Whites with a $1.00 upcharge
- Egg Style Options- Scrambled, Over Easy, Over Medium, Over hard, Poached, Sunny Side up, Basted, Omelet Style, Frittata Style, Hard Boiled (alert guest that this will take 15-20 minutes)
  - o Fried is not a true egg cooking style- ask guest if they want the eggs "up, flipped over & how they would like the yolks cooked")
  - o *We can accommodate a guest's request for soft boiled eggs as well as hard boiled eggs, however hard boiled eggs require a 15 minute cook time and the guest must be alerted of the length of time that it will take for them to be made fresh for them)
  - o Dishes served with 2 eggs- Traditional, Skillets, and Benny's
  - o Dishes served with 3 eggs-Omelets, Huevos, Garden Frittata
  - o Guest may add or reduce the number of eggs in any dish
  - o Guests may modify the way eggs are specifically prepared in the menu
  - o Potatoes come with diced peppers and onions in them, we CAN accommodate without peppers and or onions
    - ▪ We CANNOT remove the seasoning that is in the potatoes (salt, pepper, paprika, garlic powder, onion powder)
  - o All benedicts come with soft poached eggs which are runny, we CAN accommodate egg modifications
  - o Our chorizo is made with chicken NOT pork
- **Omelets**- Trainer describes each one, identifying toppers on each (look for), sides served with
  - o Any guest subbing eggwhites in egg dishes must be asked 2 questions  by the server- 1. do you want cheese on the omelet; 2- do you want butter on the muffin?
    - ▪ Cheeses available:
      - Mixed (cheddar/jack)
      - Jack
      - Cheddar
      - American
      - Feta
      - Mozzarella
      - Swiss
      - Check any specialty cheeses on the seasonal specials not listed here
- **Good & Good for you**- Trainer describe each one, identifying toppers on each (look for), sides served with
  - o All eggwhite dishes are cooked in veg spray to keep it healthy
- **Review Flash Cards**

## Kids Menu Review-10 minutes
- For guests with children, ask if they would like kids meals out first or with all other meals?

- Call all out firsts to the kitchen right before or right after ringing in
- All kids drinks are served in a small to go coffee cup with a lid
- Kids hot chocolates must be served at 100⁰, never hotter (must alert barista of kids hot chocolates)
- Specialty drinks for kids are upcharged $1.50
- *If an adult orders off the kids menu allow it at the kids menu price, just let it go!*
- Flashcards

## Day 1/Part 3   Bussing, Dish Station, Hosting/Seating, TP Steps of Service - 45minutes

**Pre-Bussing Mid Meal-**Whether or not you have a busser scheduled, you are fully responsible for pre-bussing and bussing your tables.  Bussers will first buss tables that are most cleared over tables that have not been pre-bussed.

- At every visit to a table you should be staying on top of table maintenance, remove items from the table that guests clearly no longer need (empty sugar packets, empty glass/mug, empty side plate, empty french press pot, etc)

**Pre-Bussing End of Meal-** After asking your table if you can wrap anything for them, you then ask if you can take items out of their way and stack up dishes with ramekins, utensils and mugs/glasses on top (as much as you can quickly collect & easily carry). This ultimately helps you turn your tables much faster once the table clears, thus increasing your sales/tip opportunities each shift

**Bussing-** Bussers are not typically scheduled on weekdays unless it is a holiday or busy season.  ***All FOH employees are responsible for bussing their own and helping buss each other's tables.***

Bussing your tables can be accomplished in one trip, unless it's a 6 top or larger that you are clearing or setting.
***How to buss in 1 trip:***

1. Look for your barista, host, busser or manager to signal how many are needed at the table, if you cannot find them just set it for a 2 top. *Weekdays are generally 2 tops, weekends are usually larger sized tables
1. Grab placemats, glasses, silverware for the table (put silverware rollups inside the glass) in one hand
2. Grab **1** table wipe for the other hand, do not le the wipe touch the placemat
3. Use a bus tub or cart with bus tubs (store dependent) if there are more items than you can remove in one trip  (one tub in middle shelf is for all trash including food trash, tub on top shelf is for all plates, ramekins and silverware, bottom shelf and next to tubs are for glasses, mugs, pitchers, syrup bottles
      - When not using a tub or cart always put the silverware into the water pitcher and if water pitcher is empty you can put glasses inside of the pitcher. *TP POLICY-**DO NOT DUMP ANY LIQUIDS OTHER THAN WATER INTO THE WATER PITCHER***)
      - Sweep the floor if necessary
4. Put tub or stack of items on a chair, wipe the table, set the table, grab the tub or stack, wipe the seat and bring to dish station
5. If there is debris on the floor return with a broom and butler and sweep the floor under/around the table
      - The floors always need to be kept debris free, sweeping most likely needs to be done after each table turn.
- Condiments must be restocked when depleted or an item is missing

### Dish Station Etiquette-*separate and stack same dishes!*

- Silverware goes in silverware soaking bin-if container is full ask dishwasher to get a new container or get a new container yourself to start a new bin
- Ramekins go in ramekin soaking bin-if container is full ask dishwasher to get a new container or get a new container yourself to start a new bin
- Glasses and mugs go in rack specific holders (small glass racks, large glass racks & mug racks)
   - Before pushing through full racks make sure there is no rack already behind it, call out to the dishwasher when pushing full racks through then put a replacement rack back in its spot.
      - Whenever full glass/mug racks get pushed thru they must be next priority to running through the machine.  If there is no dishwasher at the station and you push a full rack through, you must

go on the other side and run those through the dish machine (lift door handle, slide rack in centering it, close the door- this will start the washing cycle)
- o *Never ever* stack glasses or mugs on the dirty dish counter and leave them, they will fall and break and cause an injury
- o If there are no back up racks go un-rack glasses with team mates immediately and bring back empties to dish station
- Wipe dishes and ramekins free of as much debris as possible-the machine can only do so much
- Dishes must ALWAYS be stacked in same shape/size piles neatly
- If there are clean tablewares (dishes, glasses, mugs, ramekins) grab some and restock them where they belong throughout the shift when time permits

## Hosting & Seating Tables
- Hosts are not typically scheduled on weekdays unless it is a holiday or busy season. Every person in the FOH is responsible for seating guests, not just the baristas or managers.
- Seating is a first come first serve, if you have a table in your section and you are seating the door you may take those guests to your table but be fair when seating, don't be a table hog
  - o TP welcomes our guests to choose specifically where they would like to sit and we will ALWAYS HAPPILY seat them where they chose unless that table is slated for a party that IS AHEAD OF THEM or for a large party that you must seat there due to no other seating options for the larger party
- While at the host stand you are responsible for greeting guests at the counter & adding parties names into the No Wait app-when taking their info ask for their number so that you can text them to let them know when their table is ready
- When you are taking a party to seat, you must "seat" them in the No Wait app
  - When we are in rotation or slow the seater must alert the server that they were just seated

## TP Steps of Service
1. **Greet** your table **within 2 minutes,** with a fresh water pitcher with a lemon slice, if there is not already a pitcher on the table
2. Ask guests if they have dined with us before, tell them the flavored coffee and soups of the day
   a. Point out both drink pages and seasonal specials, ask if they'd like a few moments to look over drink choices or are they ready to order any drinks
      i. If they order coffee ask them if they would like our regular or French press coffee
   b. Mention personal &/or guest favorites
3. **Take drink order** and go enter it into POS immediately, get any drinks that are made by server to return to table with while bar drinks are being made
4. Return to **take food order** and drop off non-bar made drinks
   a. Write every order down, including modifications, read back each guests order with their specific modifications
   b. Immediately go enter food order into POS, do not stop to take another tables order EVER!
      i. If you have been seated with another table greet them on your way to the POS terminal to let them know you will be back shortly ("good morning, I will be back shortly with your water!")
   c. If any guests ordered a dish that comes with toast ask if they would like jelly
      i. If they would like jelly then be sure to bring jelly to the table either before their food is served or while their food is being served to them
5. Stop by table to give them an **ETA on their food** and to see if there is anything you can bring them.  Check for drink refills & Pre-bus!
   a. If ticket times hit 15 minutes or longer immediately bring your tables fruit bowls if in the AM hours or chips and salsa in the PM hours
6. When food is ready, have as many runners necessary to be able to **serve all the guests at the same time** in one trip. No guest should be left waiting for their food while others at the table have food in front of them. Check for **drink refills & Pre-bus**!
   a. Before walking away ask the table if you can bring anything out for the table such as more napkins, drinks, tabasco, sriracha, etc

7.  Stop back at the table after at least 2 minutes or bites. Ask the table, "**did your meals come out to your liking**?". **Pre-bus**!
    a.  If any guest is unsatisfied with their dish, *TP Policy* is that we will remake a new dish or a different dish immediately if they simply do not like what they ordered-we never say no!
    b.  Any compliments about the food should be shared with the kitchen staff always
8.  Stop back at the table approximately 10 minutes later to see if there is anything the table needs. Check for drink **refills & Pre-bus**!
9.  When it appears guests are all done eating return to ask how they are doing, can you bring them anything. Read your guests and if they seem finished eating ask guests if you can **wrap any left overs** for them (we do not offer to bring containers to the table for them to wrap their own food. We only bring containers if a guest specifically requests to wrap their own food). Check for drink refills & Pre-bus
10. Return with wrapped food, ask if anyone is interested in an after breakfast or lunch **beverage or dessert**. If they indicate they are ready for the **check drop** it, ensure them there is no rush & to take their time.
    a.  Make it clear that you will return to collect payment and not to go up to the hostess area to pay.
    b.  Before leaving the table ask all guests if they would like a to have their **drinks to take with them** (bring to go cups for carafe coffee, make a fresh to go cup for hot teas)
    c.  Take payment if guest gives payment
11. Return to **collect payment**, tell guests you will back with their change if cash payment (*TP POLICY* *DO NOT EVER ASK IF THEY NEED CHANGE*), process payment and return to the table within 5 minutes, never longer.
    a.  If there is an issue with processing the payment causing a delay you must stop and return to the table to keep them up to speed with the delay
12. When dropping their change or credit card slip off be sure to tell the guests that "it was a pleasure serving you today and I hope they come back to see me again, **have a great day**! If you need anything else let me know, I'll be around"

# DAY 1 TEST  (Print Test Page)

1. List proper TP Uniform:

2. How are sections picked?

3. What time do we seat up until?
4. What will we not accommodate for our guests?
5. What do we greet new tables with?
6. Describe French Press Coffee (list main points) & how can it be made stronger or weaker?

7. List the components served in the French Press presentation?

8. Which hot teas are naturally decaffeinated?

9. List the 4 drinks that are free refills:

10. How is unlimited (urn)coffee charged?
11. How does the kitchen let us know which dishes have been modified?
12. What is TP Do Not Charge for Policy?

13. What is the TP Charge for Policy?

14. What must servers do when they have an out first?

15. What sides of breakfast meat do we offer? (Hint: there are 5 choices)

16. What breads do we offer?

17. What 3 syrups do we offer?

18. What style is not a true egg cooking style? What should you ask if someone orders this style? (Hint: there are 3 questions)

19. What egg cooking style requires the guest to be notified that it will take 12 minutes to cook?

20. Egg whites are cooked with what? What 2 questions should you ask when a guest subs egg whites?

21. What cheeses do we have?

22. Which skillet has bacon in it?
23. What comes in our potatoes?
24. Which omelets are automatically made with egg whites? List the sides served with each one

25. What question should you ask your guest when they order kids meals?

26. If your guest does not order a drink what are you required to enter in the POS in order to send the order?

27. What do you do if a guest is not satisfied with their meal?

**Day 1 Shift Evaluation (filled out by trainer)**
Needs Improvement                    Excellent

TP_DEF000106

| | | | | | |
|---|---|---|---|---|---|
| Arrived promptly in proper uniform | 1 | 2 | 3 | 4 | 5 |
| Demonstrated sense of urgency & initiative | 1 | 2 | 3 | 4 | 5 |
| Receptive to feedback & direction | 1 | 2 | 3 | 4 | 5 |
| Works along-side Trainer during training | 1 | 2 | 3 | 4 | 5 |
| Demonstrated upbeat, positive & friendly attitude | 1 | 2 | 3 | 4 | 5 |
| Was attentive, focused & composed | 1 | 2 | 3 | 4 | 5 |
| Asked questions | 1 | 2 | 3 | 4 | 5 |
| Demonstrated good communication skills | 1 | 2 | 3 | 4 | 5 |

Trainer Signature & Date_____   Trainee Signature & Date_____

Manager Signature & Date_____

## Server Training Day 2

Start date & time (Trainer)_____

**7:30am Part 1** (Trainer & Trainee)                                    Both Initial_____

- Trainer uniform approval (non-slip shoes, khaki pants, tp shirt, neat appearance)
- Clock in
- Review table numbers
- Check communication board & bathroom check list
- Start opening sidework

**8:00am-9:00am Part 2 Menu Knowledge- 1 hour**                    Both Initial_____
Review Day 2 Print Outs on Cold Drinks & Lunch Menu

**9:00am-9:30am Part 3 Server Commandments, Greeting, Taking orders, Payments**    Both Initial_____
During this time you will review Day 2 print outs with your trainer followed by practicing it on the floor

**9:30am-10:30am Part 4 Review Day 1 Materials**                    Both Initial_____
Day 1 Parts 1-3

**10:30am-2:30pm Part 5 Greeting Tables, Writing Orders, Processing Payments**    Both Initial_____

- Trainee and Trainer must stay with each other all day
- Practice plate carrying-3 plate carry minimum!
- Practice carrying drink tray
- Trainee will greet trainer's tables, introduce themselves as a server in training
- Trainee will ask if guest have dined with us before and point out the drink section & food section of the menu.
- Trainee will point out the specials and mention the soup(s) of the day and flavor coffee of the day
- Trainee will ask if they would like to order any drinks-all drinks will be written down by trainee
- Trainer will take over after dropping drinks to answer any food questions
- Trainer & Trainee will write down each guests orders with modifiers noted
- Trainer will enter orders into POS with Trainee observing the process
  - o Trainee may assist with helping to bring drinks or carrying plates but may not be left independent at any point in time as they are not familiar enough with our food or drinks just yet.
  - o Trainee may not enter any orders into POS on this day
- Trainee will print out checks, drop checks, collect payments, process payments (with Trainer's assistance)
  - o Practice adding Gift Cards, Selling Perk Cards, Searching Perk Members, Assigning Perk Members, Splitting checks (with Trainer's assistance)

**2:30-3:00 Part 5 Practice POS Order Entries**                    Both Initial_____

- Manager put Trainee in "Training Mode" in the POS to practice order entries.
- Trainer will make mock written tickets for trainee to practice entering.

- Trainee print outs of tickets to be reviewed by Trainer and Manager

**3:00pm-3:30pm   Part 6   Day 2 Test**                                                          **Both Initial_____**
- While Trainer is finishing up end of day duties the Trainee will take the Day 2 Test which will be reviewed and graded by Trainer at 3:45. Menu, flash cards and print outs may be used.
- Trainer will fill out a Day 2 Evaluation. Trainee hands in graded test and evaluation to MOD

**3:30-3:45PM Eat Lunch   Part 7**

**3:45-4:00pm   Part 8  Overview of shift with MOD**                                 **Both Initial_____**
- Sit with MOD to review the day.
- MOD will review entered POS tickets & Test

## Day 2/Part 2   Menu Knowledge

### Menu Page 2

**Specialty Cold Drinks-20 minutes**
- Iced Teas (free refills *except Iced Chai*). All iced teas are served in the tall glass.
    o Unsweetened Iced Tea is served with simple syrup (clear mini vase)
- Coffee Chillout (iced coffee only- free refills)
    o Drinks served on ice are: Iced coffee (free refills), Iced Chai Café, Iced Latte
    o Drinks that are blended, topped with whipped cream and served with a big red straw are: House Specialty Shake & Chocolate Chip Shake-a-chino
- Shakes and Smoothies (all are blended smooth & served with a big red straw)
    o Banana Whip & Super Berry Smoothie (yogurt), Tropical Bliss Smoothie (no yogurt/Vegan)
    o Annie's Lemonade
    o Drinks topped with whipped cream are: Frozen Hot Chocolate, Milk Shakes, Charlie's Chai Shake
- Fresh Squeezed (*not free refill-but if a guest orders a small and wants another we will charge them for 1 large glass instead of 2 small glasses)
    o Orange Juice-100% Valencia oranges, squeezed and packaged fresh for us by Lambeth Groves
    o Lemonade-real lemon juice, filtered water & natural sugar
- Soft Drinks (Free Refills)
- Bottled Water-Poland Springs
- Juices-OJ, Apple, Cranberry, Ruby Red Grapefruit, V8
- Review flashcards

**Lunch Menu- 40 minutes**
- Modified Dish Marker-Toothpicks (Sandwiches and wraps will have an extra pick in it for mods that needs to be removed before serving it to the guest)
- First Things First- *Must be completed by the kitchen within 5 minutes and served IMMEDIATELY
    o Soups of the Day-served with a ¼ slice of sourdough bread
    o Turkey Chili-available year around.  Cup served with about 5 chips.  Bowl served with about 10 chips
        ▪ *Guests are welcome to taste a ½ ramekin portion of soup
    o Starter Salad (Must call out to the kitchen immediately before or after ringing in)
    o Chips & Salsa-made by servers
- Combos-half portion of salad and ½ portion of sandwich, or ½ portion of salad or sandwich & a cup of soup
- Salads- All served with dressing(s) of choice on the side
    o All dressings are made in house except Lemon Vinaigrette & Caesar
    o Dressings (All Gluten Free): Balsamic Vinaigrette, Cilantro Honey Dijon, Peppercorn Ranch, Lemon Vinaigrette, Caesar
- Chicken Breast is grilled in house, not seasoned, not injected with broth, sodium or brine
- Sandwiches- all served with chips & salsa

- o We do not have fries, we are a healthier style restaurant.  Guest may sub a house salad in lieu of chips for a $2 upcharge
- o Both cranberry chicken salad & tuna salad are made in house
    - ▪ No ingredient in the tuna salad can be eliminated
    - ▪ Our tuna is made German style-with pureed carrots, onions & mayo
    - ▪ We can make a cranberry chicken salad using grilled chicken for modifications
- o Coleslaw is made in house and has apple shreds in it
- o Our Pesto is **Nut Free**, it is not vegan bc it has parmesan cheese in it
- Gluten is found in **grains** like wheat, rye, spelt and barley.  Guests that are gluten free cannot have:
    - o Sourdough, Wheat bread, English muffins, Bagels, Rye Bread, Pita, Wheat wraps, Pancakes, French toasts, Waffles, Granola, Cereals, Corn bread, Muffins, Cookies, Thickened cream soups (ask MOD) or Chicken fingers
    - o Any order that is placed as GF needs to be brought to a manager's attention since it is an allergy
    - o We accommodate our GF guests by offering most of our dishes with a substitute to the gluten item that will be remove from their dish or with the Udi's Gluten Free Bread.
    - o Subs that are gluten free-Potatoes, Tortilla Chips (white and tri colored), brown rice, & quinoa
    - o When a guest orders a dish gluten free the server must specify on the order being sent to the kitchen which item(s) need to be removed and also include that the guest is gluten free.  This is a double preventative method that is required to be followed due to the severity of this allergen.
- Bowls of Deliciousness- Brown Rice Bowls, El Fresco Bowl & Zucchini Spaghetti are always cooked in Veggie Spray
- Dessert Options- We bake delicious chocolate chip cookies in house, we have ice cream and we can make a warm chocolate chip cookie ala mode or we can make a waffle with ice cream and sauce(s) and other toppers!
- Review flashcards

## Day 2/Part 3  Server Commandments, Greeting, Taking orders, Payments

### TP Server Commandments

1. Say hello, smile and make eye contact with every guest you see
2. Treat guests as you would a guest in your home
3. All tables should be greeted in 2 minutes with a fresh pitcher of water with a lemon slice
4. Every table should be asked if it is their first time visiting a Turning Point, it is a great opportunity to turn them into regulars
5. Offer specific menu items as suggestions to guests
6. Make conversation with your guests, "how is your day going so far?"
7. *TP POLICY* All orders must be written down and repeated back, including drinks
8. Drinks should hit the table within 5 minutes
9. Apps 5 minutes, entrees 10-15
10. Check back after 2 minute, 2 sips, 2 bites
11. Bring automatic drink refills, anticipate guests needs, be a step ahead and blow their minds
12. Treat every guest and table as if they were your own
13. Upon leaving offer a complimentary refill drink to take with them
14. Process payment quickly. Never ask if they need change-assume they do and bring it automatically
15. Thank every guest for visiting us and tell them to come back and visit us again
16. Say good bye & thank you to *every* guest as they leave

### Greeting the Table

- Tables should be greeted or acknowledged within 2 minutes.  Even if you're too busy to go to the table with their water pitcher you must stop by the table to acknowledge them and let them know that you will be back with their water pitcher shortly and then return within 2 minutes
- All tables must be greeted with a water pitcher with a lemon slice, a smile and a sincere welcome

- o Be thoughtful and respectful with your greeting and use good judgement- for example, do not say "hey guys, welcome to Turning Point" to any table. Greet tables specifically as Ladies, Gentlemen or Folks as to not upset or offend anyone
- o While placing the water pitcher on the drip tray in the center of the table state "here is some water for anyone that might be interested". We do not pour water, unless requested, to eliminate spills that could lead to slip and falls
- Introduce yourself by name and ask if they've ever dined with us before. If they have ask if they are a Perk Card member. If they are new or a Perk member let your Manager know so they can do a table visit.
- Mention that the first 2 pages of the menu contains our large variety of drink offerings
    - o When guests order coffee, ask if they prefer regular coffee served in a carafe pot or a French Press Coffee served in a 32 ounce pot (4 cups)
    - o When a guest orders hot chocolate, ask them if they wanted one of the specialty flavored choices or regular
    - o When a guest orders lemonade, ask them if they would like Fresh Lemonade or Pink Lemonade (from the fountain). Any guest that orders a small Fresh Lemonade and then orders a 2nd, will only get charged for 1 large instead of 2 small
    - o Any guest ordering coffee, either French press or regular, should be asked if they would like milk, cream, soy or almond milk
- Point out where the specials are and mention your favorites on both regular and specials menu (or mention the big sellers on both)
- If they need time to look over the menu (whether for drinks or food orders) you MUST return within 5 minutes to take their order, no longer

### Writing down orders

*TP POLICY* We have a very strict policy that all orders must be written down on a server order pad, including drinks. This is non-negotiable and failure to comply at any point may result in write up, shift loss or section reduction, repeated offenses may result in termination. Writing down orders reduces mistakes and is helpful in the event that computers go down and you have to hand written tickets to the kitchen

- Orders must be written neatly so that you can place orders accurately
- Include table number and number of guests to ensure you enter orders in the correct table number on the POS
- Before sending the order, double check that you have written down and entered in 1 dish per guest at the table
- Write down all drinks, appetizers and meals
- As you write down each guest's order, repeat it back to them including all modifications they may have made
- After entering all orders into the POS system you should always print each tables check once sending the order in to the kitchen (this is for speeds sake). If they add anything else on to their bill, reprint the check and throw out the original. You should always have the check on you for each of your tables ready to drop at any time

### Payments

Once all plates have been removed (pre-bussed) and the table no longer wants to order anything else, you should drop the check immediately.

- Never wait till the guest alerts you that they would like their check because that means you waited too long (unless they were having a meeting)
- Always state to the table "I am dropping your check but there is no rush at all, please take your time and if you need me I will be close by"
- When collecting payments state to the guest that you will be right back with their change or slip (NEVER ASK IF THEY NEED CHANGE)
    - o We accept Visa, Mastercard, Discover, Amex, TP Gift/Perk/VIP cards, Checks
        - ▪ When processing tips on gift cards you will need your manager to enter it for you
- *The Turning Point has an Anti-theft reporting system called Restaurant Guard* that tracks every step made by any person using the POS system. This system reports suspicious activities made by any person handling cash. The reports will be investigated and if determined guilty of theft The Turning Point will report theft to the authorities and prosecuted to the furthest.

**\*Day 2/Part 4   Review Day one materials again**

# Day 2 Test (Print Test Page)

1. What company makes our fresh squeezed OJ for us?
2. What 2 types of lemonade do we offer?
3. What 5 juices options do we offer year round?

4. What 4 iced tea flavors do we offer?

5. Which 2 iced teas are not free refill?
6. What is served with all unsweetened iced teas?

7. What Coffee Chillout beverage gets free refills?
8. Which Smoothie is vegan?
9. How do we charge a guest ordering a second glass of fresh oj or fresh lemonade?
10. How long should an out first take?
11. Which soup is available year round?
12. What is served with Chili?          What is served with soup of the day?
13. What dressings do we offer?

14. What is our grilled chicken breast seasoned with?
15. What lunch dishes do not come with chips and salsa?

16. What lunch item cannot be modified?
17. What style is our tuna salad?
18. Which dressing(s) is gluten free?
19. Is our pesto nut free and vegan?
20. What is gluten found in?

21. What subs are gluten free?

22. How many server commandments are there?          List one:

23. What is our policy on writing down orders and why?

24. What is the name of our Anti-Theft program?

## Day 2 Shift Evaluation (filled out by trainer)

|  | | Needs Improvement | | | Excellent |
|---|---|---|---|---|---|
| Arrived promptly in proper uniform | 1 | 2 | 3 | 4 | 5 |
| Demonstrated sense of urgency & initiative | 1 | 2 | 3 | 4 | 5 |
| Receptive to feedback & direction | 1 | 2 | 3 | 4 | 5 |
| Works along-side Trainer during training | 1 | 2 | 3 | 4 | 5 |
| Demonstrated upbeat, positive & friendly attitude | 1 | 2 | 3 | 4 | 5 |
| Was attentive, focused & composed | 1 | 2 | 3 | 4 | 5 |
| Demonstrated good communication skills | 1 | 2 | 3 | 4 | 5 |
| Shows some learned menu knowledge | 1 | 2 | 3 | 4 | 5 |

Trainer Signature & Date_____   Trainee Signature & Date_____

Manager Signature & Date_____


## Server Training Day 3                                    Start date & time (Trainer)_____

**7:30am  Part 1** (Trainer & Trainee)     **Server Side Expo Shift**                    **Both Initial_____**

- Trainer uniform approval (non-slip shoes, khaki pants, tp shirt, neat appearance)
- Clock in
- Review table numbers
- Check communication board & bathroom check list
- Start opening side work

**8:00am-8:30am  Part 2    Remakes, On The Fly's, Running food & drinks, Take out- 15 mins  Both Initial_____**

- Trainer will review our policies and procedures with the print out

**8:30am-8:45am  Part 3     Breakfast Server Side Final Plating Components-15 mins    Both Initial_____**

- Breakfast Flash Cards-reviewing server side final plating components
- Breakfast Server Side Final Plating Components Cheat Sheet

**8:45am-9am   Part 4    Lunch Server Side Final Plating Components-30 mins           Both Initial_____**

- Lunch Flash Cards-reviewing server side final plating components
- Lunch Server Side Final Plating Components Cheat Sheet

**9am-2:30pm  Part 5     Server Side Expo**                                           **Both Initial_____**

In this segment the Trainee will spend this time on server side expo, getting the components, completing plates, calling for runnners discretely (or using the bell to alert for runners), selling tickets in oldest time order to runners, helping run food to tables (practice minimum 3 plate carries), bumping tickets, communicating to BOH Expo

**2:30pm-3:00pm  Part 6     Practice POS Order Entries**                              **Both Initial_____**

- Manager put Trainee in "Training Mode" in the POS to practice order entries.
- Trainer will make mock written tickets for trainee to practice entering.
- Trainee print outs of tickets to be reviewed by Trainer and Manager

**3:00pm-3:30pm   Day 3 Test**                                                        **Both Initial_____**

- While Trainer is finishing up end of day duties the Trainee will take the Day 3 Test which will be reviewed and graded by Trainer at 3:45. Menu, flash cards and print outs may be used.

TP_DEF000112

- Trainer will fill out a Day 3 Evaluation. Trainee hands in graded test and evaluation to MOD

**3:30-3:45pm     Eat Lunch**

**3:45-4:00pm     Part 7  Overview of shift with MOD**                    Both Initial_____

- Sit with MOD to review the day
- MOD will review entered POS tickets & Memory Build Test

## Day 3/Part 2 Remakes, On the Fly, Running Food & Drinks- 30 minutes

### Remakes & On the Fly's-10 minutes

*TP POLICY* Remakes and on the fly's are a #1 priority in both FOH & BOH.

### Steps to be followed:

1. Write down the item needed on a "remake/on the fly ticket", include table number (be clear, no abbreviations)
2. Let your Manager and the BOH Expo know immediately you have a remake/On the Fly on table #_____, no explanations are allowed to the BOH as to not slow down the process
3. Hand ticket to Expo (if you have a server-side expo on duty then communicate to them instead)
   a. If the kitchen becomes argumentative, combative or refuses to make your order a priority immediately let your manager know. If this is a consistent issue and the manager is not correcting it then please bring the issue to the attention of your District Manager, Director of Culinary Operations or Chief Operating Officer as quickly as possible
4. Remakes/On the Fly food should be sold within 5-7 minutes, the Manager is responsible for ensuring that the dish is sold within that time frame and the Manager must do a table visit
5. If the error was on our end (the wrong food was entered in or given to the guest, food was cooked improperly, food was not satisfactory to the guest, etc) it must be taken off their bill

### Running Food & Drinks- 10 minutes

1. *TP POLICY* All servers and baristas are responsible for running each other's food and drinks, pre-bussing, clearing, resetting and seating all tables
   o The bell indicates that an order is up in the kitchen- besides the guests experience and greeting your tables, the #1 priority is to run food. When you hear the bell you must immediately stop what you are doing and go run food, unless you are at a table or entering an order in
2. If you are in or near the kitchen and have at least 1 free hand you must help carry something out, even if it's just one dish that you can help run food with another server-FULL HANDS IN, FULL HANDS OUT ALWAYS!
   o If you are passing the bar and you have at least 1 free hand you must help run drinks that are ready to be delivered.  You should always have something in your hands on your way in the kitchen or the way out of the kitchen (such as bringing clean plates to the line, running take-out food to the bar)
3. Run food & drinks in order of the oldest ticket time
4. Servers need to be able to carry 3 plates at a time, without leaning them against body or clothing
5. Before running food to a table you need to make sure that:
   o Every dish on the ticket is in the window

TP_DEF000113

- o That every dish on the ticket that is modified is modified correctly
- o That all hot dishes remain under the heat lamp until being run to the table
- o That there are enough runners available to run all of the dishes to the table so every guest receives their food at the same time. No guest should be made to wait while others at their table have food (bussers and hosts must help run food)
- o All components that belong to each dish is on the plate
- o Only metal ramekins may be used for dine in guests-never plastic take out ramekins, use a soup cup if there are no ramekins

### Take-Out Orders- 10 minutes

- When taking a take-out order you must ask the guests name and get a call back number
- Take-out orders must be entered onto a "Take out Table"-TO1, TO2, etc
- Send take out orders to the kitchen by hitting the "Take out" button instead of the "send" button, to let the kitchen know the order needs to be boxed up
- All To Go orders must be packaged with all components, including bread or chips for soups
  - o All sauces must be on the side in a to go ramekin- put all cold components of hot dishes in a white paper bag, not inside the box. All hot components may go into the box of a hot dish
  - o All toast must be served unbuttered with butter packets on the side
  - o Use unheated syrup from the large bottle for to go orders
- All To Go orders must be sold:
  - o In a TP Logo brown paper bag for 3 or more items
  - o With all condiments/components (ie: dressing, sauce, whipped cream, butter, syrup, salsa, dressing, mayo)
  - o With ticket stapled to the outside of the bag
  - o For larger orders going in multiple bags, print multiple receipts and staple to bag, keep all together
  - o Modified orders should be written on with sharpie on the to go container- MODIFIYING TOOTHPICKS MUST BE REMOVED BEFORE CLOSING THE CONTAINER
    - ▪ Do not automatically give plastic cutlery or plastic to go bags, that is given upon guests request (some towns have banned plastic bags and straws)

## Day 3/Part 3 Breakfast Dishes Final Plating Components

Starters:

- Avocado toast- Olive oil drizzle over bread, steak knife (one side plate per guest)
- Fruit Bruschetta- Soup cup bruschetta filled to the top, soup spoon (one side plate per guest)
- Fruit Bowl-Round soup bowl, fruit mix, strawberries, bananas, blueberries, soup spoon (one side plate per guest)
- Fruit Cocktail- Fruit bowl topped with a large ramekin of granola, one container strawberry yogurt mixed (one side plate per guest)
- Oatmeal-soup cup or round soup bowl, ramekin half filled with brown sugar (ramekin full of fruit for added fruit), soup spoon. Soup cup served on round plate w/ a doily, Bowl served on an oval plate w/ a doily

Egg Dishes

- Traditionals-nothing additional
- Omelets: Basic, Tuscany, Western, Veggie, Shrimp – nothing additional
- Skillets: Wilbur, Popeye, Basic, Pesto Infusion – nothing additional
- All Benny's- black handled steak knife
- Huevos Rancheros - Ramekins of Sour Cream & Salsa
- No Yolks- Ramekin of salsa
- Garden Fritatta-Soup cup fruit mix with a few strawberries & soup spoon

Sweet Dishes

- Plain Pancakes, Power Grain Cakes- Scoop of butter on top, syrup bottle
  - o For 1 or 2 cakes give half scoop of butter
- Grand Toast, Plain Waffle- Scoop of butter on top, syrup bottle, a black handled knife

- o For 1 or 2 toasts give half scoop of butter
- Lemon Blueberry Pancakes- Syrup bottle
- Berry Chocolatey- Ramekin of strawberry reduction & ramekin of whipped cream
- Chicken & Waffles-black handled steak knife (through center of chicken and waffle)
- Tropical Waffle- syrup bottle, ramekin of strawberry reduction and a black handled knife
- Salted Caramel Waffle, OMG, Cornbread French Toast- black handled steak knife

## Day 3/ Part 4 Lunch Dishes Final Plating Components

Starters

- Soup of the Day- ¼ piece of sourdough (sometimes varying components)
- Chili- soup spoon. Cup=5 chips, on side plate with doily. Bowl=10 chips, on round plate with doily
- Starter salad-ramekin of dressing half filled

- Chips & Salsa-chips in round soup bowl on oval plate with doily, ramekin sour cream, soup cup salsa

Salads

- All Salads-Ramekin of dressing

Sandwiches & Wraps (Cran Chicken Wrap, Caesar Wrap, Roadhouse, Club, Pavo, Pesto Panini, TP Sandwich)

- All- Ramekin salsa

Turkey Reuben & Tuna Melt

- All- Ramekin salsa & black handled steak knife

## Day 3 Test

1. How is a remake or on the fly treated?
2. In what amount of time should remakes & on the fly's be sold in?
3. All servers & baristas are responsible for running….?
4. Who is responsible for pre-bussing, clearing, resetting and seating tables?
5. Besides guest experiences & greeting your tables, what is the #1 priority?
6. What does the bell being rung indicate?
7. What should you do if you have at least one free hand?
8. Run food and drinks in order of?
9. How many servers should run a tables order?
10. How many plates must servers be able to carry?
11. What information is needed when taking take-out orders?

12. What components are eliminated from dishes ordered as take out?
13. How should large take-out orders be packed up?

14. How do we indicate modified dishes for take-out orders?

15. What are final plating components for Traditionals?
16. What are final plating components for Garden Fritatta?
17. What are final plating components for all Skillets?
18. What utensil is served with all waffles and French toasts?
19. Which sweet breakfast dish comes with a side of whipped cream?
20. Which pancakes, waffle and French toast come with butter?

21. What component is served with all Salads?
22. What component is served with all sandwiches with chips?
23. What components are served with Turkey Reuben and Tuna Melt?

**Day 3 Shift Evaluation (filled out by trainer)**

| | Needs Improvement | | | | Excellent |
|---|---|---|---|---|---|
| Arrived promptly in proper uniform | 1 | 2 | 3 | 4 | 5 |
| Demonstrated sense of urgency & initiative | 1 | 2 | 3 | 4 | 5 |
| Receptive to feedback & direction | 1 | 2 | 3 | 4 | 5 |
| Works along-side Trainer during training | 1 | 2 | 3 | 4 | 5 |
| Demonstrated upbeat, positive & friendly attitude | 1 | 2 | 3 | 4 | 5 |
| Was attentive, focused & composed | 1 | 2 | 3 | 4 | 5 |
| Demonstrated good communication skills | 1 | 2 | 3 | 4 | 5 |
| Shows some learned menu knowledge | 1 | 2 | 3 | 4 | 5 |

Trainer Signature & Date_____ Trainee Signature & Date_____

Manager Signature & Date_____

## Server Training Day 4                    Start date & time (Trainer)_____

**7:30am  Part 1**  (Trainer & Trainee)    **1st Lead Serving Shift Day**                    **Both Initial_____**
- Trainer uniform approval (non-slip shoes, khaki pants, tp shirt, neat appearance)
- Clock in
- Review table numbers
- Check communication board & bathroom check list
- Start opening side work

**8:00am-9:00am  Part 2    Shift Priorities, Time Management, Steps of Recovery        Both Initial_____**
During this segment your Trainer will be reviewing Day 4 Print Outs

**9:00am-10:30am  Part 3    Role Play Service/Practice                    Both Initial_____**
During this hour, you will do role play serving to practice. The trainer will play the role of the guest and the trainee will play the role of the server.
Role play the full service experience starting with the greeting the table with a water pitcher. Each scenario the trainer will "order" various drinks and food. Trainee will write down and enter those orders into the POS system in "Training Mode" and should be following all our steps of service of bringing imaginary drinks and food. The trainee should be engaging the trainer playing the guest.
- Role play a family of 4 with children
- Role play an older couple with dietary restrictions
- Role play a business meeting
- Role play a group of ladies enjoying a leisure lunch

Trainer will ask various questions about our coffees, dishes, recipes, perk card membership. Trainer will order various drinks and food items, some with modifications.

**10:30am-3:00pm    Part 4   Lead Server shift w/ Trainer Shadowing for support        Both Initial_____**
During this segment the Trainee will take the lead in serving the tables in their trainer's section from beginning to end. The trainer will be there to redirect or be there for support when necessary.  *If speed of service is running too long

TP_DEF000116

than Trainer will step to help improve speed of service until caught up. Trainer and Trainee must stay together throughout the day. *Remember to follow and maintain self & shift time management, follow shift priorities & working organized throughout the shift.

**3:00pm-3:30pm  Part 5   Server closing duties**                         **Both Initial_____**

Today the Trainee will do all closing duties of their section and the Trainer will oversee them throughout the process

**3:30-3:45pm  Part 6   Day 4 Test**                                    **Both Initial_____**

After completing server closing duties of your section you will take your Day 4 Test.  Your Trainer will fill out your day 4 evaluation during your test.  When complete your Trainer will grade your Test

**3:45-4pm  Part 7   Overview of shift with MOD**                  **Both Initial_____**

- Sit with MOD to review the day

## Day 4/Part 2 Print Outs-Shift Priorities, Time Management, TP Server Steps of Recovery

**Priorities of the Shift** are as follows:

1. Greeting your tables (acknowledging guests that you pass)
2. Running Food-unless you are at a table or entering an order into the POS you must stop what you are doing and run food! (acknowledging guests that you pass)
3. Running Drinks (acknowledging guests that you pass)
4. Greeting/Taking Names/Seating Guests (acknowledging guests that you pass)
5. Answering the phone (TP Phone Greeting: "Good Morning/Afternoon, Thank you for calling The Turning Point of _____, how may I help you?" *this greeting may not be modified*)
6. Ongoing side work, rolling silverware

**Personal Time Management-** Come in ready, in proper uniform, with a staff bank, clean apron, server book with pen and guest check pad, clock in, check communication board & tv, check bathroom checklist, start opening side work.

**Table Time Management-**Manage your time wisely and by following shift priorities listed above.  You also want to avoid taking multiple orders at once and entering them in at once because that will cause a lot of unnecessary stress and work load that you will not be able to keep up with at one time.  Once you do that you will continuously be double and triple sat over and over, it's a vicious cycle that's hard to break on the shift. Prioritize your time as such:

1. Greet your table, within 2 minutes of the table being seated, with a water pitcher already in hand if there is not already one on the table, greet the party and let them know to help themselves to water if they would like.
2. Ask if they've dined with us before and if they have ask if they are a Perk member.  For first time guests point out the drink pages in the menu and ask if they need a few minutes to review our drinks, unless they are ready to order any drinks.  Also, mention appetizers.
   a. If you are double sat swing by the 2nd table after greeting your first table, and let them know you will be with them shortly
   b. Return to your 2nd table with water pitcher and greet as you did above
3. Take drink order, ask if they wanted to place any appetizers.  If they are ready to place food order then take that as well. Enter order in POS

4. Return to 2nd table to take their drink order then enter into POS
5. Return to 1st table with drinks that are ready. Take food order if not already taken. Then go enter it into POS system.
6. Return to 2nd table and follow step number 4
7. While waiting on drinks and food orders help pre-buss, buss, set tables, seat tables, run food and drink orders, do ongoing side work
8. Once an order is almost ready to be sold from the kitchen start getting all the sides that go with the dishes so that when the ticket is ready you can quickly run the food without having it sit too long in the window (during down time do this for other orders)
9. After placing plates in front of the guests ask if there is anything you can bring the table such as tabasco or sriracha sauce. Look to see if anyones drinks are low and offer a refill
10. After 2 minutes (or 2 bites if they haven't started eating after 2 minutes) return to the table to see if everything came out as they expected. Remove any unneeded items (pre-buss)
    a. **TP POLICY** If any guest is dissatisfied for any reason whatsoever with their meal or drink assure them that you will fix it. Offer them something else or have the dish corrected. We gladly accommodate all of our guests and if they are not satisfied than we fix it. This is the TP Way- we operate on a different level and will do anything and everything possible to satisfy them.
        i. If a guest simply does not like what they ordered encourage them to order something else and have it made on the fly for them. The food will take 3-5 minutes to be made and we won't charge them for their first dish.
11. After 10-15 minutes, halfway through their meal, stop by again to see if the table needs anything or if anyone needs drinks. Pre-buss, removing anything not needed
12. When the table appears to be done eating swing by to see if they are finished or finishing up. If done, ask if you can wrap left overs for them. Clear plates, wrap up leftovers and print their check if you haven't already.
13. Drop off leftovers, ask if anyone is interested in a cookie or specialty drink. If not drop the check and ask all guests if anyone would like any of their drinks to go (bring to go cups with lids and sleeve for guests with coffee, make fresh drinks for all other free refill drinks). Before leaving let the guests know you will be back to collect payment (guests do not always know they are supposed to pay at the table so you need to make it clear who they pay)
14. Once you have dropped the check it is vital that you return as soon as payment is ready, return no longer than 5 minutes after dropping the bill. The longer you wait the higher the risk of guests walking out without paying their bill! If a table leaves without paying you are responsible for the payment of that bill.
15. When collecting payment state "I will be right back with your change" for cash payments or "I will be right back" for credit card payments. Never assume that the amount they are paying in cash includes your tip. It is rude to ask any guest "Do you need any change?"
16. Return to the table within 3-5 minutes to bring their change or slip to sign. Do not wait beyond 5 minutes and if there is a problem causing time to extend past that then you need to let the table know so they are not waiting and getting frustrated. Once guests are ready to leave they want to go.

### Server Steps of Recovery-LAST

1. **Listen** to the complaint caringly
2. **Apologize** that they are not happy with the item(s) and E**mpathize** with their situation (you have been a customer too who did not like your food, for whatever reason so be understanding- it will let their guard down, view you as safe and caring, it will increase your tip and it will let them get the fact that we truly want them to have a good experience regardless of who is at fault, even if it's your fault, you are human and you are allowed to make mistakes, you are not allowed to run away from and abandon your guest b/c you do not want to deal with it)
3. **Solve** the issue. Let them know we will **remake** their meal or make them something else (get a menu if they need to make a new selection). If they making it difficult for you to resolve the issue tell them you want to make sure they leave happy and ask them what you can do to make that happen and you will gladly do it

TP_DEF000118

4. **Thank** the guest for letting you know about the issue and for giving you the opportunity to resolve the matter.
5. After following LAST make your manager aware of the issue so they can visit the table and stay on top of the kitchen for remakes
6. Let the Expo in kitchen know you have an **order "on the fly"**
7. **Follow up** a few minutes after dropping new food to them to ensure they are happy and **Thank** them for bringing the issue to your attention and letting you fix it

Servers are like independent contractors, so it is primarily up to you to do what it takes to keep the guests happy and satisfied. Go with your instincts if you have an inkling that the guest is not satisfied. Be sure that when they are ordering their food you write down every order and modification and ring it in as they ordered and be sure they are served exactly what they ordered. You need to deliver that expectation with 100% accuracy.

If a guest lets you know, insinuates or shows you without words (ie: hardly consumed their food or drink) that they are not totally satisfied with any aspect of their experience let them know that you will take care of it and bring the issue to your managers attention immediately so they can visit the table and make the decision of how they feel it should be handled. You are encouraged to let your manager know what you feel they need to do to make it better for the guest.

## Day 4 Test (Print Test Page)

1. What is the #1 priority on the shift?

2. What is the #2 priority on the shift?

3. What should you do if you are filling a carafe of coffee and you hear the bell?

4. What should you be doing if you are not at a table, not running food or drinks?

5. After dropping meals to the guests what should you ask them before leaving the table?

6. How soon after dropping meals to the table should you check back up on them?

7. How many times, at the least, should you check back on your table after receiving their meals?

8. When dropping off the check what should you ask the guest?

9. Who is responsible for paying a check if a guest does not pay it?

10. What should you tell guests when you drop the check off?

11. What should you tell the guest when collecting payment?

12. In how many minutes should you return to a table after collecting payment?

13. What is LAST used for and what do the letters each stand for?

14. What do you do if your guest tells you they are not satisfied?

**Day 4 Shift Evaluation (filled out by trainer)**

| | Needs Improvement | | | | Excellent |
|---|---|---|---|---|---|
| Arrived promptly in proper uniform | 1 | 2 | 3 | 4 | 5 |
| Demonstrated sense of urgency & initiative | 1 | 2 | 3 | 4 | 5 |
| Receptive to feedback & direction | 1 | 2 | 3 | 4 | 5 |
| Works along-side Trainer during training | 1 | 2 | 3 | 4 | 5 |
| Demonstrated upbeat, positive & friendly attitude | 1 | 2 | 3 | 4 | 5 |
| Was attentive, focused & composed | 1 | 2 | 3 | 4 | 5 |
| Demonstrated good communication skills | 1 | 2 | 3 | 4 | 5 |
| Shows good menu knowledge | 1 | 2 | 3 | 4 | 5 |
| Asked & Informed Guests of Perk Info | 1 | 2 | 3 | 4 | 5 |
| Demonstrates EGS & Guest Engagement | 1 | 2 | 3 | 4 | 5 |

Trainer Signature & Date_____ Trainee Signature & Date_____

Manager Signature & Date_____

# Server Training Day 5

Start date & time(Trainer)_____

**7:30am  Part 1**  (Trainer & Trainee)  **Day 2 Lead Serving Shift**          Both Initial_____
- Trainer uniform approval (non-slip shoes, khaki pants, tp shirt, neat appearance)
- Clock in
- Review table numbers
- Check communication board & bathroom check list
- Start opening side work

**8:00am-8:50am  Part 2    The 7 Basics & Exceptional Guest Service (EGS)**          Both Initial_____
During this segment your Trainer will be reviewing Day 5/Part 2 print outs

**8:50am-9:00am  Part 3    Self-Awareness & Self-Discipline**          Both Initial_____
Your Trainer will be reviewing Day 5/Part 3 print out

**9:00am-9:30am  Part 4    3 Different Types of Service**          Both Initial_____
Your Trainer will review with you're the 3 Different Types of Service

**9:30am-10:30am  Part 5    Role Play Guest Connection & EGS**          Both Initial_____
During this hour, you will do role play practicing Guest Engagement and EGS. The trainer will play the role of the guest and the trainee will play the role of the server. This segment is solely trainee practicing incorporating ways to connect with the guest and giving EGS experiences to guests.

**10:30am-3:00pm  Part 6  Lead Server w/ Trainer Shadowing for support**          Both Initial_____
*Remember Guest Engagement, EGS, Time Management, Following Priorities, TP Service Standards

TP_DEF000120

During this segment the Trainee will take the lead in serving the tables in their trainer's section from beginning to end. The trainer will be there to redirect or be there for support when necessary. *If speed of service is running too long than Trainer will step to help improve speed of service until caught up. Trainer and Trainee must stay together throughout the day

- Trainee will:
  - o Do opening and ongoing side work
  - o Smile, Greet, Thank, Acknowledge guests throughout the dining room
  - o Alert Manager of new guests or Perk Members
  - o Enter orders with the oversight & assistance of their trainer (trainee may not enter any orders independently, without oversight of their trainer)
  - o Run drinks, food (*Trainer will expo the tickets and complete plates before trainee pulls plates out to run*), pre-bus, bus, set, seat, stack at dish station, do ongoing side-work
  - o Do table checks, drink refills, get any items guests request
  - o Pre-bussing tables, Bussing, Setting, Host stand, Seating (in own and other section)
  - o Print out and drop all tables checks, push perk card membership, alerts guests they pay at the table, returns & pick up payments, processes payments and returns change or credit card slips
  - o Do all closing side work duties including doing the close out report and get section checked by barista

### 3:00pm-3:30pm  Part 7   Server closing duties                                    Both Initial_____
Today the Trainee will do all closing duties of their section and the Trainer will oversee them throughout the process

### 3:30-3:45pm  Part 8   Day 4 Test                                                      Both Initial_____
After completing server closing duties of your section you will take your Day 4 Test. Your Trainer will fill out your day 4 evaluation during your test. When complete your Trainer will grade your Test

### 3:45-4pm  Part 9   Overview of shift with MOD                               Both Initial_____

- Sit with MOD to review the day

## Day 5/Part 2   The 7 Basics & EGS

### The 7 Basics
1. Be in proper uniform (policy adherent)
2. Maintaining positive attitudes- everyone must speak thoughtfully & respectfully to one another-teammates, managers, guests
3. Acknowledge the guests
   - Eye Contact, Smile, Hello, Thank You, Good Bye, Have a great day!
   - Greet the door (All employees, bussers included)
4. Give Exceptional Guest Service (EGS)
5. Accommodate the guest always!
   - If it is physically possible, we will gladly do it to accommodate our guests' requests, this is how we roll! If you are unsure, go get your manager
   - Open the door for guests that could use the help-guests with strollers, in wheelchairs, with crutches, etc
   - If guests arriving shortly after 3:10 offer them something that we can easily make for them that doesn't require cooking-ie: cran chicken wrap. They can take it to go or allow them to sit at the bar...you won't be leaving for at least 30 more minutes anyway!
   - If a guest is not satisfied with any aspect of their experience resolve the issue immediately. Servers should independently resolve issues for their tables. Take care of them to ensure they leave happy.
6. Teamwork
   - Staff does not perform at their best in this industry when working independently, focused solely on themselves and their section/duties

- Pair up to work together in neighboring sections to work as a team helping buss each other's tables, run each other's food and drinks, seat each other, guest interaction, table check-ups, ongoing & closing sidework

7. Follow TP steps of table service
   - Managers should visit each table at least once, brief table touches, brief engagement (NEVER say "how was everything", instead ask "how did your meals come out?" "how was your service today?"
   - Servers should visit each table at least 9 times
     1. To greet the table with a water pitcher
     2. To take their order
     3. To bring drinks to the table
     4. To bring food to the table
     5. To follow up 2 minutes or 2 bites after meal drop off (make sure everything came out as they expected and if they need anything for now)
     6. Follow up a 2nd time after food has been dropped off to see if they need anything & pre-buss as much as possible ("May I take that out of your way?")
     7. Final sales opportunity/Drop off check
        - o "Can I get you folks any after breakfast/lunch drinks or is anyone interested in a delicious chocolate chip cookie?"
        - Before dropping check always:
          - o Offer to wrap up left overs- We always offer to wrap guests' food for them, unless the guest requests otherwise
          - o Ask guests if they'd like drinks to take with them, or to go coffee cups ("Can I bring you a cup of ___ to take with you? There's no charge")
            - ▪ *(Hot tea drinkers get a new tea bag with a medium or large cup of hot water)
        - When Dropping the check always state:
          - o Please take your time, there is no rush
          - o I will be back in a few minutes (return in 3-5 minutes, no longer than 5 minutes)
     8. Collect payment & state "I'll be back with your change/cc slip"
     9. Return with change or cc slip. "Thank you for visiting us today, it was a pleasure serving you, I hope you come visit me/us again. Please take your time, there is no rush & if you need anything else I will be nearby. Enjoy the rest of your day!"

**Exceptional Guest Service (EGS)- *TP POLICY*** Servers primary function is to engage guests, build relations with them and give them exceptional service & experiences. Our servers are not simply order takers. It is required for our servers to be comfortable with starting random and friendly conversations with strangers, willing to make eye contact with all guests and keep a smile on their face while in the dining room, exhibiting warmth, approachability and friendliness. If you are generally shy or not outgoing than serving will not be the right position for you.

- Have a smile on your face, especially while in the dining room and at a table
- Engage guests- ask them how their day is going, ask if they have any fun plans for the day
- Genuine care and satisfaction of the guest should be your mission, if that is not important to you than serving at the Turning Point is not the right fit for you
- Seek out guests who need help or assistance and then help or assist (helping guests with strollers, offering to take a picture for the table)
- Accommodate and fulfill your guests requests (seat them specifically where they would like)
- Anticipate and fulfill your guests wants & needs (automatically bring them a refill of their beverage or water pitcher if theirs is low or empty and they are still eating)
- Always be available/accessible and responsive (do not disappear from the floor and hang out in the BOH or a corner of the restaurant, do not be far from your tables)

- Create positive, unique and memorable experiences for your guests (ladies would you like me to take a picture for you?)
- Compliment at least one guest on something per table (I love your nail polish color!)
- Build strong relations with your guests (Are you going to be getting your usual Tuscany omelet sub feta today?)
- Seek opportunities to improve your guests experiences (ie: we can carry coconut milk for you if you are going to visit us frequently, let me know and I'll ask my manager to carry it)
- Be kind and respectful towards all guests and co-workers, regardless of how they are treating you (you never know what is happening in their personal life that may be affecting them)
- Immediately resolve guest service failures before it becomes a guest service problem
    - If food is taking too longer than 15 minutes, automatically bring the table a bowl of fruit or chips with salsa to hold them over & give them an eta on their order
- Exhibit approachable body language, attentive appearance & a positive attitude.  Keep your guests in a positive mood with your positive mood

### Day 5/Part 3   Self Awareness & Discipline while on duty

Understand that your behaviors affect people around you.  Not being aware of what you are saying or doing that can be deemed offensive, hurtful or insulting causes an uncomfortable experience for those people, guests, coworkers, managers.  The company provides employees with TP policies, standards and expectations through the employee handbook, orientation, TP Policies, communication boards, pre & post shift meetings.  As the employee, it is up to you to have the self-discipline in being compliant to TP standards, policies and expectations as well as having self-awareness of your behaviors.  Only you have the power to control your actions and attitude.

### Day 5/Part 4   3 Different Types of Service- What separates them?

**Basic service**-Order taker, little to no engagement
- Greet the guests
- Take drink order
- Drop off drinks and take food order
- Drop off food
- When guests appear to be done ask if guests are done, take plates, drop check
- Collect payment, ask if they need change
- Bring change back if required, thank guest

**Good Service**-Generic conversation, some engagement
- Greets table and introduces them self
- Takes drink order and asks further questions such as if they wanted French press or fresh squeezed lemonade.  Points out food specials
- Returns with drinks, takes food orders and asking about any modifications to orders
- Drops off food & asks if everything looks ok
- Stops back to check on the guests, ask "how's everything?"
- When guests appear to be done asks if they'd like to go boxes. Drops the check and lets them know there is no rush.

- Collect payment and tell guest you will be right back with their change
- Return with change, thank guests, tell them to have a great day

**Exceptional Service**- Builds relations with guests, very engaging, goes beyond for guests

- Greets the table, introduces themselves, asks how everyone's day is going so far and thanks them for coming to visit us today, asks if they've ever dined at a Turning Point before and if anyone is a Perk Member
  - o Gives guests a brief explanation about our company such as the fact that it is a scratch kitchen and so everything is made in house, each dish is made to order per guest's specifications and modifications and we are happy to accommodate all guests requests as long as we have the ability to do so.
  - o Shows guests beverage section of the menu pointing out some specialty items that are uncommonly found at other restaurants such as French press coffees and points out seasonal specials and mentions the soups of the day and mentions items we may be currently featuring such as hot chocolates or Jersey Devil Blend FP
- Points out seasonal specials & tells guests their personal favorite dish or most popular ones as well as favorites on main menu
- Asks the guests if they would like a few minutes to look over beverage options and returns in 3-5 minutes to take drink order and asks if they wanted to place any appetizer or food orders yet
- As writing down each guests orders asks about any modifications, asks if they want jelly with any dishes sold with toast, repeats back the ordered items noting any mods
  - o Asks additional questions, such as if they'd like any sides of meat with their breakfast?
  - o Informs guest of TP specific procedures-such as for guests that order any egg white dishes they let the guest know that we cook them in veg spray to keep it healthy
- Stops by table before food comes out to give an ETA (brings fruit bowl or chips for tickets running longer than 15 minutes) and checks to see if any drinks or water pitchers need to be refilled & offers to bring refills
  - o If guests had a French press that is empty server asks if they'd like another press which is an additional charge or a pot of regular coffee for no additional charge
- Identifies issues with dishes or orders before food goes out to the table-has food corrected, communicates issue with the table & MOD
- Drops food to table, handing dishes to the guests that ordered it (no auctioning off dishes)
- Asks guests if everything is looking good and if there is anything they can get for them before stepping away (jelly, sriracha, tabasco sauce)
- Stays available for their tables, not hanging out in the kitchen in case guests need anything
- Stops back (table check back) after all guests have taken a few bites and within 2-3 minutes of serving meals, to see how the food is, ensures that the guests are 100% satisfied with their meals, identifies when guests may not be fully satisfied and is proactive in handling it immediately. Follows LAST when needed, is genuinely concerned about the satisfaction
- Notices when guests are done eating and returns to the table to engage the guests, ask how their meals and drinks were, asks if anyone would like their plates removed and any left overs wrapped. Pre-busses the table, leaving items guest may still need (ie: creamer, coffee pot, teaspoon).
- Returns with left overs boxes and offers guests specialty drinks or cookies to complete their meal, offers to bring guests with coffee to go cups and offers to bring to go drinks for guests with free refillable drinks
- When dropping the check alerts the guests to please relax and take their time, there is no rush and lets them know they will be back to collect payment whenever they are ready
- Returns in a timely manner to collect payment, no longer than 3-5 minutes and tells guests they'll be right back with their change or slip. Returns within 3 minutes with change. Tells the table it's been a pleasure taking care of them and that they hope they come visit us again soon

7 Steps For Dealing With Angry Guests
1. Remain calm & patient

    a. When a customer starts yelling or being otherwise rude, there is nothing to be gained by responding in a similar manner. If any employee ever gets combative towards a guest they will be removed from the situation, written up and or terminated immediately. **TP POLICY** Arguing with guests is not tolerated

2. Don't take it personally, they are upset with the circumstance that ruined the experience they expected and should have received
3. Use your best listening skills
   a. Giving the guest full rein over the conversation for the first few minutes helps them get out their frustrations, blow off some steam, and eventually, be able to focus on getting to a resolution. Do not ever cut off a guest as they are speaking, it will not help matters
4. Actively sympathize with their situation "Oh no, that's definitely not acceptable" "you are absolutely right"
   a. You need to show that you genuinely care and if you cannot do that this is not the right fit for you
5. Give a truly, genuine apology "I am so sorry that happened, I will get this fixed for you right away" "I am going to make sure you leave here happy, I will make this right for you"
   a. If you do not care that they are upset than this is not the right fit for you
6. Find a solution to their problem & implement that solution immediately "I will make this right for you & have the kitchen make you a new dish immediately. Can I bring you some fruit or soup to hold you over while you wait?" If they are being difficult ask them what you can do for them to fix the situation. "you came here to have a great experience and great food and we did not delivery and I want to make sure we make it right. Please tell me what I can do for you to make sure you leave feeling better than you do right now"
   a. The guest issue should be resolved first before alerting your manager. They are your guest and you should take care of the fully, from point A to point Z
7. Take a few minutes on your own and get your head together if the situation has left you shooketh! (but be sure to alert your manager first tho)

## Day 5 Test (Print Test Page)

1. What is #1 of the 7 Basics?

2. Who should acknowledge the guests?

3. What is our policy on accommodating guests?

4. What should you do if a guest is not satisfied with any aspect of their experience?

5. Why is teamwork important?

6. What should you do during your 2nd follow up after food has been dropped off?

7. What does EGS stand for?

8. What is a servers primary function?

9. What should you exhibit while on the floor?

10. What is one way that you can give EGS to a guest?

11. What should you create for your guests?

12. How should you treat a guest that is treating you poorly and why?

13. "Resolve a guest service failure before it becomes a _____"

14. What do you do if your tables food is taking too long to come out?　　How long is too long?

15. What describes a server that gives Basic Service?

16. What describes a server that gives Good Service?

17. What describes a server that gives Exceptional Service?

18. Who controls your actions and attitude?


**Day 5 Shift Evaluation (filled out by trainer)**

|                                                    | Needs Improvement |   |   |   | Excellent |
| -------------------------------------------------- | - | - | - | - | --------- |
| Arrived promptly in proper uniform                 | 1 | 2 | 3 | 4 | 5         |
| Demonstrated sense of urgency & initiative         | 1 | 2 | 3 | 4 | 5         |
| Receptive to feedback & direction                  | 1 | 2 | 3 | 4 | 5         |
| Works along-side Trainer during training           | 1 | 2 | 3 | 4 | 5         |
| Demonstrated upbeat, positive & friendly attitude  | 1 | 2 | 3 | 4 | 5         |
| Was attentive, focused & composed                  | 1 | 2 | 3 | 4 | 5         |
| Demonstrated good communication skills             | 1 | 2 | 3 | 4 | 5         |
| Shows good menu knowledge                          | 1 | 2 | 3 | 4 | 5         |
| Demonstrates EGS & Guest Engagement                | 1 | 2 | 3 | 4 | 5         |

Trainer Signature & Date_____　　Trainee Signature & Date_____

Manager Signature & Date_____

As per the US Department of Labor Opinion Letter FLSA2018-27 dated November 8, 2018:

The regulation recognizes that some occupations require both tip-generated and non-tip-generated duties, but do not constitute a dual job that necessitates the allocation of the tip credit to the tipped occupation only. Duties li.   ı below outline tasks directly related to the tip-producing duties of a Servers and Baristas. No limitation shall be placed on the amount of these duties as long as they are performed contemporaneously with the duties involving direct service to customers or for a reasonable time immediately before or after performing such direct-service duties.

Summary Report for: 35-3031.00 - Waiters and Waitresses https://www.onetonline.org

lists the following as acceptable tasks:

- Take orders from patrons for food or beverages.
- Check with customers to ensure that they are enjoying their meals and act to correct any problems.
- Collect payments from customers.
- Write patrons' food orders on order slips, memorize orders, or enter orders into computers for transmittal to kitchen staff.
- Prepare checks that itemize and total meal costs and sales taxes.
- Present menus to patrons and answer questions about menu items, making recommendations upon request.
- Remove dishes and glasses from tables or counters and take them to kitchen for cleaning.
- Serve food or beverages to patrons and prepare or serve specialty drinks.
- Clean tables or counters after patrons have finished dining.
- Prepare tables for meals, including setting up items such as silverware and glassware.
- Explain how various menu items are prepared, describing ingredients and cooking methods.
- Assist host or hostess by answering phones to take reservations or to-go orders, and by greeting, seating, and thanking guests.
- Escort customers to their tables.
- Perform cleaning duties, such as sweeping and mopping floors, vacuuming carpet, tidying up server station, taking out trash, or checking and cleaning bathroom.
- Roll silverware, set up food stations, or set up dining areas to prepare for the next shift or for large parties.
- Stock service areas with supplies such as coffee, food, tableware, and linens.
- Fill salt, pepper, sugar, cream, condiment, and napkin containers.
- Describe and recommend seasonal specials to customers.
- Perform food preparation duties such as preparing salads, appetizers, and cold dishes, portioning desserts, and brewing coffee.
- Provide guests with information about local areas, including giving directions.
- Garnish and decorate dishes in preparation for serving.
- Occasionally washing dishes or glasses. (per DOL letter)
- Receive and process customer payments.
- Prepare or serve hot or cold beverages, such as coffee, espresso drinks, blended coffees, or teas.
- Clean or sanitize work areas, utensils, or equipment.
- Clean service or seating areas.
- Set up or restock product displays.
- Weigh, grind, or pack coffee beans for customers.
- Stock customer service stations with paper products or beverage preparation items.
- Wrap, label, or date food items for sale.
- Provide customers with product details, such as coffee blend or preparation descriptions.
- Slice fruits, vegetables, desserts, for use in food service.
- Check temperatures of freezers, refrigerators, or heating equipment to ensure proper functioning.
- Demonstrate the use of retail equipment, such as espresso machines.

TP_DEF000127

# Attendance Policy

**Calling Out-**
- o A phone call must be made directly to your manager on duty for a call out, texting out is not an acceptable format for a call out.
- o Managers must be alerted of call outs no less than 1 hour prior to scheduled shifts.
- o All employees are required to find coverage for every shift called out for. This can be done by putting your "shift up" for another employee to "pick up".
- o If your shift is not picked up by another employee OR does not get approved by a manager you are expected to work your scheduled shift (this is inclusive of shifts that were "picked up").

**Failure to show up will result in disciplinary action:**

- o 1st offense- Written warning and additional cleaning duties to be completed by the end of the next scheduled shift
- o 2nd offense- 2nd or Final written warning, additional cleaning duties to be completed by the end of the next scheduled shift & loss of shift(s) (manager discretion)
  3rd offense- Final written warning and minimum 2day suspension or termination

\*A no call/no show offense will be considered job abandonment and result in termination

Excusable absences include but are not limited to illness documented by a doctor, family leave, religious holidays, bereavement, jury duty, or emergencies (at manager's discretion).

Tardiness- Phone calls are the only acceptable format for alerting the manager of tardiness, texts are not an acceptable format for tardiness alerts. Managers must be alerted of tardiness no less than 20 minutes prior to your scheduled start time. Any non-excused tardiness will result in disciplinary action:

. 1st offense- Servers will lose the ability to pick a section and receive a two table section for the full shift (or lose a turn every other seating rotation). All other positions will receive a verbal warning and additional cleaning duties to be completed by the end of the shift

. 2nd offense- 1st offense consequences plus a written warning (manager's discretion to additional take a shift away)

. 3rd offense- 1st offense consequences plus final written warning and either a 2 shift minimum suspension or termination

\*Calling the manager on duty in less than 20 minutes will result in losing the ability to pick a section, server will be left with the last/unpicked section or managers pick

Excusable tardiness's include but are not limited to emergencies and uncontrollable/unforeseen circumstances such as an accident during travel to work (at manager's discretion).

Server Training Sheets

## CLOCK-IN
Hit in ID #
Touch OK
Touch your job code on the left
Touch CLOCK-IN
When message pops up touch middle of screen

## START A NEW TABLE
Sign-in
Touch NEW or touch a table if there is a floor plan
Select table #, touch OK (skip if you have a floor plan)
Select guest #, touch OK

## ORDER ITEMS
Touch the desired submenu from middle of screen
Touch the desired item
To modify an item after item appears on check touch MODIFY
Select from one of the modifier lists in the middle
NO, SIDE, EXTRA at the top is a prefix to the modifier you select
When finished modifying touch OK
When finished ordering all items touch DONE
If you need to immediately start another check, do not touch DONE
Instead, select one of the order modes at the top right
ORDER, TAKE OUT, DON'T MAKE or ADD- ON
Now the items on the check will be in black, which means they've been sent.
Touch the picture of the TABLE in the left hand corner to go to floor plan/ WWT screen

## TO ADD A TABLE
Sign in
From this screen all open tables are displayed on the screen
Touch the table you wish to pick up
Now order new items and send by touching DONE or ORDER MODE

## VOIDS
Items that haven't been sent can be deleted immediately by touching the item
Then touch DELETE
If the item has been sent to the kitchen, do the same and then get a manager to authorize
Once the manager swipes their card or enters their number, you then pick the reason
Then touch OK

## PRINTING A CHECK
Sign in
Pick up table by touching it on the screen
              Or
Touch CLOSE in the bottom left hand corner
Now touch PRINT at the top
If the table was split and there is more than one check, touch PRINT ALL

TP_DEF000129