IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA M. REYNOLDS, et al.,** *Plaintiffs,* v. **TURNING POINT HOLDING COMPANY, LLC, et al.,** *Defendants.* | Case No. 2:19-cv-01935-JDW |

## ORDER

**AND NOW**, this 14th day of December, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendants' Motion to Strike Plaintiff's Motion For Partial Summary Judgment (ECF No. 53) is **GRANTED IN PART**. The Court **STRIKES** Section III.D. of Plaintiff's Motion for Partial Summary Judgment (ECF No. 50), which deals with compliance with recordkeeping requirements. The Motion is otherwise **DENIED**;

2. Defendant's Motion for Summary Judgment (ECF No. 47) is **DENIED**;

3. Plaintiffs' Partial Motion for Summary Judgment (ECF No. 50) is **DENIED**;

4. Plaintiffs' Motion to Certify Class Pursuant To Fed. R. Civ. P. 23 (ECF No. 48) is **DENIED**; and

5. Plaintiffs' Motion to Conditionally Certify a Collective Class (ECF No. 49) is **GRANTED IN PART** and **DENIED IN PART**. The Court will conditionally certify a collective class as follows: "All persons that Turning Point employed during the last

three years at any Turning Point Pennsylvania location for whom it utilized a 'tip credit' in compensating the individual."

It is **FURTHER ORDERED** as follows:

A.     On or before December 23, 2020, Turning Point shall provide to Plaintiff a computer-readable file containing the name, last-known mailing address, dates of employment, job title, phone number, email address, and last four digits of a Social Security Number for tipped employees in the certified collective class; and

B.     On or before December 23, 2020, Plaintiff and Turning Point submit to the Court a proposed form of notice. To the extent the parties do not agree on the form of notice, the parties shall submit a single, joint submission not to exceed 15 pages that highlights areas of agreement and explains each party's position on any aspects of the notice for which there is any disagreement.

**BY THE COURT:**

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J.
