IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA M. REYNOLDS, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**TURNING POINT HOLDING COMPANY, LLC, et al.,**<br><br>*Defendants.* | Case No. 2:19-cv-01935-JDW |

# ORDER

**AND NOW**, this 7th day of July, 2022, upon consideration of Plaintiff Christina Reynolds's Unopposed Motion To Preliminarily Approve Class And Collection Action Settlement, Certify The Settlement Class, Appoint Class Counsel, Approve Proposed Class Notice, And Schedule A Final Approval Hearing (ECF No. 121) and the Parties' Joint Supplemental Brief In Further Support Of Plaintiff's Unopposed Motion To Preliminarily Approve Class And Collection Action Settlement, Certify The Settlement Class, Appoint Class Counsel, Approve Proposed Class Notice, And Schedule A Final Approval Hearing (ECF No. 131), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Unopposed Motion To Preliminarily Approve Class And Collection Action Settlement, Certify The Settlement Class, Appoint Class Counsel, Approve Proposed Class Notice, And Schedule A Final Approval Hearing (ECF No. 121) is **DENIED**;

2. On or before July 22, 2022, the Parties shall submit a joint status letter via email to [chambers_of_judge_wolson@paed.uscourts.gov](mailto:chambers_of_judge_wolson@paed.uscourts.gov), advising the Court as to how they wish to proceed with the above-captioned matter; and

3. The Court will hold a telephonic status conference with the Parties at 10:00 a.m. on August 1, 2022. The Court will circulate dial-in information in advance of the call.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge