IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA MARY REYNOLDS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TURNING POINT HOLDING COMPANY, LLC, *et al.*,<br>    Defendants. | Civil Action No.: 2:19-cv-01935-JDW |

**MOTION FOR ATTORNEYS' FEES AND EXPENSES AND FOR
<u>PLAINTIFFS' SERVICE PAYMENTS</u>**

Named Plaintiffs, by and through their undersigned counsel, respectfully moves this Court for an Order:

1. Awarding attorneys' fees in the amount of $271,830, which represents 34% of the Settlement Amount;

2. Reimbursement of out-of-pocket litigation expenses of $24,376.64;

3. Approval of Named Plaintiffs' Service Payments of $5,000 to each of the three Plaintiffs in recognition of their valuable service to the Settlement Class; and

4. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A. Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees and Expenses and for Plaintiffs' Service Payments; and

B. Declaration of Gerald D. Wells, III in Support of Motion for Attorneys' Fees and Expenses and for Plaintiffs' Service Payments, and exhibit thereto.

| | |
|---|---|
| Dated: November 16, 2022 | Respectfully Submitted, |// 

Dated: November 16, 2022

Respectfully Submitted,

**CONNOLLY WELLS & GRAY, LLP**

*/s/ Gerald D. Wells, III*
Gerald D. Wells, III
Robert J. Gray
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: 610-822-3700
Facsimile: 610-822-3800
rgray@cwglaw.com
gwells@cwglaw.com

**LYNCH CARPENTER LLP**
Gary F. Lynch
Edward W. Ciolko
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com
eciolko@lcllp.com

*Counsel for Plaintiffs and the Classes*