IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA MARY REYNOLDS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TURNING POINT HOLDING COMPANY, LLC, *et al.*,<br><br>Defendants. | Civil Action No.: 2:19-cv-01935-JDW |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF THE CLASS AND COLLECTIVE SETTLEMENT, AND
FINAL CERTIFICATION OF THE FLSA COLLECTIVE AND THE RULE 23 CLASS**

Plaintiffs[1] Christina Reynolds, Christina Nulph, and Rosemary Barba (collectively, "Plaintiffs"), by their counsel, Lynch Carpenter, LLP, and Connolly Wells & Gray, LLP (collectively, "Class Counsel"), individually and on behalf of the members of the proposed Settlement Class, respectfully request that the Court enter an Order: (i) granting final approval of the class and collective action settlement; (ii) certifying the Settlement Class; and (iii) such further and other relief as this Court deems just and proper. Plaintiffs are submitting a proposed Final Approval Order attached hereto and incorporated herein. In further support of this Motion, Plaintiffs are contemporaneously filing the following:

(1) Memorandum of Law in Support in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class and Collective Settlement, and Final Certification of the FLSA Collective and the Rule 23 Class;

(2) Declaration of Jessie Montague, from RG/2 Claims; and

---

[1] All capitalized terms used in this Motion shall have the meanings ascribed to them in the Settlement Agreement.

(3)  Declaration of Gerald D. Wells, III in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class and Collective Settlement, and Final Certification of the FLSA Collective and the Rule 23 Class.

Plaintiffs have previously filed a separate motion for the payment of attorneys' fees and expenses, the award of Service Payments to Plaintiffs, and the payment of the expenses of the Claims Administrator ("Fee Motion").

By Order entered on September 19, 2022, the Court scheduled the hearing on this Motion for January 26, 2023, at 2:00 p.m. in Courtroom 12B of the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106. At said hearing, Class Counsel will present oral argument in support of this Motion and the previously filed Fee Motion.

Dated: December 20, 2022

Respectfully Submitted,

**CONNOLLY WELLS & GRAY, LLP**

By: */s/ Gerald D. Wells, III*
    Gerald D. Wells, III
Robert J. Gray
101 Lindenwood Drive, Suite 225
Malvern, PA  19355
Telephone: 610-822-3700
Facsimile: 610-822-3800
Email: gwells@cwglaw.com
       rgray@cwglaw.com

**CARLSON LYNCH, LLP**
Gary G. Lynch
Edward W. Ciolko
Elizabeth Pollock-Avery
1133 Penn Avenue, 5th Floor
Pittsburg, PA  15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
Email: glynch@carlsonlynch.com
       eciolko@carlsonlynch.com
       elizabeth@lcllp.com

*Attorneys for Plaintiffs and the Proposed Settlement Class*